## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO ELITE MEDICAL WELLNESS, LLC** | § § § § § § § § § § | **MISC. ACTION NO.** |
| **LANDON PERRY,** | § § | **CIVIL ACTION NO. 4:23-CV-04441** |
| *Plaintiff,* | § § | **CURRENTLY PENDING IN THE** |
| **v.** | § § | **UNITED STATED DISTRICT COURT** |
| **HALLIBURTON ENERGY SERVICES, INC.,** | § § § | **SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION** |
| *Defendant.* | § § § § | |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO NON-PARTY ELITE MEDICAL WELLNESS, LLC

Movant-Defendant Halliburton Energy Services, Inc. ("Halliburton") respectfully moves this Court for an order compelling Elite Medical Wellness, LLC to produce documents and communications responsive to Halliburton's third-party subpoena, which was served on July 31, 2024. The subpoena was issued in the case of *Landon Perry v. Halliburton Energy Services, Inc.*, Case No. 4:23-cv-04441; currently pending in the United States District Court for the Southern District of Texas (Houston Division).

Respectfully submitted,

MAHTOOK & LAFLEUR
(A Professional Law Corporation)


BY:   /s/ Richard J. Hymel
      RICHARD J. HYMEL (#20230)
      Post Office Box 3089
      600 Jefferson Street, Ste. 1000
      Lafayette, LA  70501
      Telephone:   (337) 266-2189
      Telefax:      (337) 266-2303
      rhymel@mandllaw.com
Counsel for HALLIBURTON ENERGY SERVICES, INC.


*OF COUNSEL*

**AHMAD, ZAVITSANOS & MENSING, PLLC**

Joseph Y. Ahmad
Texas State Bar No. 00941100
*\* Pro hac vice application forthcoming*
joeahmad@azalaw.com
Rey Flores
Texas State Bar No. 24068777
*\* Pro hac vice application forthcoming*
rflores@azalaw.com
Sammy Ford
Texas State Bar No. 24061331
*\* Pro hac vice application forthcoming*
sford@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: 713-665-1101
Facsimile: 713-655-0062

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant attempted to confer with counsel for Elite Medical Wellness, LLC, but received no response.

_/s/ Richard J. Hymel_ 
Richard J. Hymel

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 31, 2024, a true and correct copy of the foregoing document was served on all counsel of record by electronic service.

_/s/ Richard J. Hymel_ 
Richard J. Hymel