

Office (337) 534-7087 • Fax (877) 650-8478
611 N. Causeway Blvd. • Metairie, LA 70001
Info@ConservantHealthCare.com • ConservantHealthCare.com

THIS REPORT IS NOT FOR RELEASE TO PATIENT OR FAMILY AND IS INTENDED FOR PROFESSIONAL USE ONLY

**Life Care Plan for Landon Perry**  **Summary**

Date of Birth 08/25/1998
Date of Injury 04/22/2023
Life Expectancy 75

Report Date 06/28/2024
Summary Page 1 of 1

### Conservant® Surgical Plan of Care

| | |
|---|---|
| Evaluations | $1,838.30 |
| Future Medical Care | $18,830.00 |
| Medications | $413,230.90 |
| Surgical/Interventional Treatment | $28,750.00 |
| Therapeutic Services | $136,913.92 |
| **Grand Total** | **$599,563.12** |

### Conservant® Plan of Care

| | |
|---|---|
| Evaluations | $1,838.30 |
| Future Medical Care | $18,830.00 |
| Medications | $413,230.90 |
| Therapeutic Services | $136,913.92 |
| **Grand Total** | **$570,813.12** |

Exhibit

9



## Life Care Plan for Landon Perry

Page 1 of 6

**Conservant® Surgical Plan of Care**

| **Evaluations** | | | | |
| --- | --- | --- | --- | --- |
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Neurological Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Fertility Medicine Specialist Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Plastic and Reconstructive Surgery Evaluation | Robert Franklin, MD<br>Darrell L. Henderson, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Dermatology Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Urological Evaluation | David Goldfarb, MD<br>Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Source: Medical Fees 2023* | | | | |
| Psychiatric Evaluation | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Source: Medical Fees 2023* | | | | |
| Psychotherapy Evaluation | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $200.66/Unit<br>$200.66/Year<br>Subtotal $200.66 |
| *Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$1,838.30** |

| **Future Medical Care** | | | | |
| --- | --- | --- | --- | --- |
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Urological Follow-up | David Goldfarb, MD<br>Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 2 Times/Year | Start age 25 2024<br>End age 74 2073<br>Years 50 | $188.30/Unit<br>$376.60/Year<br>Subtotal $18,830.00 |
| *Follow-up visits 2 times annually for lifetime. Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$18,830.00** |

*NB: Time-utilization data adjusted to patient's date of birth.*

# CONSERVANT HEALTHCARE

**Life Care Plan for Landon Perry**

Page 2 of 6

**Conservant® Surgical Plan of Care**

## Medications

| Item/Service | Source | | Start/End | Cost |
|---|---|---|---|---|
| Medication | David Goldfarb, MD<br>Shelly N. Savant, MD, CLCP | 4 Times/Year | Start age 25 2024<br>End age 69 2068<br>Years 45 | $908.67/Unit<br>$3,634.68/Year<br>Subtotal $163,560.60 |
| *Cialis 10mg by mouth as needed until age 65-74. #16/month to be prescribed 4 times annually. Generics acceptable.. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $288.61/Unit<br>$3,463.32/Year<br>Subtotal $170,279.90 |
| *Cymbalta 60mg - 2 capsules po qd for lifetime. #60/month prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $108.00/Unit<br>$1,296.00/Year<br>Subtotal $63,720.00 |
| *Remeron 7.5mg - 2 tablets po qd for lifetime. #60/month prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $24.69/Unit<br>$296.28/Year<br>Subtotal $14,567.10 |
| *DHA 200mg to 600mg po qd for lifetime. #1/month supply prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $1.87/Unit<br>$22.44/Year<br>Subtotal $1,103.30 |
| *Melatonin 0.5mg to 1mg po qhs for lifetime. #1/month supply prescribed 12 months annually . Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| | | | **Subtotal** | **$413,230.90** |

## Surgical/Interventional Treatment

| Item/Service | Source | | Start/End | Cost |
|---|---|---|---|---|
| Surgical Interventions | Darrell L. Henderson, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $28,750.00/Unit<br>$28,750.00/Year<br>Subtotal $28,750.00 |
| *Laser lip, penis, and scrotal reconstruction recommended x1. Estimated cost of this procedure including physician's fees and facility charges is $28,750. Pricing per Dr. Henderson. Source: Dr. Savant's report* | | | | |
| | | | **Subtotal** | **$28,750.00** |

*NB: Time-utilization data adjusted to patient's date of birth.*



**Life Care Plan for Landon Perry**

Page 3 of 6

**Conservant® Surgical Plan of Care**

| Therapeutic Services | | | | |
|---|---|---|---|---|
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 10 Times Only | Start age 25 2024<br>End age 26 2025<br>Years 1 | $188.30/Unit<br>$1,883.00/Year<br>Subtotal $1,883.00 |
| *Follow-up visits 10 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 6 Times Only | Start age 26 2025<br>End age 27 2026<br>Years 1 | $188.30/Unit<br>$1,129.80/Year<br>Subtotal $1,129.80 |
| *Follow-up 6 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 7 Times/Year | Start age 27 2026<br>End age 74 2073<br>Years 48 | $188.30/Unit<br>$1,318.10/Year<br>Subtotal $63,268.80 |
| *Follow-up visits 4 times annually with 3 additional visits annually for exacerbations for lifetime.*<br>*Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 10 Times Only | Start age 25 2024<br>End age 26 2025<br>Years 1 | $200.66/Unit<br>$2,006.60/Year<br>Subtotal $2,006.60 |
| *Follow-up visits 10 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 6 Times Only | Start age 26 2025<br>End age 27 2026<br>Years 1 | $200.66/Unit<br>$1,203.96/Year<br>Subtotal $1,203.96 |
| *Follow-up visits 6 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 7 Times/Year | Start age 27 2026<br>End age 74 2073<br>Years 48 | $200.66/Unit<br>$1,404.62/Year<br>Subtotal $67,421.76 |
| *Follow-up visits 4 times annually with 3 additional visits annually for exacerbations for lifetime.*<br>*Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$136,913.92** |

*NB: Time-utilization data adjusted to patient's date of birth.*



Life Care Plan for Landon Perry

Page 4 of 6

**Conservant® Plan of Care**

| Evaluations | | | | |
|---|---|---|---|---|
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Neurological Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Fertility Medicine Specialist Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Plastic and Reconstructive Surgery Evaluation | Robert Franklin, MD<br>Darrell L. Henderson, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Dermatology Evaluation | Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Follow-up visits to be determined. Source: Medical Fees 2023* | | | | |
| Urological Evaluation | David Goldfarb, MD<br>Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Source: Medical Fees 2023* | | | | |
| Psychiatric Evaluation | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $272.94/Unit<br>$272.94/Year<br>Subtotal $272.94 |
| *Source: Medical Fees 2023* | | | | |
| Psychotherapy Evaluation | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 1 Time Only | Start age 25 2024<br>End age 74 2073<br>Years 50 | $200.66/Unit<br>$200.66/Year<br>Subtotal $200.66 |
| *Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$1,838.30** |

| Future Medical Care | | | | |
|---|---|---|---|---|
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Urological Follow-up | David Goldfarb, MD<br>Robert Franklin, MD<br>Shelly N. Savant, MD, CLCP | 2 Times/Year | Start age 25 2024<br>End age 74 2073<br>Years 50 | $188.30/Unit<br>$376.60/Year<br>Subtotal $18,830.00 |
| *Follow-up visits 2 times annually for lifetime. Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$18,830.00** |

*NB: Time-utilization data adjusted to patient's date of birth.*



**Life Care Plan for Landon Perry**

Page 5 of 6

**Conservant® Plan of Care**

| Medications | | | | |
|---|---|---|---|---|
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Medication | David Goldfarb, MD<br>Shelly N. Savant, MD, CLCP | 4 Times/Year | Start age 25 2024<br>End age 69 2068<br>Years 45 | $908.67/Unit<br>$3,634.68/Year<br>Subtotal<br>$163,560.60 |
| *Cialis 10mg by mouth as needed until age 65-74. #16/month to be prescribed 4 times annually. Generics acceptable.. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $288.61/Unit<br>$3,463.32/Year<br>Subtotal<br>$170,279.90 |
| *Cymbalta 60mg - 2 capsules po qd for lifetime. #60/month prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $108.00/Unit<br>$1,296.00/Year<br>Subtotal $63,720.00 |
| *Remeron 7.5mg - 2 tablets po qd for lifetime. #60/month prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $24.69/Unit<br>$296.28/Year<br>Subtotal $14,567.10 |
| *DHA 200mg to 600mg po qd for lifetime. #1/month supply prescribed 12 months annually. Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| Medication | Patrick C. Hayes, MD<br>Shelly N. Savant, MD, CLCP | 1 Time/Month | Start age 25 2024<br>End age 74 2073<br>Years 50 | $1.87/Unit<br>$22.44/Year<br>Subtotal $1,103.30 |
| *Melatonin 0.5mg to 1mg po qhs for lifetime. #1/month supply prescribed 12 months annually . Generic cash prices quoted when available. Source: Walmart, Walgreens, and CVS pharmacies* | | | | |
| | | | **Subtotal** | **$413,230.90** |

*NB: Time-utilization data adjusted to patient's date of birth.*



**Life Care Plan for Landon Perry**                                Page 6 of 6

**Conservant® Plan of Care**

| Therapeutic Services | | | | |
|---|---|---|---|---|
| *Item/Service* | *Source* | | *Start/End* | *Cost* |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 10 Times Only | Start age 25 2024<br>End age 26 2025<br>Years 1 | $188.30/Unit<br>$1,883.00/Year<br>Subtotal $1,883.00 |
| *Follow-up visits 10 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 6 Times Only | Start age 26 2025<br>End age 27 2026<br>Years 1 | $188.30/Unit<br>$1,129.80/Year<br>Subtotal $1,129.80 |
| *Follow-up 6 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychiatric Follow Up | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 7 Times/Year | Start age 27 2026<br>End age 74 2073<br>Years 48 | $188.30/Unit<br>$1,318.10/Year<br>Subtotal $63,268.80 |
| *Follow-up visits 4 times annually with 3 additional visits annually for exacerbations for lifetime. Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 10 Times Only | Start age 25 2024<br>End age 26 2025<br>Years 1 | $200.66/Unit<br>$2,006.60/Year<br>Subtotal $2,006.60 |
| *Follow-up visits 10 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 6 Times Only | Start age 26 2025<br>End age 27 2026<br>Years 1 | $200.66/Unit<br>$1,203.96/Year<br>Subtotal $1,203.96 |
| *Follow-up visits 6 times annually over 1 year. Source: Medical Fees 2023* | | | | |
| Psychotherapy | Patrick C. Hayes, MD<br>Derek Lou, MD<br>Shelly N. Savant, MD, CLCP | 7 Times/Year | Start age 27 2026<br>End age 74 2073<br>Years 48 | $200.66/Unit<br>$1,404.62/Year<br>Subtotal $67,421.76 |
| *Follow-up visits 4 times annually with 3 additional visits annually for exacerbations for lifetime. Source: Medical Fees 2023* | | | | |
| | | | **Subtotal** | **$136,913.92** |

*NB: Time-utilization data adjusted to patient's date of birth.*

# Shelly N. Savant, MD, CLCP

Neurology, Psychiatry, & Life Care Planning



324 Settlers Trace Blvd, Ste 203, Lafayette, LA 70508
Phone: (337)-456-2403 / Fax: (337)-412-6436

### UPDATED CASE REPORT

| | |
|---|---|
| **Date of Report:** | 6/26/2024 |
| **Date of Evaluation:** | 3/18/2024 |
| **Place of Evaluation:** | In-person (1 hour) |
| **Evaluee Name:** | Landon Perry |
| **DOB:** | 8/25/1998 |
| **Referral Source:** | Kyle Findley, Esq. |
| **Type of Injury:** | Work-related injury |
| **Date of Injury (DOI):** | 4/22/2023 |
| **Address:** | 211 Liberty Avenue # 1235, Lafayette, LA 70508 |

I was asked by the referral source to provide an update regarding Mr. Landon Perry's future life care planning recommendations. I initially met with Mr. Perry on 3/18/2024. Since the time of my prior visit, Mr. Perry continues to experience persistent sequelae following the incident of above necessitating multidisciplinary care without change. I have also consulted with Mr. Perry's participating providers regarding his injury-related life care planning recommendations (find the results of our discussions outlined on the dates below) and I have received the following records for review. Based on the above information, any changes to the life care planning recommendations are illustrated in the *Summary of Opinions and Life Care Planning Recommendations* section of this report (noted in **bold**) and the life care planning budget will be updated accordingly. Lastly, please find an updated summary of the accepted methodology concerning the formulation of a life care plan below. As per this accepted methodology, periodic updating was required in this case to accommodate changes and I continue to reserve the right to amend, supplement, change, modify, and/or update my opinions upon receipt of additional information[1] if necessary.

---

[1] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 5.

NAME:  Landon Perry                              DOB:  8/25/1998                              DOI:  4/22/2023

## METHODOLOGY

Life care plans are dynamic documents that identify an evaluee's medical conditions and necessary future care items, diagnostics, and treatment.  These plans include proactive interventions, maintenance therapies, and preventative measures focused on improving the quality of the evaluee's life, reducing physical and psychological pain, and enhancing functionality.

The practice of life care planning is a transdisciplinary specialty wherein the life care planner brings to his or her practice expertise from varying educational backgrounds.  Both the credentialing commission that governs certification of life care planners, the International Commission on Health Care Certification (ICHCC), and the standards of practice for life care planners require that planners have appropriate educational requirements and maintain current licensure or certification in a healthcare discipline[2].   As an individual healthcare professional outside of the field of life care planning, planners must adhere to the standards of his or her background professional discipline while engaging in life care planning activities.  "Each professional works within their own scope of practice, standards of practice, and regulatory requirements that ensure accountability, provide direction, and describe the mandated responsibilities of their field...the life care planner is…[also]…responsible for following the standards of practice for life care planners.[3]"

The ability of the life care planner to give specific opinions about future care will also vary with the type of case involved and when making independent recommendations for care items, diagnostics, and treatment, the planner must remain within the scope of his or her background area of expertise.[4]  Those health care professionals who engage in life care planning activities should have knowledge and training within their individual disciplines which provide sufficient education to assure that the planner understands the effects of the aging process on disability and functionality.

Life care planners in complementary areas of specialization such as, but not limited to, physical medicine and rehabilitation, neurology, psychiatry, neurosurgery, and orthopedics possess this knowledge base and are qualified to perform clinical evaluations, analyze medical information and other supporting documentation, formulate opinions regarding the natural histories of the evaluee's conditions, and make judgments and decisions relating to diagnoses, prognosis, diagnostic and care item necessities, treatment, and causation/aggravation[5].

---

[2] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 9, Standard 1a-e, & p. 10, Standard 2a-b and International Commission on Health Care Certifications (2023), Practice Standards and Guidelines, p. 10-14 (Qualified Health Care Professional Mandate).
[3] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 4 & p. 9.
[4] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 4, p. 8, & p. 10, Standard 2a-b.
[5] Causation/aggravation in this case were determined based on the known diagnoses as rendered by the evaluee's providers with associated natural histories; review and analysis of the medical records and other supporting documentation; the diagnostic and treatment history; pertinent peer-reviewed literature; my training and professional experience as a practicing licensed physician, board certified neurologist/psychiatrist, and certified life care planner; life

NAME:  Landon Perry                                   DOB:  8/25/1998                                   DOI:  4/22/2023

Note, nonphysician life care planners depend on physician input to develop medically appropriate plans and the elements of a life care plan must be medically necessary and appropriate.  Treating physicians and other medical specialists/experts can provide the medical foundation for a life care plan and, in this evaluee's case, this foundation is outlined in my narrative report(s)[6].  Formulation of opinions relating to life expectancy and the necessity of future care items, diagnostics, and treatment (life care planning recommendations) is based on comprehensive analysis of the injury-related diagnoses with associated natural histories; review of the medical records and other supporting documentation; the diagnostic and treatment history; my assessment/or evaluation, pertinent peer-reviewed literature; my training and professional experience as a practicing licensed physician, board certified neurologist/psychiatrist, and certified life care planner; life care planning best practices and standards; and/or the opinions of the participating providers.

In addition to the above analysis, the life care planner may also obtain and share relevant information from and with caregivers and other experts, when necessary, available, appropriate, and/or outside of the planner's scope of expertise[7].  If access to any source of information is not possible, the unavailability of this information will be indicated below[8].

A summary of opinions and life care planning recommendations, including the associated sources of these opinions, is found below.  Budgeting life care planning recommendations focused on injury-related conditions will only include care items, diagnostics, and treatment which were caused and/or aggravated by the injury event and deemed necessary to a reasonable degree of medical probability.   Note, life care planners often work alongside qualified professionals who aid them in acquiring, organizing, formatting, and presenting[9] pricing data for these care items, diagnostics, and treatment; in this case, *Conservant Healthcare (CHC)* assisted in these tasks[10].

Budgeting in the life care plan is based on non-discounted pricing and may arise from, but are not limited to, provider and vendor quotes; usual, customary, and reasonable (UCR) calculations at the 75-80th percentiles[11]; and pharmacy surveys (per ZIP) with cash pricing of generic medications illustrated if

---

care planning best practices per (Berens, 2019, p. 22), and the opinions of the participating providers as discussed in my collaborative conferences.

[6] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press, p. 22.

[7] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 4 & pp. 12-14, Standards, 9d and 12a-b.

[8] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 12, Standard 9e.

[9] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press, p. 738.

[10] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press, p. 618.

[11] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press, p. 731.

NAME:  Landon Perry                                   DOB:  8/25/1998                                   DOI:  4/22/2023

available & medically acceptable[12].   This fee acquisition involves researching "verifiable data from appropriately referenced sources, geographically specific…[charges]…when appropriate and available, non-discounted/market rate prices, and more than one cost estimate, when appropriate."[13].  To further ensure accuracy, when referencing UCR based estimates for care items, diagnostics, treatment, and services, reputable databases which collect regional pricing information from various sources with analysis of raw submitted charges are utilized.[14]

The necessary care items, diagnostics, and treatment for this evaluee are outlined in my narrative report(s) and will be incorporated into accompanying life care planning tables with the relevant cost information.  These tables are reviewed in their entirety for accuracy and reasonableness.  The life care plan is comprised of both the life care planning tables and my narrative report(s) with any associated supporting documentation.

Periodic updating may be required in the future to accommodate changes and I reserve the right to amend, supplement, change, modify, and/or update my opinions upon receipt of additional information[15] if necessary.  The development of the life care plan for this evaluee as described above including formulation of opinions and life care planning recommendations as well as utilization of the outlined pricing strategy[16] for care items, diagnostics, and treatment found in the life care planning tables is consistent with the accepted principles, standards of practice, and methodology of life care planning[17].

**SOURCES OF INFORMATION**

- Medical records of Lady of the Sea General Hospital
- Medical records of Our Lady of Lourdes Regional Medical Center
- Medical records of Robert Franklin, MD
- Medical records of Houston Metro Urology
- Medical records of Lou Plastic Surgery
- Medical records of University Medical Center

---

[12] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press, p. 618 & 729-757.
[13] Pricing methodology in life care planning (Berens, 2019, p. 732).
[14] Description of UCR charge data sourcing (Medical Fees, 2023, p. v).
[15] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 5.
[16] Life Care Planning Resources (Berens, 2019, pp. 729-757).
[17] Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press and IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP.

NAME:  Landon Perry                              DOB:  8/25/1998                              DOI:  4/22/2023

**INJURY-RELATED DIAGNOSES**[18]

- Second-degree chemical burns involving the right upper extremity, right axillary region, right anterior flank/abdomen, penis, and scrotum
- Erectile dysfunction
- Bladder-neck obstruction
- Depression/anxiety
- Posttraumatic stress disorder

**UPDATED OPINIONS AND LIFE CARE PLANNING RECOMMENDATIONS**

In this case, formulation of opinions relating to life expectancy and the necessity of future care items, diagnostics, and treatment (life care planning recommendations) is based on comprehensive analysis of the injury-related diagnoses with associated natural histories; review of the medical records and other supporting documentation (per sources of information above); the diagnostic and treatment history (per sources of information above); my assessment/or evaluation, pertinent peer-reviewed literature; my training and professional experience as a practicing licensed physician, board certified neurologist/ psychiatrist, and certified life care planner; life care planning best practices; and/or the opinions of the participating providers in accordance with the *Standards of Practice for Life Care Planners (4th edition)* [19] and the accepted methodology of life care planning.

**Provider Collaboration**

The following providers were contacted on the dates below to formulate the evaluee's future care plan (life care plan).  Any opinions/life care planning recommendations originating from these providers may include (if applicable to the evaluee's diagnoses), but are not limited to, the following topics and/or care items, diagnostics, and treatment:

- Life expectancy
- Causation/aggravation (relating to pre-existing conditions)
- Rehabilitation
- Diagnostic testing
- Medications
- Specialty evaluations and follow up visits
- Interventional/surgical modalities
- Management of anticipated complications

---

[18] Per medical records & supporting documentation of the treating providers.
[19] IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP, p. 10.

5

NAME:  Landon Perry                              DOB:  8/25/1998                              DOI:  4/22/2023

My documentation taken during my discussions with the participating providers on the dates below and relating to their opinions concerning the above to a reasonable degree of medical probability are outlined here with a summary of the consensus of care found in the "*Summary of Opinions and Life Care Planning Recommendations"* section of this report.  Lack of access to any pertinent information e.g. providers were not available/or declined to participate in the above process is recorded below.  Opinions regarding causation/aggravation pertaining to the following future care items, diagnostics, and treatment recommended as a result of the aforementioned incident are deferred to the participating providers.

The following providers were contacted on the dates below to assist in formulation of the evaluee's future care plan (life care plan).

- Derek Lou, MD – Contacted on 3/18/2024, 3/27/2024, 5/6/2024, and 5/8/2024; provider out of leave; recommendations below per medical records.
- Robert Franklin, MD – Contacted on 3/18/2024, 3/27/2024, 5/6/2024, and 5/8/2024; no response.
- David Goldfarb, MD – Contacted on 3/18/2024, 3/27/2024, 5/6/2024, and 5/8/2024; no response.

*Patrick Hayes, MD – teleconference 4/5/2024*

The above provider opined that Mr. Landon Perry to a reasonable degree of medical probability will, more probably than not, have a normal life expectancy requiring the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- Cymbalta 60 mg - 2 capsules by mouth once daily for lifetime.  #60/month to be prescribed 12 months annually.  Generics acceptable.
- Remeron 7.5 mg - 2 tablets by mouth once daily for lifetime.  #60/month to be prescribed 12 months annually.  Generics acceptable.
- DHA 200 mg to 600 mg by mouth once daily for lifetime.  #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime.  Generics acceptable.
- Melatonin 0.5 mg to 1 mg by mouth nightly for lifetime.  #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime.  Generics acceptable.
- Psychiatry evaluation with follow-up visits 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime.
- Psychotherapy evaluation with follow-up visits 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime.

NAME:  Landon Perry                                   DOB:  8/25/1998                                   DOI:  4/22/2023

### *Darrell Henderson, MD – recommendations per medical records*

- Laser lip, penis, and scrotal reconstruction recommended x 1.
- Plastic surgery evaluation with follow-up visits to be determined.

### *Robert Franklin, MD – recommendations per medical records*

The above provider opined that Mr. Landon Perry required the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- Neurology evaluation with follow-up visits to be determined.
- Urology evaluation with follow-up visits to be determined.
- Fertility medicine specialist evaluation with follow-up visits to be determined.
- Plastic surgery evaluation with follow-up visits to be determined.
- Dermatology evaluation with follow-up visits to be determined.

### *David Goldfarb, MD – recommendations per medical records*

The above provider opined that Mr. Landon Perry required the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- Cialis 10 mg by mouth daily (#16 per prescription for 1 month with 3 additional refills or 4 prescriptions annually)
- Urology follow-up visits recommended.

### *Derek Lou, MD – recommendations per medical records*

The above provider opined that Mr. Landon Perry required the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- Dr. Lou recommended no surgical intervention in the future.
- Psychiatric/psychological treatment is recommended into the future.

NAME:  Landon Perry                                DOB:  8/25/1998                                DOI:  4/22/2023

**Summary of Opinions and Life Care Planning Recommendations**[20]

Mr. Landon Perry to a reasonable degree of medical probability will, more probably than not, have a normal life expectancy [21] requiring the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- **Add -** Dr. Lou stated Mr. Perry would not require any additional surgical interventions.  The life care planning budget, thus, will have 2 options.  Option 1 will include Dr. Henderson's surgical reconstruction as below and Option 2 will include no surgical intervention.
- Cialis 10 mg by mouth as needed until age 65-74.  #16/month to be prescribed 4 months annually.  Generics acceptable **(Goldfarb).**
- Cymbalta 60 mg - 2 capsules by mouth once daily for lifetime.  #60/month to be prescribed 12 months annually.  Generics acceptable **(Hayes).**
- Remeron 7.5 mg - 2 tablets by mouth once daily for lifetime.  #60/month to be prescribed 12 months annually.  Generics acceptable **(Hayes).**
- DHA 200 mg to 600 mg by mouth once daily for lifetime.  #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime.  Generics acceptable **(Hayes).**
- Melatonin 0.5 mg to 1 mg by mouth nightly for lifetime.  #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime.  Generics acceptable **(Hayes).**
- Neurology evaluation (30 minutes) with follow-up visits to be determined **(Franklin).**
- Fertility medicine specialist evaluation (30 minutes) with follow-up visits to be determined **(Franklin).**
- Plastic surgery evaluation (30 minutes) with follow-up visits to be determined **(Franklin, Henderson).**
- Dermatology evaluation (30 minutes) with follow-up visits to be determined **(Franklin).**
- Urology evaluation (30 minutes) with follow-up visits (20 minutes) 2 times annually for lifetime **(Goldfarb, Franklin).**
- Psychiatry evaluation (30 minutes) with follow-up visits (20 minutes) 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime **(Hayes, Lou).**

---

[20] Pricing for the above care items, diagnostics, treatment, or services are outlined in the life care planning tables to follow.  Budgeting for specific procedural management may be outlined below.  Note, current procedural terminology (CPT®) is a registered trademark of the American Medical Association (AMA).  CPT® codes and descriptors are copyrighted by the AMA and all rights are reserved.  Page references to the pricing/coding sources per care item, diagnostic, and/or treatment in this report are available upon request as is distribution of any AMA copyrighted codes and/or descriptors with specific authorization by the AMA.

[21] Life expectancy determination based on the known diagnoses as rendered by the evaluee's providers with associated natural histories; review and analysis of the medical records and other supporting documentation; the diagnostic and treatment history; pertinent peer-reviewed literature; my training and professional experience as a practicing licensed physician, board certified neurologist/psychiatrist, and certified life care planner; life care planning best practices per (Berens, 2019, p. 742), the opinions of the participating providers as discussed in my collaborative conferences, and the US life tables per Hyattsville, Md. : Dept. of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System [current version].

NAME:  Landon Perry                                      DOB:  8/25/1998                                      DOI:  4/22/2023

- Psychotherapy evaluation (60 minutes) with follow-up visits (60 minutes) 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime **(Hayes, Lou).**
- Option 1 only, laser lip, penis, and scrotal reconstruction recommended x 1.  The estimated cost of this procedure including physician's fees and facility charges is $28,750.  Pricing per Dr. Henderson **(Henderson).**
- Mr. Perry may require additional conservative, interventional, and/or surgical management in the future.  Updates to follow upon receipt of further information.

All opinions outlined in this report are based on a reasonable degree of medical probability and I reserve the right to amend, supplement, change, modify, and/or update my opinions upon receipt of additional information and/or if necessary.

Sincerely,

Shelly N. Savant, MD, CLCP
Diplomate of the American Board of Psychiatry and Neurology (Certification No. 59088/54225)
Certified Life Care Planner (Certification No. 1279)

**References:**

Bradley, WG, Daroff, RB, Fenichel, GM, and Marsden, DC (2000). Neurology in Clinical Practice: Principles of Diagnosis and Management (3rd edition), vol. 1 and 2, Butterworth/Heinemann.

Hyattsville, Md. : Dept. of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System [current version].  Available from:  https://www.cdc.gov/nchs/nvss/life-expectancy.htm#publications.

IARP/Life Care Planning IALCP Section (2022). Standards of Practice for Life Care Planners (4th Edition). IARP.  Available from:  https://connect.rehabpro.org/lcp/about/scopeandstandards.

International Commission on Health Care Certifications (2021), Practice Standards and Guidelines. Available from:  https://www.ichcc.org/images/PDFs/Standards_and_Guidelines_2023.pdf.

Medical Fees (2023). Los Angeles, CA: PMIC.

NAME: Landon Perry                    DOB: 8/25/1998                    DOI: 4/22/2023

Ropper, AH, Samuels, MA, Klein, JP, and Prasad, S (2019). Adam's and Victor's Principles of Neurology (11th edition). New York: McGraw-Hill Education.

Santo L, Okeyode T. National Ambulatory Medical Care Survey: 2018 National Summary Tables. Available from: https://www.cdc.gov/nchs/data/ahcd/namcs_summary/2018-namcs-web-tables-508.pdf.  Available from: https://www.cdc.gov/nchs/data/ahcd/namcs_summary/2018-namcs-web-tables-508.pdf.

Weed, O. Roger and Berens, E. Debra (2019). Life Care Planning and Case Management Handbook (4th Ed.). CRC Press.

Zhang F, Yang Z, Li X, Wang A. Factors influencing the quality of sexual life in the older adults: A scoping review. Int J Nurs Sci. 2023 Mar 23;10(2):167-173. doi: 10.1016/j.ijnss.2023.03.006. PMID: 37128494; PMCID: PMC10148255.

# Shelly N. Savant, MD, CLCP

Neurology, Psychiatry, & Life Care Planning

324 Settlers Trace Blvd, Ste 203, Lafayette, LA 70508
Phone: (337)-456-2403 / Fax: (337)-412-6436

| | |
|---|---|
| **Date:** | 5/14/2024 |
| **Evaluee Name:** | Landon Perry |
| **DOB:** | 8/25/1998 |
| **Referral Source:** | Kyle Findley, Esq. |
| **Type of Injury:** | Work-related incident |
| **Date of Injury:** | 4/22/2023 |
| **Provider:** | Patrick Hayes, MD – teleconference 4/5/2024 |

Dear Provider,

Thank you for consulting with me on the above date(s) regarding evaluee's case. As follow-up to the conference(s), I have included for your review a summary of my notes/documentation as taken contemporaneously during our discussion(s) and relating to your opinions concerning the cause and need for future care items, diagnostics, and treatment within a reasonable degree of medical probability. Please review this summary and note whether any of your opinions have changed since our collaboration. Should any amendments and/or additional comments be needed, include the relevant information on the attached form. If I do not receive any amendments/or additional comments, I will infer that the attached conference notes/documentation still accurately reflect your current opinions within a reasonable degree of medical probability. Please retain this correspondence for your records, sign, date, and return it to me. Again, thank you for your assistance in this regard.

Sincerely,

Shelly N. Savant, MD, CLCP
Diplomate of the American Board of Psychiatry and Neurology (Certification No. 59088/54225)
Certified Life Care Planner (Certification No. 1279)

1

**Summary of Opinions and Life Care Planning Recommendations:**

It is your opinion that Mr. Landon Perry a reasonable degree of medical probability will, more probably than not, have a normal life expectancy requiring the following future care items, diagnostics, and treatment as a result of the incident of 4/22/2023.

- Cymbalta 60 mg - 2 capsules by mouth once daily for lifetime. #60/month to be prescribed 12 months annually. Generics acceptable.
- Remeron 7.5 mg - 2 tablets by mouth once daily for lifetime. #60/month to be prescribed 12 months annually. Generics acceptable.
- DHA 200 mg to 600 mg by mouth once daily for lifetime. #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime. Generics acceptable.
- Melatonin 0.5 mg to 1 mg by mouth nightly for lifetime. #1-month supply per prescription to be prescribed once monthly for 12 months annually for lifetime. Generics acceptable.
- Psychiatry evaluation with follow-up visits 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime.
- Psychotherapy evaluation with follow-up visits 10 times annually over 1 year, then 6 times annually over 1 year, then 4 times annually with 3 additional visits annually for exacerbations for lifetime.

**Amendments/or additional comments:**

Signature/Date: 6/26/24

2