| | |
|---|---|
| **From:** | Caitlin McGroarty |
| **To:** | Emma Pennington; Stacey Rougeau |
| **Cc:** | Perry-Halliburton-AZA |
| **Subject:** | Re: Landon Perry v. Halliburton \| December 9, 2024, Letter |
| **Date:** | Monday, January 6, 2025 11:02:44 AM |
| **Attachments:** | image001.gif |
| | 2024.12.31 Amended Responses.pdf |
| | A&I Email.pdf |
| | Invoice for Production of Medical Records.pdf |
| | L. Perry Billing Statement.pdf |
| | L. Perry Chart 1.pdf |
| | L. Perry Chart 2.pdf |
| | L. Perry Chart 3.pdf |
| | Referral Email Attachment.pdf |
| | Referral Email.pdf |

Good morning,

EMW's response to the letter is attached. Please remit payment, as per the attached invoice, as soon as possible.

Thank you,

**Caitlin McGroarty, P-LPC**

Elite Medical Wellness
2802 Hodges Street
Lake Charles, LA 70601

Ph: (337) 419-1873
Fx: (337) 656-2848

If you have an emergency, please call 911 or go to the nearest emergency room. Please refrain from leaving personal, private, or clinical information as this email is not monitored nor checked routinely. If you need to contact us, please call our office at (337) 419-1873.

---

**From:** Caitlin McGroarty <cmcgroarty@emwhelp.com>
**Sent:** Tuesday, December 10, 2024 12:51 PM
**To:** Emma Pennington <epennington@azalaw.com>; Stacey Rougeau <Stacey.Rougeau@emwhelp.com>; Malerie Fontenot <mfontenot@emwhelp.com>; Chase Martin <chase@emwhelp.com>
**Cc:** Perry-Halliburton-AZA <Perry-Halliburton-AZA@azalaw.com>
**Subject:** Re: Landon Perry v. Halliburton | December 9, 2024, Letter

Received.

Thank you,

Exhibit 11

**Caitlin McGroarty, P-LPC**

Elite Medical Wellness
2802 Hodges Street
Lake Charles, LA 70601

Ph: (337) 419-1873
Fx: (337) 656-2848

If you have an emergency, please call 911 or go to the nearest emergency room. Please refrain from leaving personal, private, or clinical information as this email is not monitored nor checked routinely. If you need to contact us, please call our office at (337) 419-1873.

---

**From:** Emma Pennington <epennington@azalaw.com>
**Sent:** Monday, December 9, 2024 10:13 AM
**To:** Caitlin McGroarty <cmcgroarty@emwhelp.com>; Stacey Rougeau <Stacey.Rougeau@emwhelp.com>; Malerie Fontenot <mfontenot@emwhelp.com>; Chase Martin <chase@emwhelp.com>
**Cc:** Perry-Halliburton-AZA <Perry-Halliburton-AZA@azalaw.com>
**Subject:** Landon Perry v. Halliburton | December 9, 2024, Letter

Good morning, Caitlin,

Please see attached correspondence dated December 9, 2024, in connection with the above-named matter.

Best,



AZA Logo

**EMMA PENNINGTON**
*Paralegal to Joseph Y. Ahmad, Jason McManis, Carl Gustafson, & Jarmonique Smith*
713-600-4932   |   800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
**AZALAW.COM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware by **Mimecast Ltd**.