## AMENDED RESPONSES

6. All documents showing amounts paid from any source for services and equipment provided to Plaintiff.

    **See attached billing statement.**

7. All compensation agreements relating to Plaintiff.

    **See attached fee schedule.**

8. All letters of protection relating to Plaintiff.

    **None.**

9. All contracts or other agreements relating to Plaintiff.

    **EMW objects because this request seeks information that is not related to the treatment of the patient at issue in this personal-injury action, nor the amount and reasonableness of the cost for the treatment received. To the extent that this request seeks information about patients other than the Plaintiff, the information sought in this question has no bearing on the reasonableness of the treatment that this patient received nor the medical charges that were incurred.**

10. All communications with Plaintiff.

    **See attached chart.**

11. All communications relating to, or concerning, Plaintiff.

    **EMW objects because this request seeks information that is not related to the treatment of the patient at issue in this personal-injury action, nor the amount and reasonableness of the cost for the treatment received. To the extent that this request seeks information about patients other than the Plaintiff, the information sought in this question has no bearing on the reasonableness of the treatment that this patient received nor the medical charges that were incurred.**

12. All communications with any lawyer, or any staff member or agent therefor, relating to Plaintiff. This request includes, but is not limited to, communications with lawyers and representatives from the following law firms:

    Arnold & Itkin LLP

**Exhibit 12**

>   6009 Memorial Drive
>   Houston, Texas 77007
>
>   **See attached email.**

16. All proofs of payment relating to Plaintiff.

    **See attached billing statement.**

18. All medical funding agreements relating to or concerning Plaintiff.

    **EMW objects because this request seeks information that is not related to the treatment of the patient at issue in this personal-injury action, nor the amount and reasonableness of the cost for the treatment received. To the extent that this request seeks information about patients other than the Plaintiff, the information sought in this question has no bearing on the reasonableness of the treatment that this patient received nor the medical charges that were incurred.**

19. All medical factoring agreements relating to or concerning Plaintiff.

    **None.**

20. All financing agreements relating to or concerning Plaintiff.

    **None.**

21. All documents reflecting the identify of any party that has agreed to pay Plaintiffs medical costs.

    **EMW objects because this request seeks information that is not related to the treatment of the patient at issue in this personal-injury action, nor the amount and reasonableness of the cost for the treatment received. To the extent that this request seeks information about patients other than the Plaintiff, the information sought in this question has no bearing on the reasonableness of the treatment that this patient received nor the medical charges that were incurred.**

22. All documents reflecting the referral of Plaintiff to you.

    **See attached referral email.**

Response to Requests Nos. 13, 14, and 17:

>   **None.**