

**Rey Flores**
Direct 713.600.4978
Main 713.655.1101
Fax 713.655.0062
rflores@azalaw.com

January 21, 2025

*Via Email: bob@justwynnelaw.com*
The Wynne Firm, P.C.
24 Greenway Plaza Suite 500
Houston, Texas 77046

Re: Response of Elite Medical Wellness, LLC, to Subpoena Duces Tecum in the Matter of *Landon Perry v. Halliburton Energy Services, Inc.*; Case No. 4:23-cv-04441; In the Southern District of Texas (Houston Division)

Mr. Wynne:

As you know, we represent the defendant, Halliburton Energy Services, Inc., in this matter, and, on July 31, 2024, we served a subpoena duces tecum on your client, Elite Medical Wellness, LLC ("EMW"), seeking documents and communications relevant to this case. EMW produced certain documents on August 14, 2024, but failed to produce various responsive materials. Notably, EMW did not assert any objections to our subpoena at the time.

On January 6, 2025, EMW served on us "amended responses" to our subpoena and purported to assert, for the first time, various objections to certain document requests. Again, EMW failed to produce all responsive documents and communications.

In our view, EMW has waived all objections by failing to assert them in a timely manner. Furthermore, even had it timely asserted its objections, they would be improper, as the documents and communications sought are relevant to the claims and defenses in this case, the reasonable value of the medical services EMW rendered to the plaintiff, and to the credibility of Dr. Patrick Hayes, whom plaintiff's counsel has disclosed as a testifying expert.

Please let us know your availability prior to 5:00 p.m. on January 23, 2025, for a telephonic conferral regarding the documents and communications EMW has failed to produce.

Sincerely,

Rey Flores

**Exhibit 13**

Ahmad Zavitsanos Mensing | 1221 McKinney, Ste. 2500 | Houston, TX 77010 | azalaw.com