Elite Medical Wellness
2802 Hodges St
Lake Charles, LA 70601-7368
Tel: (337) 4191873
Fax: (337) 6562848

| RESPONSIBLE PARTY | STATEMENT DATE |
|---|---|
| **PERRY, CM LANDON** | **12/31/2024** |

| ACCOUNT NUMBER | AMOUNT DUE | AMOUNT PAID |
|---|---|---|
| **1000011357770** | **$10,950.00** | |

**Please pay Balance Due within 30 days from Statement Date.**

CM LANDON PERRY
211 LIBERTY AVE
APT 1235
Lafayette, LA 70508

MAKE CHECK PAYABLE TO
Elite Medical Wellness
2802 Hodges St
Lake Charles, LA 70601-7368
Tel: (337) 4191873
Fax: (337) 6562848

- - - - - - - - - - - - - - - - - - - - - - - - - - PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - - - - - - - - - - - -

| Date | Description | Charge | Paid | Adjust. | Total Balance | Patient Balance |
|---|---|---|---|---|---|---|
| **Caitlin Witherwax** | | | | | | |
| **9/8/2023** | IVA | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 11/17/2023 | Pmt: Patient Check Pmt: 11022 | | 400.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |
| **10/6/2023** | IVA | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 12/27/2023 | Pmt: Patient Check Pmt: 11182 | | 400.00 | 0.00 | | |
| **Kaileigh Lantz** | | | | | | |
| **10/23/2023** | Dene | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 12/27/2023 | Pmt: Patient Check Pmt: 11182 | | 300.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |
| **11/1/2023** | IVA- PRIOR AUTHORIZATION | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| 1/25/2024 | Pmt: Patient Check Pmt: 11248 | | 25.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |

| | | | | Total Balances Due: | $10,950.00 | $10,950.00 |

| PATIENT | ACCOUNT NUMBER |
|---|---|
| CM LANDON PERRY (DOB: 8/25/1998) | 1000011357770 |

**$10,950.00**
**TOTAL BALANCE DUE**

NOTES
Please pay Balance Due within 30 days from Statement Date.

Page 1 of 5

Exhibit

15

| Date | Description | Charge | Paid | Adjust. | Total Balance | Patient Balance |
|---|---|---|---|---|---|---|
| **11/10/2023** | IVA | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 1/25/2024 | Pmt: Patient Check Pmt: 11248 | | 400.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |
| **11/27/2023** | HAYES- FULL REPORT | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| 1/25/2024 | Pmt: Patient Check Pmt: 11248 | | 5,000.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |
| **12/4/2023** | IVA- PRIOR AUTHORIZATION | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| 3/15/2024 | Pmt: Patient Check Pmt: 11326 | | 25.00 | 0.00 | | |
| **Kaileigh Lantz** | | | | | | |
| **12/6/2023** | dene | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 3/15/2024 | Pmt: Patient Check Pmt: 11326 | | 300.00 | 0.00 | | |
| **Madison Ellzey** | | | | | | |
| **12/15/2023** | IVA | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 3/15/2024 | Pmt: Patient Check Pmt: 11326 | | 400.00 | 0.00 | | |
| **Stacey Rougeau** | | | | | | |
| **1/5/2024** | IVA | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 4/12/2024 | Pmt: Patient Check Pmt: 11478 | | 400.00 | 0.00 | | |
| **Kaileigh Lantz** | | | | | | |
| **1/24/2024** | dene | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 4/12/2024 | Pmt: Patient Check Pmt: 11478 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| **2/16/2024** | EA023 Adult Psychiatric Visit/Follow-Up Visit + Admin | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 5/9/2024 | Pmt: Patient Check Pmt: 11536 | | 400.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| **3/5/2024** | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 6/19/2024 | Pmt: Patient Check Pmt: 11616 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| **3/29/2024** | EA023 Adult Psychiatric Visit/Follow-Up Visit + Admin | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 6/19/2024 | Pmt: Patient Check Pmt: 11616 | | 400.00 | 0.00 | | |
| **Patrick Hayes, MD** | | | | | | |

**Total Balances Due:** $10,950.00 $10,950.00

PATIENT
CM LANDON PERRY (DOB: 8/25/1998)

ACCOUNT NUMBER
1000011357770

**$10,950.00**
**TOTAL BALANCE DUE**

| Date | Description | Charge | Paid | Adjust. | Total Balance | Patient Balance |
|---|---|---|---|---|---|---|
| 4/5/2024 | EH034 Non-Deposition Meeting (1 Hour) (MD) | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 3/25/2024 | Pmt: Patient Personal Check | | 400.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 4/10/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 7/10/2024 | Pmt: Patient Check Pmt: 11722 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 4/12/2024 | E0034 Non-Deposition Meeting (1 Hour) (non-MD) | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| 3/25/2024 | Pmt: Patient Personal Check | | 250.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 4/25/2024 | E0034 Non-Deposition Meeting (1 Hour) (non-MD) | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| 3/25/2024 | Pmt: Patient Personal Check | | 250.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 5/3/2024 | EA023 Adult Psychiatric Visit + Admin Update | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 8/14/2024 | Pmt: Patient Check Pmt: 11825 | | 400.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 5/17/2024 | E0034 Non-Deposition Meeting (1 Hour) (non-MD) | 250.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| **DENE CULTON** | | | | | | |
| 5/24/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 8/14/2024 | Pmt: Patient Check Pmt: 11825 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 6/7/2024 | EA023 Adult Psychiatric Visit + Admin Update | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 8/28/2024 | Pmt: Patient Check Pmt: 111879 | | 400.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 6/21/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 8/28/2024 | Pmt: Patient Check Pmt: 111879 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 7/19/2024 | EA023 Adult Psychiatric Visit + Admin Update (NS) | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 |
| 8/28/2024 | Pmt: Patient Check Pmt: 11879 | | 150.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |

Total Balances Due: $10,950.00 $10,950.00

PATIENT
CM LANDON PERRY (DOB: 8/25/1998)

ACCOUNT NUMBER
1000011357770

$10,950.00
**TOTAL BALANCE DUE**

| Date | Description | Charge | Paid | Adjust. | Total Balance | Patient Balance |
|---|---|---|---|---|---|---|
| 8/1/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 10/24/2024 | Pmt: Patient Check Pmt: 12050 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 8/30/2024 | EA023 Adult Psychiatric Visit + Admin Update | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 10/24/2024 | Pmt: Patient Check Pmt: 12050 | | 400.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 9/13/2024 | EA023 Adult Psychiatric Visit + Admin Update | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 |
| 12/5/2024 | Pmt: Patient Check Pmt: 12218 | | 400.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 9/16/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 12/5/2024 | Pmt: Patient Check Pmt: 12218 | | 300.00 | 0.00 | | |
| **DENE CULTON** | | | | | | |
| 9/30/2024 | EA018 Ind. Adult Therapy Visit + Admin Update | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 12/5/2024 | Pmt: Patient Check Pmt: 12218 | | 300.00 | 0.00 | | |
| **Iva Conde** | | | | | | |
| 10/11/2024 | EA023 Adult Psychiatric Visit + Admin Update | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| **DENE CULTON** | | | | | | |
| 10/22/2024 | EA018 Adult Therapy + Admin | 300.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **DENE CULTON** | | | | | | |
| 10/28/2024 | EA018 Adult Therapy + Admin | 300.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **Iva Conde** | | | | | | |
| 10/31/2024 | EA023 Adult Psych Visit + Admin | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| **Iva Conde** | | | | | | |
| 11/15/2024 | EA023 Adult Psych Visit + Admin | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| **DENE CULTON** | | | | | | |
| 11/20/2024 | EA018 Adult Therapy + Admin | 300.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **DENE CULTON** | | | | | | |
| 12/2/2024 | EA018 Adult Therapy + Admin | 300.00 | 0.00 | 0.00 | 300.00 | 300.00 |

**Total Balances Due:** $10,950.00  $10,950.00

PATIENT
CM LANDON PERRY (DOB: 8/25/1998)

ACCOUNT NUMBER
1000011357770

**$10,950.00**
**TOTAL BALANCE DUE**

| Date | Description | Charge | Paid | Adjust. | Total Balance | Patient Balance |
|---|---|---|---|---|---|---|
| **DENE CULTON** | | | | | | |
| **12/18/2024** | EA018 Adult Therapy + Admin | 300.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **Patrick Hayes, MD** | | | | | | |
| **1/9/2025** | EH038 Video Deposition, MD | 8,000.00 | 0.00 | 0.00 | 8,000.00 | 8,000.00 |

|  |  |
|---|---|
| **Total Balances Due:** | $10,950.00  $10,950.00 |

| PATIENT | ACCOUNT NUMBER |
|---|---|
| CM LANDON PERRY (DOB: 8/25/1998) | 1000011357770 |

**$10,950.00**
**TOTAL BALANCE DUE**