UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO ELITE MEDICAL WELLNESS, LLC | § § § § § § § § § § § | MISC. ACTION NO. |
| LANDON PERRY, *Plaintiff,* v. HALLIBURTON ENERGY SERVICES, INC., *Defendant.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-CV-04441 CURRENTLY PENDING IN THE UNITED STATED DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO NON-PARTY ELITE MEDICAL WELLNESS, LLC**

Before the Court is Movant Halliburton Energy Services, Inc.'s Motion to Compel Compliance with Subpoena Directed to Non-Party Elite Medical Wellness, LLC. Having considered the Motion, relevant docket entries, and applicable law, the Court hereby **GRANTS** the Motion in its entirety. Respondent Elite Medical Wellness, LLC, is **ORDERED** to remove all objections and produce all documents responsive to Movant's subpoena within 14 days of this Order.

1

**SO ORDERED** on this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE