**Exhibit 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LANDON PERRY,                    |
                                 |
            Plaintiff,           |
                                 | Civil Action No.
v.                               | 4:23-CV-04441
                                 |
HALLIBURTON ENERGY               |
SERVICES, INC.,                  |
                                 |
            Defendant.           |

------------------------------------------

VIDEOTAPED ORAL DEPOSITION OF

PATRICK HAYES, MD

JANUARY 9, 2025

------------------------------------------

(REPORTED REMOTELY)

PATRICK HAYES, MD - 1/9/2025

 1              VIDEOTAPED ORAL DEPOSITION OF PATRICK

 2   HAYES, MD, produced as a witness at the instance

 3   of the DEFENDANT, and duly sworn, was taken in the

 4   above-styled and numbered cause on the 9th day of

 5   January, 2025, from 9:04 a.m. Central Time to

 6   1:02 p.m. Central Time, before Christopher D. Reho,

 7   CSR, RPR, in and for the State of Texas, reported

 8   by a Texas certified machine shorthand reporter,

 9   via Zoom video conference, pursuant to the Federal

10   Rules of Civil Procedure and the provisions stated

11   on the record herein.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PATRICK HAYES, MD - 1/9/2025

```
 1                    APPEARANCES
 2           (All Appearing Via Videoconference)
 3   FOR THE PLAINTIFF:
 4           JOHN GRINNAN, ESQUIRE
             ARNOLD & ITKIN, LLP
 5           6009 Memorial Drive
             Houston, Texas 77007
 6           888-493-1629
             jgrinnan@arnolditkin.com
 7
 8   FOR THE DEFENDANT:
 9           REY FLORES, ESQUIRE
             KEVIN LEYENDECKER, ESQUIRE
10           AHMAD, ZAVITSANOS, & MENSING, PLLC
             1221 McKinney Street, Suite 2500
11           Houston, Texas 77010
             713-655-1101
12           rflores@azalaw.com
             kleyendecker@azalaw.com
13
14   ALSO PRESENT:
15           TREY SOLIS, VIDEOGRAPHER
16
17
18
19
20
21
22
23
24
25
```

PATRICK HAYES, MD - 1/9/2025

```
 1                         INDEX

 2                                          Page

 3   Appearances                              3

 4   PATRICK HAYES, MD

 5        BY MR. FLORES                        5

 6   Reporter's Certification               159

 7


 8                     EXHIBIT INDEX

 9   No.                                    Page
       Exhibit 1 Chain of Emails (NO BATES NUMBER)  31
10
       Exhibit 2 Email (from Access Healthcare    36
11               Management to Elite Medical Wellness
                Lake Charles) (NO BATES NUMBER)
12
       Exhibit 3 Invoice (NO BATES NUMBERS)      38
13
       Exhibit 4 Lien and Receivables Purchase and  125
14               Assignment Agreement (NO BATES
                NUMBERS)
15
       Exhibit 5 Spreadsheets (NO BATES NUMBERS)  143
16
       Exhibit 6 Excel Spreadsheets (NO BATES     147
17               NUMBERS)

18     Exhibit 7 Chain of Emails dated June 26, 2024  152
                (NO BATES NUMBERS)
19

20

21               PREVIOUSLY MARKED EXHIBITS

22                     (None.)

23

24

25
```

PATRICK HAYES, MD - 1/9/2025

Page 5

```
 1              P R O C E E D I N G S
 2          THE VIDEOGRAPHER:  Today's date is January
 3   9th, 2025.  The time is approximately 9:04 a.m.  We
 4   are on the record.
 5                 PATRICK HAYES, MD,
 6   having been first duly sworn, testified as follows:
 7                    EXAMINATION
 8   BY MR. FLORES:
 9      Q.    Good morning, Dr. Hayes.
10      A.    Good morning, Mr. Flores.
11      Q.    So as I mentioned a minute ago, my name is
12   Rey Flores, and I represent Halliburton in this
13   case.  Do you understand who I am and who I
14   represent?
15      A.    Yes, sir.
16      Q.    Would you please state your name for the
17   record?
18      A.    It's Patrick Charles Hayes.
19      Q.    You're a medical doctor?
20      A.    I am an allopathic physician, or an MD, a
21   medical doctor.
22      Q.    Okay.  A psychiatrist?
23      A.    I'm a board certified psychiatrist by the
24   American Board of Psychiatry and Neurology and a
25   subspecialty board certified addictions medicine by
```

PATRICK HAYES, MD - 1/9/2025

1  the American Board of Preventive Medicine.

2      Q.    Where are you currently located?

3      A.    Physically today or where do I practice?

4      Q.    Where are you physically today?

5      A.    I'm physically located at Elite Medical

6  Wellness, 2802 Hodges Street, Lake Charles,

7  Louisiana.

8      Q.    Is that also where you practice?

9      A.    It's one of my practice locations.  Yes,

10  sir.

11      Q.    What are your other practice locations?

12      A.    Through Elite, I have a Elite Medical

13  Wellness West, which is in Houston, in the northwest

14  portion of Houston Heights on TC Jester.  I have an

15  affiliate off site in Leesville who provides therapy

16  services.

17          I also work for the state of Louisiana.

18  I'm the medical director for Imperial Calcasieu

19  Human Services Authority, essentially the public

20  district for mental health, substance abuse, illness

21  and -- and intellectual disability in the five

22  parishes that are the heel of the boot.  I cover the

23  Calcasieu Correctional Center, the Calcasieu

24  Sheriff's Prison, the juvenile detention center.

25          Through Imperial Calcasieu, a nurse

PATRICK HAYES, MD - 1/9/2025

 1    practitioner and I cover the Cameron Parish Jail

 2    through a professional services contract with, I

 3    believe, three sections of the agency.  Another

 4    psychiatrist and nurse practitioner and I cover most

 5    of the intellectual disability group homes for CALA

 6    Normal Life (ph), BrightSpring, ResCare in southern

 7    Louisiana from the Texas border over to Hammond at

 8    this point.  Recently expanded that contract.

 9            And then through contracts with -- with

10    the industry, I work for, I believe, five

11    pharmaceutical companies, and I travel all over the

12    country presenting on novel medications.

13        Q.    Okay.  You gave us the address for Elite

14    Medical Wellness in Lake Charles, correct?

15        A.    That's correct.  Yes, sir.

16        Q.    Okay.  What is the address for your -- you

17    called it Elite Medical Wellness West; is that

18    right?

19        A.    That's correct.  Yes, sir.

20        Q.    And that's in Houston?

21        A.    That's correct.

22        Q.    And what is the address?

23        A.    It's 2500 East TC Jester, Suite 165.  I

24    believe the ZIP is 77003.

25        Q.    Do you have any -- any staff members or

PATRICK HAYES, MD - 1/9/2025

Page 8

```
 1   associates who work there?
 2        A.    I do.
 3        Q.    And who are they?
 4        A.    I have Claire Gilchrist; she's a social
 5   worker.  I have a Katie Cerar; she's a licensed
 6   professional counselor.  I have two technical
 7   writers who assist with generating reports.  I have
 8   a clerical staff member.  And then -- one, two --
 9   two of my therapists in the agency are also licensed
10   in Texas, so they provide services to Texas
11   patients, will occasionally rotate through Elite
12   Medical Wellness West.  And -- I'm sorry.  Three of
13   them.  And then all of my nurse practitioners are
14   licensed in multiple states and will also provide
15   services through patients in Texas.  Those guys have
16   not yet rotated through West physically, but we're
17   about to expand that operation.
18        Q.    Okay.  So Claire Gilchrist was the social
19   worker, correct?
20        A.    That's correct.  Yes, sir.
21        Q.    What was the name of the second person you
22   mentioned?  Cerar or Cerar, something like that?
23        A.    Katie Cerar, C-E-R-A-R.
24        Q.    And what does she do again?
25        A.    She's a licensed professional counselor.
```

PATRICK HAYES, MD - 1/9/2025

Page 9

```
 1    She's also certified in eye movement desensitization
 2    reprocessing therapy.
 3         Q.    Okay.  You mentioned a couple -- excuse
 4    me.  You mentioned a couple of technical writers,
 5    correct?
 6         A.    Correct.
 7         Q.    And what kind of reports do they assist
 8    with generating?
 9         A.    For example, I'm sure we'll talk about
10    Mr. Perry's initial master report today.  That is
11    going to come from my manually recorded handwritten
12    records from the -- the date of his assessment.
13    It's going to come from the testing.
14              So what happens after -- for example, I
15    did some initial assessments yesterday, I will sit
16    with the patient.  I will generate the handwritten
17    report.  And then that goes to one of the technical
18    writers to transcribe my writing.  At which time, it
19    comes back to me to proof that they transcribed my
20    terrible writing accurately, and then they will take
21    the -- the testing results.  They don't interpret
22    the tests.  I interpret the tests, but they will
23    take the results and transcribe them onto the
24    report.
25         Q.    And what are those technical writers'
```

PATRICK HAYES, MD - 1/9/2025

Page 10

1   names?

2       A.    There's Kaelyn Roche, R-O-C-H-E, and Chase

3   Martin, M-A-R-T-I-N.

4       Q.    Okay.  You mentioned some therapists who

5   rotate through; is that right?

6       A.    That's correct.  Yes, sir.

7       Q.    What are their names?

8       A.    That's Dene' Culton, C-U-L-T-O-N.  She's

9   an LPC.  I also --

10      Q.    Any others?

11      A.    Davis Woodward, W-O-O-D-W-A-R-D.  Dene'

12  does marital therapy as well.  Mr. Woodward sees

13  children, does marital therapy.  He's certified in

14  cognitive assessment, cognitive remediation.  I

15  believe he's certified in EMDR as well.

16          And then I have James Johnson, spelled as

17  you'd expect.  He focuses -- he's LPC as well.  He

18  tends to focus more on adults but also on cognition,

19  so he does a lot of cognitive assessment, cognitive

20  remediation.  He's certified as a CRT through the

21  ACRM, and then he's pursuing his brain injury

22  specialist certification as well.

23      Q.    Okay.  Any other therapists who rotate

24  through?

25      A.    Not covering the Texas group, no, sir.

PATRICK HAYES, MD - 1/9/2025

```
 1      Q.    Okay.  You mentioned clinical staff member

 2   or members; is that right?

 3      A.    That's correct.  Yes, sir.

 4      Q.    And who are they?

 5      A.    So I have Andrea Barrera, B-A-R-R-E-R-A.

 6   She is the Elite Medical Wellness West clinic

 7   manager.  She's currently pursuing certification in

 8   professional medical translation.

 9            And then I have Caitlin McGroarty,

10   M-C-G-R-O-A-R-T-Y.  She is an LPC.  She's also the

11   Elite Medical Wellness overarching practice manager.

12   She rotates through the Texas clinic as well,

13   largely administratively, but she is also an LPC.

14   She's also certified in cognitive assessments and

15   cognitive remediation therapy.

16      Q.    Okay.  Anyone else who either works at or

17   rotates through Elite Medical Wellness West?

18      A.    No.  The nurse practitioners ultimately

19   will.  One of my -- I think he's my first nurse

20   practitioner, my longest contracted one, Henry

21   Johnson.  He's expressed interest in rotating

22   through there.  So at some point, he will.  He just

23   has not yet.

24      Q.    Okay.  How often do you see patients at

25   Elite Medical Wellness West in Houston?
```

PATRICK HAYES, MD - 1/9/2025

```
 1        A.    Schedules are malleable.  My schedule is
 2   chaos.  In addition to the work we discussed, we
 3   didn't talk about the criminal forensic work, which
 4   has me in jails, courtrooms, prisons throughout the
 5   state on a -- on a regular basis.  And then the --
 6   the speaking presentations have me all over the
 7   country on an intermittent and a regular basis.  But
 8   in general, the current schedule is that 10 days out
 9   of the middle of every month are at Elite Medical
10   Wellness West.  So it's set to be the second Monday
11   through the third Wednesday of every month.
12        Q.    So about 10 days a month you're at Elite
13   Medical Wellness West?
14        A.    Yes, sir.  That's current schedule.
15        Q.    And that was -- say that again -- the
16   second Wednesday through when?
17        A.    Second Monday through third Wednesday.
18        Q.    Second Monday through third Wednesday in
19   Houston, correct?
20        A.    That's correct.
21        Q.    Okay.  How often do you see patients at
22   Elite Medical Wellness in Lake Charles?
23        A.    Oh, essentially every day.
24        Q.    Whenever you're not in Houston or
25   traveling?
```

PATRICK HAYES, MD - 1/9/2025

Page 13

```
 1        A.     Correct.
 2        Q.     When did you set up Elite Medical Wellness
 3   in Lake Charles?
 4        A.     I believe 2013.
 5        Q.     Okay.  You mentioned an affiliate.  What
 6   did you mean by your affiliate?
 7        A.     I was in the Army for 12 years, and I was
 8   stationed at Fort Polk, which is now Fort Johnson,
 9   in the center of Louisiana.  It's about 75 miles
10   north of Lake Charles.  And one of the providers who
11   worked for me was Kimberly Simms.  She's a marital
12   family therapist and an LPC.
13             And after I got out of the Army in 2012, I
14   started working in the civilian sector, and I've
15   stayed in touch with Kim over the years.  And about
16   five, eight years ago, she -- she was looking for
17   some additional work, and I had the opportunity for
18   some coverage in that part of the country.  It's a
19   little bit more difficult to get in-person visits in
20   -- in 90 miles north of here.  It's not near any big
21   cities.  So she has her own clinic, but she sees
22   patients for Elite Medical Wellness through her
23   clinic, so she's an affiliate.
24        Q.     Do you know the name of her clinic?
25        A.     I would have to look.  It's something like
```

PATRICK HAYES, MD - 1/9/2025

Page 14

```
 1   West Central Louisiana Counseling Solutions.
 2        Q.    Okay.  You mentioned work for
 3   pharmaceutical companies; is that right?
 4        A.    Yes, sir.
 5        Q.    Can you describe that work please?
 6        A.    Yes, sir.  So as recently -- the most
 7   recent one I added was Bristol Myers Squibb.
 8   There's the first novel schizophrenia-reducing
 9   medication in nearly a century has just come out, so
10   I am on the speaker bureau.  I explain that
11   medication and indications to other providers.  I
12   speak for Neurocrine Pharmaceuticals on a movement
13   disorder medication, Ingrezza, which can antidote a
14   type of brain damage called tardive dyskinesia that
15   can come from long-term management with
16   antipsychotic medications.
17             I work for Alkermes.  That's the first one
18   and the one I've longest worked for.  I believe
19   that's been about 10 years.  Alkermes, while it was
20   still promoting Aristada.  It's a long-acting
21   injection antipsychotic.  I would do so clinically.
22   And then I was initially one of two, and then, I
23   believe, at the end, I was the only guy nationally
24   presenting on that compound in corrections.  So I
25   presented at the National Correctional Health Care
```

PATRICK HAYES, MD - 1/9/2025

Page 15

```
 1   Association, the National Sheriffs' Association,
 2   just explaining to correctional leadership how basal
 3   fire suppression with a long-acting antipsychotic
 4   can help keep individuals from being reincarcerated
 5   or being aggressive while they're incarcerated.
 6              I speak for Teva Pharmaceuticals on a long
 7   -- ultra long-acting antipsychotic injection Uzedy.
 8              I speak for AXIM Pharmaceuticals on the
 9   newest antidepressant that's come out, Auvelity.
10       Q.    Okay.  Any other pharmaceutical companies?
11       A.    I don't think so.  If you were to -- I
12   think we caused the CV to be sent to you earlier.
13   If you were to find another one on there, it
14   wouldn't surprise me.  But offhand, not that I can
15   think of right now.
16       Q.    All right.  Well, let's go through those
17   because I was trying to take notes as you were
18   describing them.
19              Bristol Myers was the first one?
20       A.    Bristol Myers Squibb, yes, sir.
21       Q.    And what medication do you speak on with
22   -- with regard to them?
23       A.    That's Cobenfy.
24       Q.    How do you spell that?
25       A.    C-O-B-E-N-F-Y.
```

PATRICK HAYES, MD - 1/9/2025

Page 16

```
 1      Q.    Cobenfy?

 2      A.    Correct.

 3      Q.    And --

 4      A.    Xanomeline -- xanomeline/trospium, but I

 5  figured that would be more of a mouthful.

 6      Q.    Okay.  You said it's the first novel

 7  schizophrenic medication in a while?

 8      A.    Yeah.  In pretty close to 100 years.  So

 9  the -- the first antipsychotic that came out was in

10  the early 1900s.  It was actually a neuroleptic for

11  anesthesia, and nobody has changed the dopamine

12  modulation until Cobenfy came out.  Actually sat

13  with the inventor of it at the -- the training a

14  couple of months ago.  It's a muscarinic receptor

15  modulator, so it avoids some of those other problems

16  like we discussed, the tardive dyskinesia.  It will

17  not cause tardive dyskinesia because it doesn't

18  operate through that mechanism.

19      Q.    Any other medications you discussed that

20  relate to Bristol Myers?

21      A.    No.  That's the only one for them.

22      Q.    Okay.  American Pharmaceuticals, was that

23  the second company you mentioned?

24      A.    Neurocrine, N-E -- N-E-U-R-O-C-R-I-N-E.

25      Q.    Sorry.  That's the name of the
```

PATRICK HAYES, MD - 1/9/2025

```
 1   pharmaceutical company?
 2        A.    That's the company, yes, sir.
 3        Q.    Can you -- can you spell that again?
 4        A.    Neuro, like neurology, crine like in
 5   endocrine.  Neurocrine.
 6        Q.    Okay.  That's the full name, Neurocrine?
 7        A.    Neurocrine.  Neurocrine Biosciences.
 8   They're out of San Diego.
 9        Q.    Okay.  And what medication do you speak on
10   with regards to Neurocrine?
11        A.    Ingrezza.
12        Q.    How do you spell that?
13        A.    I-N-G-R-E-Z-Z-A.  And -- and if it helps,
14   these are listed on the CV.  I just pulled it up.
15   It's going to be on -- towards the bottom.  It's not
16   paginated, but it's going to be on page 11 and 12,
17   it looks like.
18        Q.    Okay.  Well, that -- that may make it
19   easier.
20        A.    Yeah.  That way, we don't have to spend 40
21   minutes spelling drug names.
22        Q.    Yeah.  So on the last two pages of your
23   CV, you've got an industry affiliation section,
24   correct?
25        A.    That's correct.  Yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 18

1      Q.    Does that list all of the pharmaceutical

2  companies you have -- you are or have been

3  affiliated with?

4      A.    Correct.  And the reason I characterized

5  it thus is I've done not only speaker promotions,

6  but I've also done the correctional product theaters

7  and advisory boards.  When new medications come out,

8  sometimes I'll be asked to come in and opine on the

9  mechanism.  For Intra-Cellular was interesting.  I

10  got to be part of the -- the nomenclature.  So that

11  -- that encapsulates all of that.

12      Q.    Okay.  So Teva Pharmaceuticals, you're on

13  the Uzedy speaker bureau?

14      A.    Correct.  Yes, sir.

15      Q.    Okay.  And what does it mean to be on the

16  speaker bureau?

17      A.    So, for example, I just had a text this

18  morning pop up.  There's -- that particular

19  medication, it's not been out very long.  It's --

20  it's an ultra long-acting version of injection

21  risperidone, which is an anti-aggression,

22  anti-sexual, antipsychotic mood-stabilizing agent.

23  This is a unique preparation and a unique delivery

24  system.  So when individuals either asked to be

25  detailed on it or somebody identifies that there is

PATRICK HAYES, MD - 1/9/2025

```
 1   an unmet need or utilization, I'll be tasked to come

 2   in and speak to their providers and explain the

 3   medication.  And there are good speaker decks by the

 4   FDA.  We present those, and then, afterward, we're

 5   allowed to narrowly answer questions by the

 6   audience.

 7        Q.    Okay.  So it looks like you're on the

 8   speaker bureaus of all of these pharmaceutical

 9   companies.  Would that include Neurocrine

10   Biosciences as well?

11        A.    Yes, sir.

12        Q.    Okay.

13        A.    They -- they use different terms for their

14   speaker bureaus, so I try to encapsulate that there.

15   But what -- what that means, ultimately, is I'm

16   considered a national expert on movement disorder

17   medications, antipsychotic medications,

18   mood-stabilizing medications, sleep medications,

19   antidepressant medications.

20        Q.    Okay.  And how often do you give

21   presentations or do you speak with respect to any of

22   these medications?

23        A.    It -- it varies wildly.  I probably across

24   the board spoke 200 times last year.

25        Q.    Okay.  Who are the staff members at Elite
```

PATRICK HAYES, MD - 1/9/2025

Page 20

1    Medical Wellness in Lake Charles?

2        A.    The professional contractors or the

3    employed staff?

4        Q.    Well, let me just ask it a different way.

5    Who all works or rotates through Elite Medical

6    Wellness in Lake Charles?

7        A.    You're asking about medical service

8    providers, like licensed individuals?  Or you're

9    asking about support staff?

10       Q.    Both, please.

11       A.    Okay.  So we have Davis Woodward.  We've

12   already discussed him.  We have Caitlin McGroarty.

13   Davis is an LPC.  Caitlin McGroarty is an LPC.  We

14   have Mr. Henry Johnson.  He's a board certified,

15   full age range psychiatric nurse practitioner.  We

16   have Iva Conde, C-O-N-D-E.  She is both a licensed

17   marital family therapist and a -- a board certified

18   psychiatric nurse practitioner.  We have Dene'

19   Culton, C-U-L-T-O-N.  She's an LPC.  We have James

20   Johnson.  We've already discussed him.  Then we have

21   Laken Patin, P-A-T-I-N.  She's another board

22   certified, full age range nurse practitioner.

23       Q.    Is that it?

24       A.    That's it for professional providers

25   currently.

PATRICK HAYES, MD - 1/9/2025

1     Q.    Okay.  Do you have any location outside of

2  Louisiana or Texas with Elite Medical Wellness?

3     A.    No.  I'm licensed in (inaudible), Texas

4  and Louisiana, and I have several providers that are

5  licensed in different states.  I've got one with a

6  license in Florida.  I've got one that's licensed, I

7  believe, in Florida, Mississippi.  I believe Alabama

8  is on a permit.  We've got somebody that may have

9  Georgia.  So I have providers that are licensed in

10  multiple locations where we're allowed to see

11  individuals, but physical locations are in Louisiana

12  and Texas.

13     Q.    Okay.  Are there any other medical doctors

14  in Elite Medical Wellness besides yourself?

15     A.    No.  Across the operations, I have other

16  physicians employed or contracted.  But at -- at

17  Elite at the present time, I had an addictions doc,

18  but she set out on a private practice, so she still

19  works for me for the state of Louisiana, but she's

20  not at Elite anymore.

21     Q.    You said, through the operations, you have

22  medical doctors contracted; is that right?

23     A.    That's correct.  Yes, sir.

24     Q.    And which operations are you referring to?

25     A.    Hayes Consultation & Therapeutics is a --

PATRICK HAYES, MD - 1/9/2025

Page 22

```
 1    another company of mine that I have a staffing
 2    agency through, and also if that -- if the action
 3    that's requested from somebody involves going to
 4    their location and using their material, their
 5    services, their charts, their nursing, that's
 6    usually an HC&T operation versus if it comes to my
 7    clinic and uses my staff, my material, my -- my
 8    operation.  That's usually Elite.
 9              So through Hayes Consultation &
10    Therapeutics, I have (inaudible) O'Leary contracted.
11    She's a triple board, which means she's board
12    certified in pediatrics, in child psychiatry and
13    adult psychiatry.  She provides coverage to
14    intellectually disabled individuals in the Eastern
15    part of Louisiana.
16              And then I have Christina Jones
17    contracted.  She's a internal medicine by training
18    but addictions by practice and certification.  She
19    and I are among the select group of Opioid Response
20    Network technical advisors for the state of
21    Louisiana.
22        Q.    What was the name of the first doctor you
23    mentioned, the triple board certified person?
24        A.    Andrea O'Leary?
25        Q.    Andrea O'Leary and Christine Jones are
```

PATRICK HAYES, MD - 1/9/2025

Page 23

```
 1    contracted doctors through Hayes Consultation &
 2    Therapeutics?
 3         A.    Correct.  Yes, sir.
 4         Q.    And that's essentially a staffing company?
 5         A.    It -- it has a staffing component to it as
 6    well.  In the case of Dr. Jones, she is contracted
 7    through the staffing company and assigned to
 8    patients for the state.  And then in the context of
 9    Dr. O'Leary, HC&T has a contract with -- for hers.
10    It is, I believe, Normal Life and BrightSpring.  And
11    I have her assigned duty station at the Normal Life
12    and BrightSpring group homes.
13         Q.    Okay.  All right.  So turning to this
14    case, Mr. Perry, Landon Perry, is one of your
15    patients; is that right?
16         A.    Yes, sir.
17         Q.    How did Mr. Perry come to be one of your
18    patients?
19               MR. GRINNAN:  Form.
20         A.    Sometimes I know that; sometimes I don't.
21    Sometimes it's knowable; sometimes it's not.  So
22    what I'm looking at now is my hard chart.  The very
23    first page after the left side of the -- the hard
24    chart exterior, it's a consult form from Access
25    Healthcare Management.
```

PATRICK HAYES, MD - 1/9/2025

Page 24

```
 1       Q.    (BY MR. FLORES) Okay.  Before we get into
 2   that, what -- what documents do you have there with
 3   you?
 4       A.    In general?
 5       Q.    I mean, in total, what -- what documents
 6   do you have there in front of you?
 7       A.    Okay.  So I have Mr. Perry's hard chart.
 8   I have three articles on the effect of genital
 9   injury in males.  I have -- on my computer, as we
10   just discussed, I have my CV pulled up.  And then I
11   have a file with -- I didn't tally it, but it's
12   about 35 different files of medical records of
13   Mr. Perry.
14       Q.    And what does a hard chart consist of?
15       A.    Hard chart is Mr. Perry's physical
16   document that encapsulates his care.  So there will
17   be an administrative section.  There will be a
18   medication and prior authorization administration
19   section.  There will be a records section, records
20   either we produced, such as psychological testing,
21   or that are received from other individuals via fax
22   in hard copy.  Although we have changed that; now
23   we're holding those electronically so that these
24   don't get -- because, for example, in Mr. Perry's
25   case, I think it's about 700 pages of records, 800
```

PATRICK HAYES, MD - 1/9/2025

1    pages of records I went through.  His chart would

2    become unwieldy and unusable.  And then it

3    encapsulates or includes his clinical medical notes,

4    the psychiatric notes and his clinical therapy

5    notes.

6         Q.    Okay.  What is in the admin section?

7         A.    I'm not quite sure what you want me to

8    answer on that one.

9         Q.    Well, how many pages are there in the

10   admin section of the hard chart?

11        A.    No -- no idea.  You want me to count it?

12        Q.    Sure.

13        A.    It appears to be 39.

14        Q.    And just generally speaking, what sort of

15   documents are in the admin section?

16        A.    So on the top on the left, there's

17   informed consent for assessment and treatment.  The

18   second page is a notice of privacy practices, which

19   is a two-page document.  Behind that, there's a copy

20   of Mr. Perry's driver's license.  Behind that,

21   there's the triggering referral from Access

22   Healthcare Management.  On the right side, there's a

23   series of administrative visit updates.  Behind

24   those or in the middle of those, there is my initial

25   master report of 16 pages, which is dated November

PATRICK HAYES, MD - 1/9/2025

1   28th of 2023.  And in Mr. Perry's case, that's the

2   extent of it.

3       Q.    Okay.  You mentioned a -- I'm trying to

4   read my notes here.  You mentioned a prior admin

5   section or something like that?

6       A.    I think what you're asking me about is the

7   medication administrative section.  So that's going

8   to be like prior authorizations, prescription refill

9   requests.  That's just from the patient.  Here's

10  another prescription refill request.  Here's a --

11  this is a PA, an insurance issue.  They don't want

12  to cover his medications, even though that's

13  inexpensive.  So they force us to justify why we

14  wanted him on an inexpensive medication which is

15  ideally tailored to what he has.

16          And then there's what we call ROI

17  requests, releases of information, which is where

18  we've sent off medi- -- or requests for clinical

19  notes, medication lists, problem lists, those sorts

20  of things to the providers that we knew about.  And

21  then I'm seeing also an Express Scripts, another

22  insurance book on an inexpensive med.  I'm seeing

23  another PA through CoverMyMeds.  I'm seeing another

24  PA through CoverMyMeds and some messages from the

25  patient about medication side effects.

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    Okay.  And how many pages is that section?
 2        A.    I shall count it.  So it's 14 pages of
 3   that support behind medications, and then it is --
 4   and then it's 10 pages of what's called a MAR.  It's
 5   a medication list.  And then the copies of
 6   prescriptions as well as looks like pharmacy
 7   printouts.  Yeah.
 8        Q.    The total of 24 pages?
 9        A.    Correct.
10        Q.    Okay.  What are the names of the three
11   articles you mentioned and the authors please?
12        A.    Yes, sir.  So interestingly, 2013, there's
13   two British articles on male genital injury, both of
14   them published by the Royal Defence Force.  They're
15   both British.  The first one is -- is sort of a
16   scout.  And if you think about what's going on in
17   2013, I mean, we were a couple years into their
18   involvement in Afghanistan, so that is The
19   Psychological Challenge of Genital Injury by
20   W. Frappell-Cooke.
21        Q.    Could you spell the author's name please,
22   at least the -- the first name?
23        A.    It has his first initial.  It's just W.
24   But the last name is Frappell-hyphen-Cooke,
25   F-R-A-P-P-E-L-L-hyphen-C-O-O-K-E.  It's published in
```

PATRICK HAYES, MD - 1/9/2025

```
 1   the Journal of the Royal Army Medical Corps.
 2        Q.    And it's titled Psychological Challenge of
 3   Genital Injury?
 4        A.    Correct.
 5        Q.    Okay.  What -- what's the next article?
 6        A.    The second one is published by P.A. Lucas,
 7   and there's all secondary and, you know, et al.
 8   authors on these, but I'm just going to give you the
 9   lead author.  Lucas spelled as you would expect,
10   L-U-C-A-S.  This is The Impact of Genital Trauma on
11   Wounded Serviceman, colon, Qualitative Study.  It's
12   published in the journal Injury.
13        Q.    Journal of Injury?
14        A.    The journal is just titled Injury.
15        Q.    Is that a British publication?
16        A.    Injury, I think, is an American journal.
17   I would have to go in and -- and look.  It's
18   Elsevier Press.  I think it's an American journal.
19   It's a British group that did the -- the analysis,
20   but I believe it's published in an American journal.
21             And then there's a large meta-analysis
22   published last year on several thousand Americans
23   with genital burns in particular, so it's Genital
24   Burns are Associated with Worse Psychosocial and
25   Physical Outcomes.  The lead author is Suhaib Shah.
```

PATRICK HAYES, MD - 1/9/2025

Page 29

```
 1   First name is S-U-H-A-I-B.  Last name is Shah,
 2   S-H-A-H.
 3        Q.    Suhaib with B as in boy at the end?
 4        A.    B as in bravo, yes.
 5        Q.    And what's the name of the article again?
 6        A.    Genital Burns are Associated with Worse
 7   Psychosocial and Physical Outcomes.  And that's in
 8   Oxford University Press.  It's an American Burn
 9   Association annual meeting article.
10        Q.    And when did you locate these articles?
11        A.    Oh, I've had these for a while.  I don't
12   know that I can tell you that.
13        Q.    Were they part of Mr. Perry's case file in
14   the ordinary course of business?
15        A.    In his case, I believe I had pulled them
16   in the context of writing his report.  Or I had done
17   a life care plan meeting with Dr. Savant.  It may
18   have been around that time.  Just sort of assembling
19   prognostic factors and shaping the -- the discussion
20   around that.  I will typically place literature in
21   the file.  I don't see it in his.  That may have
22   been an oversight.  Or it may be -- again, as we
23   migrated the -- the handling of the files to include
24   more electronic stuff, it might be in his electronic
25   file.
```

PATRICK HAYES, MD - 1/9/2025

Page 30

```
 1      Q.    For purposes of this deposition, when did
 2  you print those out?
 3      A.    For this deposition, I printed them last
 4  night.
 5      Q.    Okay.  And they weren't in the hard copy
 6  file prior to that?
 7      A.    No, I don't see them there.
 8      Q.    Okay.  And as far as you know, were they
 9  or were they not in the electronic or digital file?
10      A.    I just glanced at it.  I don't see them
11  there.  And then the -- the 2024 article, I don't
12  see a date on that one, but when in 2024 -- I don't
13  see a (inaudible) on it.  Let me see if I can give
14  you that one.
15      Q.    Okay.  You said the first article was from
16  2013, correct?
17      A.    Correct.  The first two are both from
18  2013.
19      Q.    Okay.  And the last one by Shah is from
20  2024?
21      A.    That's from last year.  Yes, sir.  And I
22  may have pulled that one later.
23      Q.    Okay.
24      A.    Landon had a -- had an exacerbation of
25  symptoms about six months ago, so we did some casual
```

PATRICK HAYES, MD - 1/9/2025

```
 1   multi-D work on him.  Ms. Conde, Ms. Culton and I,
 2   that's sort of the -- the primary clinical team
 3   working with him.  It may have been around
 4   (inaudible) time that I pulled it as well.
 5       Q.    Sorry.  I was getting a little feedback
 6   there.  Could you -- you mentioned some names, I
 7   think?
 8       A.    Yeah.  Landon sees Ms. Conde and me for
 9   medication.  He sees Ms. Culton for psychotherapy.
10   And there was a -- an exacerbation of his symptoms
11   some months ago, six, four months ago.  And you can
12   see in his visit frequency goes up at that time.  So
13   it may have been around them -- then that I pulled
14   the article, that -- that 2024 article.  I'm not
15   quite sure.
16       Q.    Okay.  All right.  So Mr. Perry was
17   referred to you looks like in August of 2023; is
18   that right?
19       A.    Go back there and look.  Yes, sir.  It
20   looks like August 28th, 2023.
21       Q.    Okay.  And you mentioned referral
22   document.  Let me make sure I'm looking at the same
23   thing here.  So this will be Exhibit 1 to your
24   deposition.
25            (Exhibit 1 was marked for identification.)
```

PATRICK HAYES, MD - 1/9/2025

```
 1      Q.    All right.  So I've got an email here.  Do
 2   you see that on your screen?
 3      A.    It's wee.  I can't make --
 4      Q.    Sorry?
 5      A.    I said it's wee.  It's teeny-tiny.  I
 6   can't make it out.
 7      Q.    Really?  Okay.  It's pretty huge on my
 8   screen, so let me see.  Is that any better?
 9      A.    Can you maximize your screen?  It looks
10   like you're on partial minimization.
11      Q.    I am maxed out on my end.
12            MR. GRINNAN:  Rey, I think it might be
13   because of, like, the way you have the settings on
14   Zoom.
15            MR. FLORES:  Uh-huh.  Okay.
16            MR. GRINNAN:  But I'm not sure.
17            MR. FLORES:  Well, let me see here.
18            THE REPORTER:  Do we want to briefly go
19   off the record?
20            MR. FLORES:  No.  Let me give this a shot.
21   Hold on.  Is that any better?
22            THE WITNESS:  No.  It's the same.
23            MR. FLORES:  Okay.
24            THE REPORTER:  For me, it's full screen.
25   Do you need to change your view, Doctor, in the top
```

PATRICK HAYES, MD - 1/9/2025

1   right?

2           MR. FLORES:  Hold on.  Yeah.  Let's just

3   go off the record.

4           THE REPORTER:  Okay.

5           THE VIDEOGRAPHER:  We're off the record.

6   The time is 9:44 a.m.

7           (Short recess.)

8           THE VIDEOGRAPHER:  We're back on record.

9   Time is 9:52 a.m.

10      Q.   (BY MR. FLORES) All right, Dr. Hayes.  We

11  were talking about Mr. Perry's referral to you in

12  August of 2013, correct?

13      A.   Correct.  Yes, sir.

14      Q.   All right.  And this will be Exhibit 1 to

15  your deposition.  Can you see this document on the

16  screen now?

17      A.   Yeah.  As we discussed on the break, it is

18  more legible.  It's larger.  I can see what appears

19  to be about two-thirds of the page, now about half

20  of the page.  If you scroll up and down, I can see

21  the whole thing.

22      Q.   Okay.  So you see an email here, correct?

23      A.   That's correct.

24      Q.   And the originating email at the bottom of

25  the page came from Morgan Gill.  Do you see that?

PATRICK HAYES, MD - 1/9/2025

```
 1       A.    I do.
 2       Q.    On August 28th, 2023, at 10:22 a.m.,
 3  correct?
 4       A.    That's correct.
 5       Q.    And is that the referral document you were
 6  referring to in your -- in your hard chart?
 7       A.    No, sir.
 8       Q.    I'm sorry?
 9       A.    No, sir.
10       Q.    Okay.  So we'll get to what that might --
11  that other document might -- might be.
12       A.    That's probably the email that the
13  referral document was attached to.
14       Q.    Right, right.  Okay.
15             And so it says here, Hayes in person.
16  Henry via telepsych and Davis via telepsych.  Do you
17  see that?
18       A.    I do.
19       Q.    Okay.  I guess Henry and Davis are some of
20  your staff members?
21             MR. GRINNAN:  Form.
22       A.    That's correct.
23       Q.    (BY MR. FLORES) Okay.  Do you know who
24  Morgan Gill is?
25       A.    I know her name.  I don't believe I've
```

PATRICK HAYES, MD - 1/9/2025

Page 35

```
 1  ever met her.
 2      Q.    Okay.  And she -- her title here is
 3  Behavioral Health Scheduling Coordinator, Access
 4  Healthcare Management, LLC; is that right?
 5          MR. GRINNAN:  Form.
 6      A.    Yes, sir.  That's what I can see on the
 7  email.
 8      Q.    (BY MR. FLORES) Okay.  And this was sent
 9  to Kourtney Sittig at your clinic, it appears; is
10  that right?
11      A.    Kourtney Tommasi was her -- or is her
12  married name.  Kourtney Sittig was her maiden name.
13  Yeah, that's the -- who it was sent to.
14      Q.    Okay.  And she responded to Ms. Gill with,
15  11-27-2023 at 1:30 Hayes, right?
16      A.    That's what I see on there.  Yes, sir.
17      Q.    Okay.  So was that going to be Mr. Perry's
18  first appointment with you?
19          MR. GRINNAN:  Form.
20      A.    I mean, I don't know.  That's what I can
21  intuit from that, but, again, as I mentioned
22  earlier, I don't do scheduling.  I have staff
23  trained to do so.  They tell me where to be and what
24  to bring.
25      Q.    (BY MR. FLORES) Okay.  I don't think you
```

PATRICK HAYES, MD - 1/9/2025

Page 36

1   mentioned Kourtney Tommasi earlier as a staff

2   member.  Is she still with Elite Medical Wellness?

3       A.    No, no.  She actually is an administrative

4   assistant at a car dealership now.

5       Q.    Okay.  All right.  So there was an

6   attachment to this email.  Let's go to that next.

7             Okay.  Can you see this new document on

8   your screen?

9       A.    Yes, sir.

10      Q.    This will be Exhibit 2 to your deposition.

11            (Exhibit 2 was marked for identification.)

12      Q.    Is this the referral document you were

13  referring to in your hard chart?

14      A.    That's correct.

15      Q.    Okay.  It says, from Access Healthcare

16  Management; Elite Medical Wellness, Lake Charles,

17  right?

18      A.    Correct.

19      Q.    Okay.  It says, provider, Access

20  Healthcare Management, down at the bottom; is that

21  right?

22      A.    That's what it says.  Yes, sir.

23      Q.    Okay.  What is Access Healthcare

24  Management?

25      A.    They're a case management service that we

PATRICK HAYES, MD - 1/9/2025

Page 37

1    work with who refers us patients that need
2    behavioral health treatment.
3        Q.    Okay.  And when you say case management
4    company, what do you mean by that?
5        A.    Probably the easiest way to encapsulate
6    it, I used to work for comp or work with comp.  And
7    then, over the years, I had accepted single case
8    agreements with workers' comp.  It very much --
9    Access very much behaves like a private workers'
10   comp where, if an individual has behavioral health
11   condition, they will find behavioral health
12   provider.  We are one of those that Access works
13   with.  And then, when I need to place medication
14   orders, when I need to place consult orders, when I
15   need to schedule visits, those go through Access
16   Healthcare Management for the scheduling.  They will
17   do all of that.
18       Q.    Okay.  And so you said they -- they
19   basically act like an insurer, a workers' comp
20   insurer or carrier?
21            MR. GRINNAN:  Object to the form,
22   foundation.
23       A.    Yeah, more like the -- the comp clinical
24   case managers.  Very much like that.
25       Q.    (BY MR. FLORES) Okay.  And how long have

PATRICK HAYES, MD - 1/9/2025

Page 38

1  you worked with Access Healthcare Management?

2      A.    Probably about 10 years at this point.

3      Q.    Okay.  So they sent Mr. Perry to you in

4  August of 2023, correct?

5      A.    That's correct.

6      Q.    All right.  Now, I'm going to pull up a

7  bill because I want to see if this is a

8  comprehensive summary or listing of -- of every

9  visit with Mr. Perry.  So this will be Exhibit 3 to

10  your deposition.

11              (Exhibit 3 was marked for identification.)

12      Q.    All right.  Do you see this document on

13  your screen now?

14      A.    Yeah.  I can see probably half of it in

15  that current zoom, and I can read most of what's on

16  there.

17      Q.    Yeah.  It appears to be a five-page PDF

18  file or five-page document.  Do you see that?

19      A.    I'm just going to have to trust that

20  you're representing it's five pages accurately.

21      Q.    Okay.  Do you recognize this document?

22      A.    Yeah.  It appears to be one of our billing

23  documents.

24      Q.    Okay.  And there's an entry on September

25  8th, 2023, by somebody named Caitlin Witherwax or

PATRICK HAYES, MD - 1/9/2025

```
 1   associated with Caitlin Witherwax.  Do you see that?
 2        A.    I do.
 3        Q.    Who is Caitlin Witherwax?
 4        A.    She was a clerk who was working with us at
 5   the time.
 6        Q.    Okay.  No longer with Elite Medical
 7   Wellness?
 8        A.    No, sir.  Clerical staff is very difficult
 9   to -- to maintain and hold in 2023 and 2024.
10        Q.    Who is Madison Ellzey?
11        A.    She's another clerical staff who was
12   working at the time who's no longer with us.
13        Q.    What about Kaileigh Lantz?
14        A.    Ditto.
15        Q.    Okay.  What about Stacey Rougeau or
16   Rougeau?
17        A.    Rougeau, correct.  She's a clerical staff.
18   She's actually the custodian of medical records in
19   the criminal forensic court administrator.  She has
20   been with me now for seven years, I believe.  She's
21   still here.
22        Q.    Okay.  And you mentioned Iva Conde and
23   Dene' Culton previously, correct?
24        A.    Correct.  Yes, sir.
25        Q.    Okay.  I see your name is listed here on
```

PATRICK HAYES, MD - 1/9/2025

Page 40

```
 1    the bottom of page two, Patrick Hayes, MD.  Do you
 2    see that?
 3         A.    I do.
 4         Q.    And the entry associated with your name is
 5    April 5th, 2024.  Do you see that?
 6         A.    Yes, at the top.  Uh-huh.
 7         Q.    It says, non-deposition meeting, one hour.
 8    Do you see that?
 9         A.    Correct.
10         Q.    And there's a -- there's a code there,
11    EH034.  Do you see that?
12         A.    Correct.
13         Q.    What does EH034 represent?
14         A.    That's going to be the -- the line item to
15    encapsulate how we bill a non-deposition one-hour
16    meeting.
17         Q.    Okay.  That's internal to -- to your
18    clinic?
19         A.    Correct.  This clinic does not accept any
20    manner of health insurance.  We do not use CPT
21    codes.  We do not use E&M codes.  So for billing
22    purposes, our module is built around proprietary
23    codes which describe what the services are in the
24    single fee schedule.
25         Q.    Okay.  And this non-deposition meeting for
```

PATRICK HAYES, MD - 1/9/2025

Page 41

```
 1   one hour, was that with Mr. Perry?
 2        A.    No.  That was a life care plan meeting
 3   with Dr. Savant.
 4        Q.    Okay.  Was that in person or over the
 5   phone or teleconference?  How did that take place?
 6        A.    I have met with Shelly in person before.
 7   I've known Shelly for a long time.  But I believe
 8   that one most likely -- based on the time of year
 9   that was, I was probably on the road.  That was
10   probably (inaudible).  Excuse me.
11        Q.    I'm sorry.  You broke up there.  Could you
12   repeat what you said?
13        A.    Yeah.  No worries.  I just said that was
14   probably telephonic.
15        Q.    Okay.  All right.  I'm continuing to go
16   through this -- is this an invoice?  Is that what
17   you would call this or a billing summary?
18        A.    Yeah.  I think you could use either of
19   those terms for it.
20        Q.    Okay.  And then there's, you know,
21   deposition, video deposition.  That's the fee for
22   today's deposition, correct?
23        A.    Yes, sir.
24        Q.    All right.  What is I-V-A?
25        A.    That's my provider, the nurse
```

PATRICK HAYES, MD - 1/9/2025

Page 42

```
 1   practitioner, Iva Conde.
 2       Q.    Okay.  So the -- the -- the initials there
 3   or Dene' here would -- would show who met with or
 4   who spoke with Mr. Perry on that day?
 5            MR. GRINNAN:   Form.
 6       A.    You'll probably notice that there's a
 7   change in convention across that period of time.  So
 8   when -- about a year ago, January of 2024, when
 9   Caitlin McGroarty took over as practice manager,
10   just going through and doing process improvement,
11   practice development, what she found is that the --
12   the prior style of billing was assigning that line
13   to the person that submitted the billing, the
14   clerical asset.  That's why you see Kaileigh Lantz,
15   Madison Ellzey versus assigning the -- the line
16   billing to the provider that delivered the service,
17   which makes more sense, and it's easier to follow.
18   So that's what you're seeing on there.  The -- the
19   ones with a provider's name, that's the provider who
20   did it.
21       Q.    (BY MR. FLORES) Okay.  And prior to that,
22   I guess, practice change there, the provider who --
23   who saw or spoke with Mr. Perry is listed, I
24   suppose, to the right of the date of each
25   interaction; is that correct?
```

PATRICK HAYES, MD - 1/9/2025

Page 43

 1      A.    That's correct.  So the -- the electronic

 2   portion of the system was charging it or assigning

 3   it to the person entering it, and then that person

 4   was having to go back and manually point it to the

 5   provider versus the improved way of doing it.

 6      Q.    Okay.  So, for example, on September 8th,

 7   2023, Iva Conde met or spoke with Mr. Perry,

 8   correct?

 9      A.    Can you zoom in on that?  I can't really

10   read the dates.

11            Yeah.  So you're saying September -- or

12   September 8th?  Yeah.  So Caitlin Witherwax would

13   have been the clerical asset who entered that

14   charge, but the visit was with Iva Conde.

15      Q.    Okay.  And then, just to compare, on

16   October 23rd of 2023, the visit or the interaction

17   was with Dene' Culton, correct?

18      A.    Correct.

19            MR. GRINNAN:  Form.

20      Q.    (BY MR. FLORES) Okay.  And so when was the

21   first time you personally met or spoke with

22   Mr. Perry?

23      A.    On November 27 of 2023.

24      Q.    And why is there no charge on this billing

25   summary for that -- that interaction?

PATRICK HAYES, MD - 1/9/2025

Page 44

```
 1            MR. GRINNAN:  Form.
 2       A.   I think you're above November 27.  I think
 3  you'd have to scroll down.
 4       Q.   (BY MR. FLORES) You mean 2020 -- well,
 5  this is November -- okay.  I see.  So this date down
 6  here, is that the date of payment?
 7       A.   That's how I appreciate that.  Again, I
 8  don't do billing, but that looks like -- the -- the
 9  line you just highlighted, that looks like a
10  September 8, 2023, visit with Iva entered by
11  Ms. Witherwax with payment fulfilled on November 17
12  of 2023.  So the bottom of the sheet you're showing
13  me is 11-1-2023.  So to capture my 11-27 visit,
14  you're going to have to scroll down.  There it is.
15       Q.   Okay.  So 11-27, entered by Madison
16  Ellzey.  The work is titled, Hayes full report,
17  correct?
18       A.   Correct.  Yes, sir.
19       Q.   And you met with Mr. Perry on November
20  27th?
21       A.   Yes, sir.
22       Q.   Was that in person or through some other
23  means?
24       A.   That was in person.
25       Q.   Okay.  Was that the first time you'd met
```

PATRICK HAYES, MD - 1/9/2025

Page 45

1    with Mr. Perry?

2        A.    Correct.

3        Q.    Okay.  And how long was that meeting?

4        A.    Let me look.  So his assessment was 102

5    minutes that day.

6        Q.    And there's a 5,000 dollar charge for a

7    report, correct?

8        A.    Correct.  Yes, sir.

9        Q.    Okay.  And what was the purpose to that

10   report?  Somebody -- who asked you to produce a

11   report, first of all?

12       A.    My staff asked me to produce the report to

13   do -- what you see there is a full report.  There

14   are different administrative actions that I do.

15   There's different paperwork that I can do.

16   Somewhere upstream of me, my administrative staff

17   was made aware or understood that this would be a

18   treating case and then that somebody wanted a civil

19   forensic full report, which is a differential

20   diagnosis.  The foundation for that differential

21   diagnosis, prognosis, commentary on causation and

22   commentary on treatment moving forward.

23       Q.    Okay.  So if I'm understanding correctly,

24   essentially, your staff, I suppose, understood or

25   received a request that Mr. Perry's lawyers would

 1    want and need a report from you, and that's --

 2              MR. GRINNAN:  Object to the form.

 3      Q.    (BY MR. FLORES) And that's what's

 4    reflected here?  Is that --

 5              MR. GRINNAN:  Form and --

 6      Q.    (BY MR. FLORES) Is that fair?

 7              MR. GRINNAN:  Form and foundation.

 8      A.    Yeah.  It -- it is really a logical

 9    extension in that that I can't completely affirm.

10    In this case, Access Healthcare Management requested

11    that, so we often don't know what is the

12    administrative action outside of Access Healthcare

13    Management.  We don't know if it's a lawsuit.  We

14    don't know if it's a mediation.  We don't know

15    what's going on with that.  So somebody at Access is

16    working with somebody.  And Access told us that they

17    wanted a full report with treatment on this guy, so

18    that's what we provided.

19      Q.    (BY MR. FLORES) Do you know Access

20    Healthcare Management told you or your staff that

21    they wanted a full report?

22              MR. GRINNAN:  Object to the form,

23    foundation.

24      A.    Did you ask me how I know that?

25      Q.    (BY MR. FLORES) Yes.  Yes, sir.

PATRICK HAYES, MD - 1/9/2025

Page 47

```
 1      A.    I don't, really.  I mean, I can see it
 2   there on the invoice.  So somebody who's involved in
 3   inputting charges knew it.  I can see the -- the
 4   referral form in my chart, and that's how it was
 5   presented to me that day.  But, Mr. Flores, I'm very
 6   busy, so I don't tap dance around in taking phone
 7   calls, setting up schedules, doing the billing.  My
 8   staff gives me the appropriate work at the
 9   appropriate time, and they tell me what to do.  I
10   mean, I'm the medical director.  I'm the owner.  I'm
11   in charge of it.  But I have trained them to handle
12   that.
13          So in terms of, like, when somebody calls
14   for a refill, for example, I don't take the call for
15   a refill.  I don't do the initial check to see if
16   they should have refills.  I don't do the initial
17   two, three salvos with the pharmacy.  I don't check
18   with the patient to make sure the -- the refill
19   numbers.  My staff does all of that.  Still my
20   medication refill, but this is similar.  My staff
21   told me to do an intake on Mr. Perry with a full
22   report, so that's what I did.
23      Q.    Okay.  And, I mean, somebody would have
24   had to request a report for you to do it; is that
25   correct?
```

PATRICK HAYES, MD - 1/9/2025

```
 1            MR. GRINNAN:  Object to the form and
 2   foundation.  It's been asked and answered.
 3        A.    Yeah.  That's what -- that's what I
 4   understand from these forms that we're looking at
 5   now.  But that's the nature of the practice.  If
 6   somebody requests something, it's within the
 7   skill set, it's within the field of what we do, yes,
 8   sir, my staff can hand me that.
 9        Q.    (BY MR. FLORES) Okay.  All right.  So
10   continuing to move through this billing summary, it
11   looks like Iva Conde and Dene' Culton would meet
12   with Mr. Perry, it looks like, about once a month.
13   Is that about right?
14        A.    Yeah.  He's actually kept essentially 94
15   percent of his booked visits.  He's got a fantastic
16   compliance rate.  He's been our patient for 16
17   months at this point.  He's kept 30 visits in 16
18   months.  So he's averaged almost two visits a month.
19   It's 1.9 visits per month.
20        Q.    Okay.  And looks like your next meeting
21   with Mr. Perry was on April -- well, no.  That was
22   the -- the meeting with Dr. Savant, you said, right,
23   April 5th, 2024?
24        A.    Correct.
25        Q.    Okay.  So according to this billing
```

PATRICK HAYES, MD - 1/9/2025

Page 49

```
 1    summary, you met with Mr. Perry once; is that right?
 2        A.    That's correct.  Yes, sir.
 3        Q.    For, I think you said, 102 minutes?
 4        A.    Correct.  That's the duration of his
 5    assessment.
 6        Q.    Okay.  Have you spoken over the phone or
 7    over Team -- Teams or Zoom with Mr. Perry at any
 8    time other than in November of 2023?
 9        A.    No.  I've engaged in disciplinary meetings
10    with the team about him.  I've helped coordinate the
11    care of Mr. Perry, but he is improving.  The -- the
12    regimen is tailored to what he has.  So in general,
13    I would expect to see him again this coming year
14    within the next couple of months, but I have not
15    yet.
16        Q.    Okay.  And so just to be clear, you've
17    only met or spoken with Mr. Perry once, and that was
18    in November of 2023, correct?
19        A.    Yeah.  To date, that's -- that's the
20    number of times I've seen him, but I anticipate
21    seeing him again.
22        Q.    And you mentioned -- well, let's -- let's
23    hold off on that for now.  Let's talk about the --
24    the payments here.  Do you know who's making these
25    payments that are reflected on this billing summary?
```

```
 1      A.    Inasmuch as has been asked about before in

 2  other depositions and in other trial moments, that

 3  -- that characterization of patient check payment

 4  and a number, it's my understanding that that is

 5  actually -- that's one of the lines that was

 6  selected in the billing module to characterize it.

 7  I don't know that there's a more appropriate line.

 8  But given that Mr. Perry is case managed by Access

 9  Healthcare, they are paying his -- his invoices.

10      Q.    Okay.  So just to make sure I understand

11  then, although this says patient check, it's not

12  your understanding that Mr. Perry is cutting a check

13  or making a payment personally, correct?

14      A.    No.  As I understand the universe, he's

15  ultimately responsible for all charges, but those

16  check numbers, I believe, are the monthly payments

17  from Access.

18      Q.    Okay.  So Mr. Perry hasn't, you know,

19  pulled out his checkbook and written out a check to

20  Elite Medical Wellness, correct?

21          MR. GRINNAN:  Object to the form,

22  foundation.

23      A.    I don't do billing.  I'm not aware of

24  that.  But as you're showing me, 10-6-2023,

25  10-23-2023, both showing posted on 12-27-2023 with
```

PATRICK HAYES, MD - 1/9/2025

Page 51

```
 1   the same check number, it's my understanding that
 2   that 11182 would have been the 12-27-2023 payment
 3   from Access Healthcare Management.
 4       Q.    (BY MR. FLORES) Okay.  And do you believe
 5   that Access Healthcare Management has made all these
 6   payments reflected on these -- this billing invoice
 7   or billing summary?
 8             MR. GRINNAN:  Form.
 9       A.    Again, I -- I don't do billing.  I don't
10   have any reason to dispute that.  But, yeah, I don't
11   really know.
12       Q.    (BY MR. FLORES) And the one caveat I would
13   -- I would insert there would be that, you know, our
14   firm made the payment for your video deposition,
15   correct?
16       A.    If you (inaudible) that's accurate, yeah,
17   sure.  Again, I -- really, Mr. Flores, I don't do
18   billing.
19       Q.    Yeah.  Who does do billing for you?
20       A.    That would be Caitlin McGroarty, and I'm
21   not sure who she delegates out additional billing
22   actions.  You -- you'd have to ask her.
23       Q.    And she's primarily in Lake Charles?
24       A.    She's the overarching practice manager, so
25   most of her physical time is in Lake Charles, but
```

PATRICK HAYES, MD - 1/9/2025

Page 52

1  she does go to the Houston office as well.

2      Q.    Okay.  And Elite Medical Wellness would

3  have the copies of the checks themselves, right, in

4  its -- in its billing file?

5      A.    I have no idea.

6      Q.    Okay.  Would Caitlin be the person to ask

7  that question to?

8      A.    Correct.  Yes, sir.

9      Q.    Okay.  All right.  Since we're on this

10 document, let's talk about charges.  It looks like

11 Iva Conde on September 8th, 2023, was billing at 400

12 dollars per visit; is that right?

13     A.    Yes, sir.

14     Q.    Okay.  And Dene' Culton at 300 dollars per

15 visit, correct?

16     A.    That's correct.

17     Q.    Okay.  Let's see.  It looks like their

18 rate has remained the same into 2024; is that right?

19     A.    Yes, sir.

20     Q.    Okay.  So Iva Conde, can you remind me of

21 her credentials please?

22     A.    She's a board certified psychiatric mental

23 health nurse practitioner.

24     Q.    And can you remind me of --

25     A.    I'm sorry.  My apologies.  She's also a

PATRICK HAYES, MD - 1/9/2025

```
 1   licensed marital family therapist, but for -- for
 2   purposes of this case, she is serving as a nurse
 3   practitioner.
 4        Q.   And would you remind me of Dene' Culton's
 5   credentials?
 6        A.   She's a licensed professional counselor.
 7        Q.   And so just based on their billing rate,
 8   it seems that a nurse practitioner is considered a
 9   -- a step up, if you will, from a licensed
10   professional counselor; is that correct?
11        A.   Well, nurse practitioners and physician's
12   assistants are what are considered mid-level medical
13   providers, so a medication visit involves more risk.
14   It involves more risk in the conditions treated.
15   The conditions treated are -- are more broad.
16   There's more complicated medical decision-making.
17   The intervention requires additional support.  We
18   discussed earlier medication prescriptions, refills.
19   So, yes, across the board, medication and medical
20   visits are going to be more complicated and thus
21   more expensive than psychoeducational visits, health
22   visits, therapy, those sorts of things.
23        Q.   Okay.  Do you have an hour -- a fee that
24   you would charge for an office visit with a patient
25   like Mr. Perry?
```

PATRICK HAYES, MD - 1/9/2025

Page 54

```
 1        A.    Yes, sir.

 2        Q.    And what is that?

 3        A.    So the single fee schedule, if you haven't

 4   requested that, that can certainly be provided to

 5   you.  But the -- the follow-up visit so that -- what

 6   you have on there as EA023, an adult psychiatric

 7   visit plus administrative update, that will be the

 8   same for a follow-up.

 9        Q.    So would you bill 400 dollars for -- for

10   an EA23 visit with Mr. Perry?

11        A.    Correct, for a follow-up.  Yes, sir.

12        Q.    And what about for an initial visit?

13        A.    The fee schedule guides what the cost is.

14   In the case of Mr. Perry, there was a request for a

15   full report and the additional charge that you

16   discussed earlier on -- or from November 27th is for

17   that 15-, 16-page report and the extended time with

18   him and the additional testing with him.  If

19   somebody had requested a different style of report

20   or a different action, that's going to be on the fee

21   schedule, and the charge might be different.

22        Q.    Okay.  And I think you mentioned earlier

23   that Elite Medical Wellness in Lake Charles does not

24   accept insurance; is that correct?

25        A.    That's correct.  I don't accept any manner
```

PATRICK HAYES, MD - 1/9/2025

Page 55

```
 1   of insurance.
 2        Q.    Okay.  And I assume you also don't accept
 3   Medicare?
 4        A.    It's federal, but it's still insurance.
 5   So the -- the answer holds.
 6        Q.    Okay.  And same for workers' comp
 7   insurance, correct?
 8        A.    Correct.
 9        Q.    So in other words, both private and
10   governmental type of insurance patients are not seen
11   in Lake Charles, correct?
12        A.    They may be, but we are fee for service,
13   cash only or cash equivalent.  So if an individual
14   wants to come here and they have insurance, we can
15   provide them our -- our superbill or their superbill
16   for the visit.  And they're welcome to go back and
17   request reimbursement, but we do not directly work
18   with any insurers.  We are not contracted, Elite
19   Medical Wellness, with any insurers, public or
20   private.
21        Q.    Does that also apply to Elite Medical
22   Wellness West in Houston?
23        A.    It does.  Yes, sir.
24        Q.    Has Elite Medical Wellness ever accepted
25   insurance?
```

PATRICK HAYES, MD - 1/9/2025

Page 56

```
 1      A.      We did.  Yes, sir.
 2      Q.      And when did you stop?
 3      A.      I believe it was August 4, 2019.
 4      Q.      Since then, it's been full, you know, bill
 5 them out, cash payment or cash equivalent?
 6      A.      Correct.  Yes, sir.
 7      Q.      Are you the sole member of Elite Medical
 8 Wellness?
 9      A.      Talking about the corporate structure of
10 Elite Medical Wellness, LLC?
11      Q.      Correct.
12      A.      Yes.  I'm -- I'm the owner.  I'm the
13 single managing member.
14      Q.      Do you know if 400 dollars per visit with
15 a nurse practitioner like Iva Conde -- how does that
16 compare to sort of the -- the average charge for
17 that sort of visit with that sort of provider in --
18 in and around Lake Charles?
19              MR. GRINNAN:  Object to the form.
20      A.      Yeah.  It's a usual, customary rate
21 because that is not simply a psychiatric visit.
22 There is an administrative update, so you have the
23 technical writers trained to extract data from the
24 note to make it more legible.  Then that particular
25 administrative extraction goes back to the provider.
```

PATRICK HAYES, MD - 1/9/2025

1    So it's basically a visit, all of the actions that

2    go into supporting the visit, plus a one-page report

3    every time he's seen.  So those charges are

4    appropriate.

5        Q.    (BY MR. FLORES) Okay.  So for September

6    13th, 2024, for example, Iva Conde, adult

7    psychiatric visit plus admin update.  Do you see

8    that?

9        A.    Yes, sir.

10       Q.    The total fee was 400 dollars, right?

11       A.    That's correct.

12       Q.    What percentage of that 400 dollars is

13   attributable to the psychiatric visit, and what

14   percent is attributable to the admin update?

15       A.    Oh, I would have to go back and look at

16   the fee schedule and compare what a straight

17   treatment as usual psych follow-up visit is compared

18   to with the admin update.  I don't know it offhand.

19       Q.    Okay.  And same question for September

20   16th, 2024, the visit and update involving Dene'

21   Culton at 300 dollars.

22       A.    Same deal.  I'd have to go back and look

23   at it.  I don't think I did the last two or three

24   updates to the fee schedule.  I trust my practice

25   manager understands what the -- the costs are in

PATRICK HAYES, MD - 1/9/2025

 1   executing these business actions, so I delegate her
 2   the authority to do so.
 3        Q.    Okay.  So there -- there seems to be an
 4   admin update associated with every visit; is that
 5   correct?
 6        A.    That's correct.  Yes, sir.
 7        Q.    Okay.
 8        A.    Excluding the -- the initial comprehensive
 9   visit because that gets the 16-page report in
10   Landon's case.  So there doesn't need to
11   additionally be a summary of that.  That report
12   summarizes it.
13        Q.    And what are the administrative tasks that
14   go into an admin update?
15        A.    Across the board?
16        Q.    Yeah, everything that is -- is encompassed
17   by admin update in these -- these charges.
18        A.    So the -- the chart itself goes to the
19   front office staff immediately upon conclusion of
20   the visit for outprocessing, and then the front
21   office staff will generate some manner of scan or
22   photocopy of the -- the visit itself because those
23   are just convenience copies of the -- the durable
24   document.  Those are not preserved.
25              Then that goes to one of the available

PATRICK HAYES, MD - 1/9/2025

```
 1   technical writers, who have been trained on how to
 2   extract -- it's essentially a SOAP note for a
 3   follow-up, so we want to extract the most salient
 4   one, two, three pieces of the subjective section;
 5   one, two, three pieces of the objective section and
 6   then encapsulate any changes in the assessment and
 7   plan.  Those are then typeset in digital fashion.
 8   They are printed and provided to the provider for
 9   proofreading.
10           The provider, in most cases, will kick it
11   back to the technical writer because they -- they
12   are the providers.  They're the ones who understand
13   what's going on.  It's really capturing a snapshot
14   of what happened in that moment.  It goes back to
15   the technical writer for additional revision, and
16   then it comes back to the provider to sign off on
17   and then prepare to the front staff.
18       Q.   Okay.  And that's the full spectrum of
19   administrative tasks that go into this admin update?
20       A.   Yes, sir.
21       Q.   Okay.  All right.  You mentioned a little
22   while ago when we were talking about the -- the
23   visits with Mr. Perry throughout the latter part of
24   '23 and '24 that he has improved.  Can you elaborate
25   on that?
```

PATRICK HAYES, MD - 1/9/2025

Page 60

```
 1        A.    Yes, sir.  There's about four hours of
 2   stuff I could say.  Can you narrow your question a
 3   little bit for me?
 4        Q.    Well, I would like to get your thoughts on
 5   what you meant by he has improved.
 6        A.    Yeah.  So --
 7        Q.    Well, let -- maybe I can narrow it for you
 8   a bit.
 9              What is your current diagnosis of
10   Mr. Perry?
11        A.    So he had four diagnoses.  Those have not
12   changed.  Post-traumatic stress disorder, F43.10.
13   He has clinical insomnia; there's a whole bunch of
14   codes that follow that.  He has male erectile
15   dysfunction, unspecified, N52.9.  And he has
16   post-burn pain and itch related to unspecified burns
17   of the male genital region sequelae; the codes to
18   encapsulate that are R52 plus L29.9, slash,
19   T21.06XS.
20        Q.    Okay.  And those diagnoses are in effect
21   as of this date; is that correct?
22        A.    That's correct.  Yes, sir.  His most
23   recent visit with Iva was on November 15, and his
24   most recent visit with Dene' was on December 18.  So
25   we've seen him recently.  He's got another visit
```

PATRICK HAYES, MD - 1/9/2025

Page 61

1    booked with Iva on January 15 and one booked with

2    Dene' on January 10.  So he's got a couple of visits

3    right around the corner.

4        Q.    Okay.  On the erectile dysfunction, do you

5    have an opinion as to whether that is physical or

6    psychological in nature?

7        A.    It's a good question.  I initially used

8    the N52.9 code, which is the urological code.  Now,

9    psychiatrists often work in sexual dysfunction.  So

10   there's a -- a chapter -- excuse me -- in the DSM on

11   psychoneurotic sexual dysfunction.  And then it is

12   among the most common complaint about concerns in

13   soldiers, veterans, first responders.  It's just a

14   very common thing to roll in through a psych clinic.

15        But based on my appreciation of the images

16   of his genital injury, based on the location of

17   those injuries, based on his description of the

18   pain, I initially used the urological code and not

19   the psychological code.  The rationale of that --

20   for that being, in the DSM, criterion D for male

21   erectile dysfunction is that it's not definable to

22   something medical or surgical or medication induced.

23        So at the time I initially sat with him

24   and through his course of care to date, it has

25   looked like it has -- it's related to the injury

PATRICK HAYES, MD - 1/9/2025

1    itself, but there's significant overlap in that.  I

2    mean, if you take away a young man's sense of

3    masculinity, if you add discomfort to the mix, if

4    you add penile anesthesia to the mix and then he

5    begins thinking that it's -- it's a problem or he

6    begins to have these expectations that he cannot be

7    successfully sexually potent, then it can become

8    psychological, or there can be an overlap of both.

9    So having worked with Landon, having looked at his

10    records, having talked to the team, at this point,

11    it -- it appears to me to be a blend of both.

12             MR. FLORES:  And, John, I think we're

13    getting some feedback or some noise from you.

14             MR. GRINNAN:  I -- really?

15             MR. FLORES:  Yeah.  You keep -- you're

16    popping up as a speaker occasionally.

17             MR. GRINNAN:  There's no -- I'm not saying

18    that that's not, but I think it's silent in here.

19    So I apologize.  I'm not sure what -- what it's

20    coming from.  What does it sound like, Rey?

21             THE REPORTER:  Just feedback.

22             MR. FLORES:  Like somebody talking.  Like

23    a radio interference or something.

24             MR. GRINNAN:  It might be my next door

25    neighbor.

PATRICK HAYES, MD - 1/9/2025

Page 63

```
 1              MR. FLORES:  Okay.
 2              MR. GRINNAN:  Talking loud on the phone.
 3    I'm sorry.  I --
 4              MR. FLORES:  Okay.  Well, I mean --
 5              MR. GRINNAN:  You don't hear it now, do
 6    you?
 7              MR. FLORES:  No.  I mean, we hear you
 8    talking as a speaker.  But if -- I don't know if
 9    you're able to go on mute and -- you know, I don't
10    know.  Just you're kind of cutting in when -- with
11    the testimony.
12              MR. GRINNAN:  I apologize.  Not -- I'm not
13    trying to be disruptive.
14              MR. FLORES:  Okay.
15       Q.   (BY MR. FLORES) All right.  So, Dr. Hayes,
16    your -- your current opinion -- well, let me -- let
17    me back up.  Your initial opinion was that
18    Mr. Perry's erectile dysfunction diagnoses was
19    attributable to the physical injury, correct?
20       A.    Correct.  The initial opinion was that it
21    appeared to be urological in nature so related to
22    the -- the caustic burns of his genitals.
23       Q.    Your current opinion is that it's both
24    urological and psychological in nature; is that
25    right?
```

PATRICK HAYES, MD - 1/9/2025

1    A.    Correct.  And that's really an unescapable

2  reality with Landon.  I mean, this is not a

3  gentleman that, because he's stressed, not sleeping,

4  just suddenly can't have sex with his wife.  This is

5  an individual whose genitals were burned with some

6  manner of caustic corrosive and then has developed

7  significant sexual problems with his wife -- his now

8  wife.  So, yeah, it is a blend of both.

9    Q.    Are you offering any urological opinions?

10    A.    No.  I'm not a urologist.  I am aware that

11  Mr. Perry was burned with second-degree burns on

12  his -- the glands of his penis, the corona and on

13  the anterior-inferior aspect of his scrotum.  I have

14  reviewed the reports of Dr. Liu, Dr. Henderson,

15  Dr. Frey, the UMC Medical Center, Our Lady of

16  Lourdes.  I'm aware he has injuries there, but I am

17  not a urologist.

18    Q.    Have you ever physically examined

19  Mr. Perry's genital area?

20    A.    Again, I'm a psychiatrist.  He has showed

21  me images of it on his phone, and I have seen

22  somewhere around 40 images in the medical records of

23  his injuries.  So I have visualized them.  But I am

24  not managing the skin breakdown.  I am not managing

25  the penis itself.  So, no, there would be no reason

PATRICK HAYES, MD - 1/9/2025

Page 65

```
 1   for his psychiatrist to have him take out his
 2   genitals in the office.
 3        Q.   All right.  And so just to be clear, you
 4   have not physically examined Mr. Perry's genital
 5   area, correct?
 6        A.   Again, that's what we discussed.  It would
 7   not be necessary, given the information that I have
 8   in the medical records, given the images, given what
 9   I understand and our role in his management, to
10   examine his genitals in a psychiatric office.
11        Q.   Okay.  And so fair to say you have not
12   done so?
13        A.   Rey, I'm going to keep saying the same
14   thing.  It would not be a necessary or indicated or
15   appropriate, given the available information, to
16   take Mr. Perry's genital out in a psychiatric
17   office, given the nature of our management of his
18   condition.
19        Q.   And you're not going to offer any -- any
20   urology-based opinions at trial, correct?
21        A.   No, sir.
22             MR. GRINNAN:  Form.
23        A.   He has a -- he has a urologist, and he has
24   individuals in the plastic and burn surgery realm
25   managing that level of his health condition.
```

PATRICK HAYES, MD - 1/9/2025

```
 1      Q.    (BY MR. FLORES) Have you spoken with his
 2   urologist?
 3      A.    In Mr. Perry's case, no, although the team
 4   and I discussed it because it -- Landon is a symptom
 5   minimizer, and one of the things we've noticed in
 6   review of the records is that it's not entirely
 7   clear that Landon has fully revealed the -- the
 8   extent of his headaches from the -- the -- the
 9   erectile medications.  So I think the urologist may
10   be operating with the idea that they're -- they're
11   more tolerated than they are.  So the team and I
12   have discussed reaching out to that -- that group.
13   We have not done so yet though.
14           MR. FLORES:  All right.  I'll object as
15   nonresponsive.
16      Q.    (BY MR. FLORES) My question was simply
17   whether or not you've spoken with the urologist.
18      A.    No.  I have not done so yet.
19      Q.    For the psychological component for your
20   opinion of Mr. Perry's erectile dysfunction, what is
21   the -- the treatment for that?
22      A.    He has done well finally opening up to the
23   team and I about those problems, and then that in
24   and of itself is -- can be immensely therapeutic.
25   So to -- to sit on a difficulty, to stew on it and
```

PATRICK HAYES, MD - 1/9/2025

```
 1    to feel isolated in that without any -- any ability
 2    to normalize it, any ability to work on it, that can
 3    be perpetuating.  So we've gotten past that point.
 4              And then, in terms of his medications,
 5    we're being mindful to use agents that are not
 6    typically associated with significant erectile
 7    dysfunction.  So several of the -- the indicated
 8    agents for PTSD, the strict SSRIs, number one side
 9    effect, number two side effect is erectile
10    dysfunction.  We are not using those.  We're using
11    duloxetine, which has a balancing adrenergic
12    component.  And in most patients, we can get away
13    with use of that if it's pretty neutral.  And then
14    his medications at night, we've been trying to use
15    the TCAs that are not typically associated with
16    significant erectile dysfunction and recently
17    initiated, although we've been fighting with his --
18    his coverage on it, one of the dual orexin receptor
19    antagonists, and those are very clean in terms of
20    sex life.
21              So we're talking about it.  We're working
22    on it.  He -- in his most recent visit just a couple
23    weeks ago, discussion was about alternative
24    activities with his -- his wife, things that they
25    could do to be sexually fulfilling that would --
```

PATRICK HAYES, MD - 1/9/2025

Page 68

```
 1   would take that role that doesn't necessarily
 2   involve full erectile consummation.  He's a bit
 3   averse to that.  He doesn't like it.  He's
 4   embarrassed.  So those -- those are the kind of
 5   things that we're working on with him.
 6         Q.    Okay.  So I think I heard you mention that
 7   he opened up to discuss the erectile dysfunction
 8   with you, which can be therapeutic, correct?
 9         A.    Yes, sir.
10         Q.    There are medications you are
11   administering to help with the erectile dysfunction
12   or to treat his psychological symptoms while not
13   impairing his sexual function?
14         A.    More the latter.  Now, in cases where an
15   individual does not have access or has not
16   established care with a urological team, we will
17   often through Elite manage the erectile medications
18   or cause referrals for that.  He's got a urologist
19   that's working with him on one of the PDE5s, so our
20   job then is to do the psychological side, work on
21   expectations, work on shame, work on partner
22   relational stuff, work on approaching his fiancee,
23   work on sense of self.  And then, on the medication
24   side, not to ruin what's going on, not to spoil
25   something or add additional problems to it.
```

PATRICK HAYES, MD - 1/9/2025

1    Q.    Okay.  And you mentioned -- you mentioned

2  a discussion with him of alternatives to, I guess,

3  traditional sexual activity?

4    A.    Yeah, full coitus.  Uh-huh.

5    Q.    Okay.  So alternatives to full coitus have

6  been discussed with Mr. Perry?

7    A.    That's correct.  Yes, sir.

8    Q.    As part of his ongoing counseling or

9  therapy?

10    A.    Correct, and -- and he doesn't like it.

11  He's embarrassed by that, and his response -- he has

12  opened up well to it.  He does well when we see him

13  a little bit more frequently.  That's why we've been

14  keeping his -- his cadence a little bit higher.  He

15  will deteriorate into avoidance.  But as we will

16  talk with him a little bit more, one of his main

17  concerns is his new wife would like to have a baby,

18  and there's no amount of masturbation, foreplay,

19  oral sex, those sorts of things that's going to

20  cause a pregnancy.  So that's still -- that's been a

21  sticking point that we're still working on, you

22  know, actively.

23    Q.    So what are the alternatives to full

24  coitus that have been discussed with Mr. Perry?

25    A.    That was in the most recent visit with

PATRICK HAYES, MD - 1/9/2025

1   Ms. Culton, and she and I were discussing that

2   yesterday.  I didn't ask her specifically if she

3   talked about, you know, manual stimulation or oral

4   sex.  I didn't dive into that.  We just discussed

5   that, in general, she was offering him, from a -- a

6   neutral, sterile, clinical third-person point of

7   view, hey, these are things that you could do.  It

8   doesn't have to be full coital sex.  It doesn't have

9   to be this.  And then you see how the -- the -- the

10  patient responds to that, and then you respond to

11  their response.

12           So our -- our design in psychotherapy is

13  to be persuasive in that person's best interest.  So

14  they're -- they're fluid, malleable conversations.

15  It's not -- there's not advice giving.  There's not

16  a right way or a wrong way.  It's more seeing where

17  he's at, figuring out what the problem is, offering

18  some solutions or coaching him into coming up with

19  some solutions and then seeing how those fit, and we

20  do it again.

21      Q.   All right.  Now, you -- you were not

22  involved with that session with Mr. Perry and -- and

23  Mrs. Conde, right?

24      A.    Those with Ms. Culton, and, no, I was not

25  sitting in on that session.  We discussed it

PATRICK HAYES, MD - 1/9/2025

 1  yesterday.

 2      Q.    Okay.  And so what -- what is the typical

 3  course of treatment for erectile dysfunction, the

 4  psychological or psychiatric component of that?

 5      A.    Again, it's very, very common, and we are

 6  reluctant to use terms such as normal or typical

 7  when we're working with patients.  That can be

 8  stigmatizing in and of itself.  But in general, we

 9  want to have the somatic approach, which is medical,

10  surgical, medications, and we want to have the

11  psychological approach, which is psychotherapy,

12  expectation management, psychoeducation.  And then

13  moving forward, as I discussed in -- in your last

14  question, you want to see what fits, what works,

15  what doesn't work, why it doesn't work and then do

16  it again, readjust.

17      Q.    Okay.  So psychologically, we're talking

18  about psychotherapy and expectation management?

19      A.    Yes, sir.

20      Q.    Okay.  Now, at some point, you kind of

21  alluded to earlier your opinion changed and went

22  from the erectile dysfunction being physical in

23  nature to being both physical and psychological in

24  nature, correct?

25      A.    Yes, sir.

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    When did that change in opinion occur?
 2        A.    It was during his -- his symptom flare --
 3   excuse me -- some four to six months ago where we
 4   started seeing him a little bit more.  He, like many
 5   individuals that do not have a -- a mental health
 6   history, do not have a lot of medical history
 7   generally, he operated in a lot of denial and a lot
 8   of avoidance.  And what we found during that
 9   season was just how preoccupied he was with the --
10   the erectile dysfunction, how insulting it was to
11   him.
12            For example, he -- he will do the things
13   we suggest.  He's unhappy.  He's dysphoric.  He
14   doesn't have a lot of energy.  But we've offered,
15   you know, what are some things that you could do.
16   He talked about fishing.  But then, when he goes
17   fishing, he can't tolerate it.  He can only do about
18   two hours because of the heat and the -- the
19   friction.  Then he's down for about two days with
20   discomfort.
21            But what we've learned through the -- the
22   context of him being a very, very compliant, very
23   participative patient, just how bothered he is by
24   the sexual stuff.  And the level of botherment is
25   such that it would be very unlikely that it is
```

PATRICK HAYES, MD - 1/9/2025

1   strictly surgical at this point, that there's not

2   some expectational component, that there's not some

3   psychological component.

4       Q.    So about four to six months ago is when

5   your -- your opinion sort of began to evolve?

6             MR. GRINNAN:  Form.

7       A.    I mean, we're -- we're continuously

8   reassessing.  We're gathering data.  We are working

9   with individuals.  The -- the differential

10  diagnoses, the therapeutic approach, those should

11  mature over time in the way that the patient should

12  improve.  And they should also mature over time.

13  So, yeah, somewhere midstream in his treatment --

14  he's been with us for 16 months -- somewhere about

15  half a year ago, it -- it became apparent that this

16  is probably not simply a -- a surgical corrosive

17  problem.  This is probably a psychological problem

18  as well.

19      Q.    (BY MR. FLORES) Would you expect the

20  psychological issue to resolve?

21      A.    We're going to treat optimistically, and

22  we're going to try to help get him there.  It

23  remains to be seen.

24      Q.    Is there literature or have there been

25  studies on the resolution of erectile dysfunction

PATRICK HAYES, MD - 1/9/2025

Page 74

```
 1   when it's psychologically based?
 2        A.    Oh, I'm sure there is.  I have not pulled
 3   that in his case.  I did not go back and look at it.
 4             Sexual dysfunction is very, very common.
 5   I mean, there's a reason there's whole industries on
 6   the internet for buying a little blue pill from
 7   Mexico.  And then the little blue pill often works
 8   in patients that don't have vascular erectile
 9   difficulties or don't have surgical or mechanical
10   erectile difficulties.  That is expectational from
11   taking the powerful little blue pill.
12             So I have seen patients that we can get
13   past it.  They do well.  I have seen patients that
14   somehow it creates a stiction point either in their
15   psyche or in their relationship, and it's
16   irrecoverable.  I've seen both.
17             MR. FLORES:  I'm going to object as
18   nonresponsive.
19        Q.    (BY MR. FLORES) I think my question there
20   was is there literature -- is there literature
21   related to the resolution of erectile dysfunction
22   when it's psychologically based?
23        A.    Yeah, and I led off with a direct response
24   to that, that I -- I did not go to the literature on
25   his erectile dysfunction, either in the context of
```

PATRICK HAYES, MD - 1/9/2025

```
 1   his care or in preparation for the deposition.
 2        Q.    Is it your current understanding that
 3   Mr. Perry is unable to achieve an erection?
 4             MR. GRINNAN:  Form.
 5        A.    It's my understanding that he is
 6   mechanically able to attain an erection through
 7   either the cavernosal injection or through some of
 8   the medications.  But he has been limited by
 9   discomfort, and there's an aversion now to the
10   erection itself because of the discomfort.
11        Q.    (BY MR. FLORES) Is it your understanding
12   that he's able to obtain an erection during foreplay
13   or sexual activity with his wife?
14        A.    Same thing.  If he uses a cavernosal
15   injection or takes one of the medications, yes, he
16   would be capable of mechanically doing that, from my
17   understanding.  But it hurts, and then, if he uses
18   it, it hurts more.
19        Q.    Okay.  And so your understanding -- just I
20   want to make sure I understand.  Now, your
21   understanding is that Mr. Perry, in order to obtain
22   an erection, requires either medication or an
23   injection, correct?
24             MR. GRINNAN:  Object to the -- object to
25   the form.
```

PATRICK HAYES, MD - 1/9/2025

1      A.    That's my current understanding of it.

2  Yes, sir.

3      Q.    (BY MR. FLORES) And that, without those,

4  he is unable physically to obtain an erection?

5      A.    That's my understanding.  Now, whether

6  it's a low-quality erection, whether that's

7  intermittency to it -- then, in addition to the

8  mechanical act, there's the expectation of it.

9  There's the head space that an individual needs to

10  fall into.  There are both activation of

11  parasympathetic and sympathetic nervous system to

12  the -- the sexual act, and what that, in shorthand,

13  means, one needs to be able to both be fully relaxed

14  to be fully excited, physically.  And then,

15  psychologically, the -- it maps in a similar

16  fashion.  There are challenges to that.

17          So, again, recall who you're talking to.

18  This is the psychiatric manager.  We are not

19  involved -- in his case, we're not prescribing the

20  PDE5s.  We're not prescribing the cavernosal

21  injections.  We're not prescribing the intraurethral

22  pellets.  We are not managing the caliber of the

23  actual penile erection.  We are managing his sexual

24  dysfunction with him psychotherapeutically and

25  through medications that do not worsen that.  So I

PATRICK HAYES, MD - 1/9/2025

Page 77

1    have not and my team has not been spending a ton of

2    time talking specifically about the quality of that

3    physical erection.

4        Q.    So fundamentally, is your opinion that,

5    because of the physical discomfort that Mr. Perry

6    says he experiences with an erection, he is unable

7    psychologically to enjoy and, therefore, engage in

8    sexual activity?

9        A.    That's how he's related to -- related it

10   to us.  And that makes a lot of sense

11   psychologically.  If -- if your genitals hurt and

12   then continue to hurt after you use them when you're

13   prepared for sex, it's going to not only enhance

14   those feelings of inadequacy, emasculation,

15   incompetence.  It's going to create an aversive

16   dosage to the act as well.  It -- it's a difficult

17   recipe.

18       Q.    And you said earlier that erectile

19   dysfunction is quite common in your line of work?

20       A.    Oh, yes, sir.

21       Q.    Have you treated erectile dysfunction

22   patients in the past?

23       A.    Oh, thousands.

24       Q.    In your experience, what percentage of

25   those patients have overcome their erectile

PATRICK HAYES, MD - 1/9/2025

```
 1    dysfunction and been able to engage in satisfying
 2    sexual activity?
 3         A.    As we just discussed earlier, I've seen
 4    both spectrums of that happen.  I have seen patients
 5    that one or two small interventions get them back in
 6    their groove.  They're good to go.  I've seen
 7    individuals that will persist with sexual
 8    dysfunction with their partner for the rest of their
 9    marriage.  I've seen one of each of those examples
10    this month.  So I've never sat down and quantified
11    how many of the sexual dysfunction male patients
12    I've had have improved, how many have not improved,
13    how many are somewhere in between.
14         Q.    What percentage would you say have the
15    issue resolved within, let's say, 12 months?
16         A.    Again, I haven't quantified that.  There's
17    -- there's really no reason to sit around and count
18    that kind of stuff.
19         Q.    And same question if I were to ask you how
20    many resolve in 24 or -- or 36 months?
21         A.    I mean, I'm -- I'm busy working with folks
22    and trying to help patients do better.  I'm not
23    sitting around quantifying that sort of stuff.
24         Q.    Okay.  So same question if I were to ask
25    you how many have resolved in five years?
```

PATRICK HAYES, MD - 1/9/2025

1      A.    And, sir, I'm not trying to be obstinate,

2   but it's kind of like depression.  Depression is the

3   bread and butter of psychiatric care.  I've probably

4   seen 23-, 24,000 individual patients by this point

5   in my career.  Many of my depression patients get

6   better.  There are some that don't get better.  I've

7   worked in refractory depression before.  But I have

8   no ability to quantify, like, give you even a -- a

9   rough estimate of how many of my depression patients

10  got better in 12 months, how many got better in two

11  years.  Same deal with sexual dysfunction, insomnia.

12  I don't know.

13      Q.    All right.  So as you sit here today, you

14  can't tell us what percentage of your patients with

15  erectile dysfunction have improved in 12, 24, 36, 48

16  or 60 months, fair?

17          MR. GRINNAN:  Form, asked and answered.

18      A.    Yeah.  Again, these are such common

19  conditions.  No, I don't think I could hazard even a

20  -- a rough estimate.

21      Q.    (BY MR. FLORES) You mentioned PTSD -- a

22  PTSD diagnosis, correct?

23      A.    Yes, sir.

24      Q.    What is the course of treatment for

25  post-traumatic stress disorder?

PATRICK HAYES, MD - 1/9/2025

```
 1      A.    So in general, psychotherapy is considered
 2  the primary change agent in PTSD.  You want to move
 3  patients to a remission status by generating post-
 4  traumatic wisdom or growth as opposed to symptoms of
 5  stress disorder, and medications can be assistive in
 6  that process where we can suppress limbic outflow.
 7  We can enhance energy.  We can suppress sleep.  We
 8  can enhance mood, suppress anxiety.  So the -- the
 9  gold standard or the best practice is a combination
10  of medications and psychotherapy.
11      Q.    How many sessions of psychotherapy are
12  typically needed to resolve PTSD?
13      A.    Yeah.  You'll see some stuff in the
14  literature on that.  I still do assessments for the
15  VA.  I was in the Army for 12 years.  Individuals
16  with PTSD often require long-standing treatment.
17  The DSM itself includes a commentary that many
18  patients have symptoms for 50 years or longer.  It
19  depends on inherent characteristics of the
20  individual.  It depends on the insult that was
21  suffered.  It depends on comorbidities that happen
22  with it, psychological or medical.  So it runs the
23  spectrum.
24          I'm aware that certain publications say,
25  with EMDR, one should be able to obviate PTSD
```

 1    symptoms in 24 sessions.  With cognitive processing

 2    therapy, one should be able to obviate those

 3    symptoms or mitigate them in 12 to -- to 30

 4    sessions.  There are a couple psychologists who

 5    publish disputes that PTSD doesn't even exist.

 6            What I can tell you, in reality, from

 7    having been a very busy Department of Defense

 8    provider, from having done many different clinical

 9    assessments and treatments and administrative

10    evaluations for the VA, the reality is that people

11    are going to the VA for a long time.  People that

12    are being treated by the DOD with PTSD receive

13    treatment for a long time.  People that are in

14    corrections with PTSD receive treatment for a long

15    time.

16    Q.    Which articles are you aware of that say

17    that, with EMDR therapy, PTSD is typically resolved

18    in about 24 sessions?

19    A.    I'd have to pull them.  I didn't prepare

20    those for today.

21    Q.    Which articles are you aware of that say

22    that, with cognitive behavioral therapy, PTSD is

23    typically resolved in about 12 sessions?

24            MR. GRINNAN:  Form.

25    A.    And it's one of the cognitive behavioral

PATRICK HAYES, MD - 1/9/2025

1  therapies.  I mentioned cognitive processing

2  therapy, CPT.  But, again, I -- I did not pull that.

3  I have pulled them before.  I have some literature,

4  but I don't have that available today.

5      Q.    (BY MR. FLORES) Have you treated patients

6  with PTSD previously?

7      A.    Oh, sure.  I mean, I'm a combat-deployed

8  Army psychiatrist.  I was the busiest Army

9  psychiatrist in Centcom at the time of my

10 deployment.  I ran all of mental health for southern

11 Iraq.  I did all line-of-duty behavioral health

12 investigations.  During my time in Iraq, I ran an

13 inpatient ward, an outpatient service.  I ran an

14 aerovac mission through Iraq to Landstuhl Regional

15 Medical Center.  I have worked a lot with PTSD.

16     Q.    In Elite Medical Wellness, do you -- have

17 you treated patients with PTSD?

18     A.    Oh, sure.

19     Q.    And of those you've treated through Elite

20 Medical Wellness, what percentage would you say have

21 had their PTSD resolve?

22     A.    Again, PTSD's fairly common, so it's not

23 quite as common as insomnia, as major depression.

24 But the general estimate from the National Institute

25 of Health wave two epidemiologic study is about six

PATRICK HAYES, MD - 1/9/2025

Page 83

```
 1   to seven percent of Americans at any given time meet
 2   criteria for PTSD.  About six to seven percent meet
 3   criteria for subsyndromic PTSD.  There's some
 4   additional data out there that suggests that, across
 5   the life span, it's quite similar to that.  11 to 14
 6   percent will have had PTSD at some point.  So it's
 7   not an uncommon experience.
 8           We've got about 6,000 patients underneath
 9   all the operations.  So if you multiply 6,000 by 10,
10   15 percent, I mean, we've got 6-, 900 patients at
11   any given time with PTSD.  So I've not quantified
12   how many of them have remitted.  What I can tell you
13   is that, with treatment, most of our patients have
14   gotten better.  The -- the -- the great majority,
15   probably 95-plus percent, have improved some.  The
16   number that have improved to remission, I don't have
17   a number for you.
18       Q.    Okay.  You said 90 to 95 percent have
19   improved some?
20       A.    Yes, sir.
21       Q.    And when you say some, what do you mean by
22   that?
23       A.    I suppose a synonym for some would be any.
24       Q.    Now, does PTSD preclude productive
25   employment?
```

PATRICK HAYES, MD - 1/9/2025

Page 84

```
 1          MR. GRINNAN:  Object to form.
 2      A.    It can.  It doesn't necessarily have to.
 3  So the -- the condition itself does not necessarily
 4  imply level of disability.  One can have severe
 5  acute stress disorder, which is the antecedent to
 6  PTSD, where I can't do anything.  One can have
 7  remitted PTSD or nearly remitted PTSD years later
 8  where they can be quite functional.  So the
 9  condition itself does not -- it's not confirmatory
10  of a level of disability.
11      Q.    (BY MR. FLORES) In Mr. Perry's case, do
12  you have an opinion as to whether or not his
13  diagnosis of PTSD precludes employment?
14      A.    I've not done a specific occupational
15  analysis of him.  If I were asked to do so, I would
16  use one of the -- the heuristics that go through
17  sustained concentration, reliability, attention to
18  detail, ability to interact with co-workers, ability
19  to tolerate criticism from supervisors.  Again, I've
20  not done that.  We often do the World Health
21  Organization Disability Assessment Scale 2.0 12
22  version.  That gets to some of those items.  We just
23  haven't done that yet.  I mean, we've been working
24  with Landon for 16 months.  That will happen in the
25  next season.
```

PATRICK HAYES, MD - 1/9/2025

```
 1           But I can tell you, from his real world
 2    steps to do what we've encouraged him to do -- so
 3    what that looks like is, hey, what do you think you
 4    could do?  And one of the -- the things, as I
 5    mentioned, was fishing.  But another one was getting
 6    a dog.  So he's tired.  He doesn't want to go out,
 7    so he got a puppy, which forces him to get up and go
 8    out.  But what ends up happening is he's -- he
 9    develops mechanical irritation of the -- the
10    scrotum, and then that makes him uncomfortable, and
11    he'll start to limp.  When he limps, if anybody
12    comments on it, it puts him into a dysphoric spin
13    for a couple of days where he doesn't want to go
14    out.  So that's the kind of stuff we're working on
15    at this point.
16           So do I have him restricted from work?
17    No.  I don't think his PTSD, his insomnia -- I don't
18    think those would be harmed by work.  I don't think
19    he's -- would be harmful to other workers.  Do I
20    think he's capable of that?  Now, I'm answering you
21    casually.  I didn't do a -- the occupational
22    heuristic.  I didn't do a WHODAS yet.  But do I
23    think he's capable of work at this point?  Would he
24    be reliable?  Would he show up for work?  Be capable
25    of doing an eight-, 10-, 12-work hour day -- hour
```

PATRICK HAYES, MD - 1/9/2025

1   workday?  I do not believe he would.

2           MR. FLORES:  Object as nonresponsive.

3       Q.    (BY MR. FLORES) Let's back up here a

4   second.  So you don't have Mr. Perry restricted from

5   work, correct?

6           MR. GRINNAN:  Object to the form.

7       A.    I don't have any restrictions on him at

8   work.

9       Q.    (BY MR. FLORES) And so as you sit here

10  today, is it fair to say that you don't believe his

11  PTSD diagnosis precludes his productive employment?

12          MR. GRINNAN:  Object to the form.  It's

13  been asked and answered.

14      A.    That's inaccurate.  So restrictions and

15  limitations are different things.  Restrictions are

16  me affirmatively reaching out and saying, this would

17  harm the individual because, or, this individual

18  would be harmful, risky to others because.  Do not

19  have him restricted for psychological conditions.

20  Limitations are -- are entirely another thing.  I do

21  believe he has several and significant limitations

22  at the present time.

23          THE WITNESS:  And, Rey, we're at two

24  hours.  Can we take five?

25          MR. FLORES:  Sure.  We can take a

PATRICK HAYES, MD - 1/9/2025

```
 1   five-minute break.
 2             THE WITNESS:  Cool.
 3             THE VIDEOGRAPHER:  We're off the record.
 4   The time is 11:02 a.m.
 5             (Short recess.)
 6             THE VIDEOGRAPHER:  We're back on record.
 7   Time is 11:13 a.m.
 8        Q.   (BY MR. FLORES) All right.  Dr. Hayes, are
 9   you ready to proceed?
10        A.   Yes, sir.
11        Q.   Did your staff have a chance to scan the
12   articles we talked about earlier?
13        A.   No, sir.
14        Q.   Are they able -- do you have somebody able
15   to do that?
16        A.   I'll probably get that at the end.
17        Q.   Well, I'd like to be able to, since you
18   have them in front of you, potentially ask you about
19   them.  Can you do that now, if we take a quick
20   three-minute break?
21        A.   Yeah.  Yeah, if you want to do three
22   minutes of that.
23             MR. FLORES:  Okay.  Let's go off the
24   record.
25             THE VIDEOGRAPHER:  We're off the record.
```

PATRICK HAYES, MD - 1/9/2025

Page 88

```
 1   Time is 11:14 a.m.
 2             (Short recess.)
 3             THE VIDEOGRAPHER:  Back on the record.
 4   Time is 11:24 a.m.
 5        Q.    (BY MR. FLORES) All right.  Dr. Hayes, is
 6   there literature that you're aware of regarding the
 7   typical time frame for resolution of PTSD symptoms?
 8        A.    As we discussed earlier, I think you asked
 9   me the same question, but there is volumes of
10   literature out there on different treatment
11   modalities, the expected treatment response, the --
12   the time to resolution.  There are literature
13   including within the DSM discussing that, in many
14   patients, symptoms last 50 years or longer.
15        Q.    Do you know what percentage of patients
16   exhibiting PTSD complaints resolve in, let's say, 12
17   months?
18        A.    What percentage of my patients or patients
19   generally?
20        Q.    Well, let's -- let's start with patients
21   generally.
22        A.    It depends on -- on who you're citing and
23   what their opinion is.  As I mentioned before, there
24   are two psychologists who are fairly well-considered
25   providers in the field that don't even believe in
```

PATRICK HAYES, MD - 1/9/2025

1  PTSD.  But in general, most patients will improve,

2  and -- and my patient population is similar to that.

3  They will improve.  The number that get to full

4  remission in 12 months I don't have a number on.

5      Q.    Do you have any numbers on full remission

6  in, let's say, 24 months or 36 or 48 or -- or 60

7  months?

8      A.    As you get further out, the -- the

9  populations tend to bifurcate, so the treatment

10  responders will -- will improve more.  Those with

11  refractory conditions will -- will stay sicker.  So

12  individuals that have longer standing PTSD will

13  often be sicker with it long term.  Those that got

14  better quicker, and the more they improved.

15          But again, we're not looking for cure of

16  this.  We're not going to obviate the things that

17  happened to Mr. Perry.  We're looking at

18  improvement.  We're looking for remission.  So that

19  the -- the strict, raw percentage number, I can't

20  provide you.

21      Q.    All right.  Can you discuss the basis for

22  your diagnosis of insomnia with Mr. Perry?

23      A.    Sure.  So clinical insomnia is when an

24  individual has difficulty either falling asleep,

25  maintaining sleep through fracturing or maintaining

PATRICK HAYES, MD - 1/9/2025

Page 90

```
 1    enough duration of sleep through the morning to feel
 2    sufficiently rested the -- the next day.  And then
 3    it's incumbent upon treatment providers because of
 4    the disability associated with insomnia to call that
 5    as an isolated condition, even if it is a component
 6    of another condition.
 7        Q.    Is it a component of another condition in
 8    this case?
 9        A.    Yes, sir.  So there are criteria of PTSD,
10    and hyperarousal, lack of sleep is one of the
11    aspects of PTSD that allows us to establish that
12    diagnosis.  But because insomnia is of such
13    relevance, even though it is the -- I believe it is
14    D -- D3, D4, even though it's in that zone, that the
15    insomnia diagnosis should be utilized.
16        Q.    If I'm understanding correctly, the
17    insomnia diagnosis here is essentially derivative of
18    the PTSD diagnosis; is that correct?
19        A.    No, sir.  It's independent of it.  I mean,
20    it -- his sleep problems are a facet of -- of PTSD.
21    But, again, the expert work groups on sleep for the
22    American Psychiatric Association, American Sleep
23    Association -- the recommendation is, if an
24    individual is having clinically relevant insomnia,
25    you call that, and you make it part of the
```

 1    differential diagnosis because it is worth making

 2    sure that the entire team is aware of it, is

 3    treating it, and it has independent prognostic

 4    factors.

 5        Q.    Okay.  I think you said the insomnia here

 6    is a facet of the PTSD?

 7        A.    Yes, sir.  Insomnia is one of the -- I

 8    said D.  It's one of the E criteria for PTSD, the

 9    hyperarousal.  But it is not appropriate in such a

10    situation simply to call the condition PTSD.

11    Mr. Perry is also sleeping poorly.

12        Q.    Sure.  It sounds like though, if the PTSD

13    is resolved, the insomnia should be resolved with

14    it; is that fair?

15        A.    I -- I get what you're driving at, I mean,

16    where it's one of the E criteria of PTSD helping us

17    establish PTSD.  But one can have PTSD without

18    insomnia.  One can have insomnia without PTSD.  So

19    it is an active diagnosis.  It is something we are

20    treating in him.  It is, in fact -- in his most

21    recent two medication visits, the sleep problems

22    have been the most refractory thing.  So we're

23    struggling more with the insomnia than the PTSD at

24    this point in terms of finding an appropriate

25    regimen, helping him to improve through it.

PATRICK HAYES, MD - 1/9/2025

Page 92

```
 1      Q.    But it's fair to say that the insomnia is
 2   related to the PTSD -- to the PTSD, correct?
 3             MR. GRINNAN:   Form.
 4      A.    Again, the -- the full mouthful of the
 5   insomnia diagnosis includes the presence of other
 6   conditions that could be contributing to it.  So I'm
 7   going to flip over to my report.
 8      Q.    (BY MR. FLORES) Okay.  Because I thought I
 9   heard you say earlier that the insomnia was a facet,
10   I think is what you said, of the PTSD, meaning it's
11   deriving from his PTSD condition.
12      A.    No.  Let me clarify that then.  So, I
13   mean, when you look at page nine of the report, the
14   diagnosis is insomnia disorder with mental disorder
15   with medical condition persistent.  And then there
16   are coding nomenclatures to that.  But you add in
17   the ICD codes of those mental disorders of the
18   medical conditions that can have a role in
19   contributing to sleep problems.
20             Nonetheless, this individual, Mr. Perry,
21   he meets criteria for PTSD.  He has PTSD.  And then
22   he meets criteria for clinical insomnia.  And what
23   the guidance is is don't -- as a provider, don't
24   obviate that second diagnosis simply as a piece of
25   the first one.  So it is appropriate to use both of
```

PATRICK HAYES, MD - 1/9/2025

Page 93

```
 1   those.  He has both of those as standalone
 2   conditions.  Had he not been splashed with a caustic
 3   corrosive on his genitals and his lip and his right
 4   arm and his axilla, he would not have either of
 5   them.  But they -- they are intertwined, but they
 6   are also both discrete.
 7        Q.    Let me ask it this way.  In your opinion,
 8   what is causing Mr. Perry's diagnosis of insomnia?
 9        A.    It was caused by the corrosive exposure on
10   April 22nd of 2023.
11        Q.    Let me be more specific.  Are you -- is
12   the -- in your opinion, is Mr. Perry's diagnosis of
13   insomnia based on physical pain or discomfort or
14   some sort of other physical symptom or a
15   psychological issue?
16        A.    It has roles of both of those.
17        Q.    Can you elaborate on that?
18        A.    How so, sir?
19        Q.    What do you mean by it has roles of both?
20        A.    So if he is hot at night and his groin,
21   his scrotum begin to itch, that can wake him up.  If
22   he has a bad dream, that can wake him up.  If he
23   feels flat, pessimistic, apathetic, if he doesn't do
24   much that day, he doesn't burn off enough energy, he
25   doesn't sleep well that night.  If his wife wants to
```

PATRICK HAYES, MD - 1/9/2025

Page 94

```
 1    be intimate with him and he's unable to do so and he

 2    falls into anxious, negativistic rumination, that

 3    can keep him from falling asleep.  So it is all of

 4    those things.

 5        Q.    What is the course of treatment for

 6    insomnia?

 7        A.    So insomnia, in many cases, we can be

 8    effective with medications.  And psychotherapy can

 9    be assistive, but if mental exercises were

10    sufficient in and of themselves, Americans would

11    sleep very well.  You wouldn't see all the ads for

12    Unisom and NyQuil PM and all of that fun stuff.  And

13    melatonin wouldn't fly off the shelves.  So people

14    struggle to sleep.  Pharmacotherapy is more

15    important in that condition.  Where I discussed

16    earlier the change agent PTSD is talk therapy with

17    support from pharmacotherapy, for insomnia, it's

18    likely the obverse of that.  Pharmacotherapy takes

19    primacy and then psychotherapy, mindfulness, how to

20    relax, how to deal with those other things.  Then

21    second order issues, partner relational problems,

22    sexual problems, if we can reduce some of that

23    sting.  So medications first with mindfulness-based

24    psychotherapy second.

25        Q.    What medication are you prescribing or
```

 1    would you prescribe to Mr. Perry for insomnia?

 2        A.    Yes, sir.  And those have changed.  So the

 3    duloxetine during the day is an SNRI.  That's a

 4    non-narcotic analgesic.  It is a mildly stimulating

 5    medication, but it's a daytime med designed to give

 6    him a little energy and reduce some of the scrotal

 7    and glands pain.  So, again, second order, that

 8    should help him sleep through some of the

 9    discomfort.  And then, most recently, my team

10    prescribed him trimipramine, which is probably the

11    most sedative of the secondary amine tricyclic

12    antidepressants.  It's good for anxiety, good for

13    depression, good for PTSD, non-narcotic pain as

14    well.  And then it's a potent sedative.

15           So we prescribed him.  We started at

16    milder medicines at milder doses.  Now we've gotten

17    up to a 25 or 50 milligram range.  That is for sleep

18    maintenance predominantly and nighttime analgesia.

19    And then the most recent attempt was to add

20    suvorexant, or Belsomra, which is one of the three

21    dual -- dual orexin receptor antagonists, a DORA.

22    That's more the sleep switch.  So that's involved in

23    helping a person fall asleep.

24           So if you think of the rational design to

25    that, morning med, pain down, energy up, mood

PATRICK HAYES, MD - 1/9/2025

1    better, anxiety down.  Med at night to shut off the

2    mind, help him sleep.  It's non-narcotic,

3    nonaddictive.  It's a CDS IV, but it's not

4    functionally a narcotic.  And then the trimipramine

5    at night to maintain sleep and then to continue the

6    analgesic pathway.

7        Q.    How long do you expect Mr. Perry to remain

8    on these medications?

9        A.    I would anticipate a lifetime of treatment

10   for Landon.  Now, the medications, as you've seen

11   from the initiation of care as you follow the

12   records, as you look at the initial life care plan

13   meeting from almost a year ago compared to now, they

14   will change.  We will use the best medications at

15   any given time, but I would anticipate these

16   medications or similar.

17       Q.    For the rest of his life?

18       A.    Yes, sir.  That's correct.

19       Q.    What percentage of your patients take

20   insomnia medication for their entire life?

21       A.    Oh, my goodness.  That's the bread and

22   butter of psychiatry.  I mean, in -- in the state

23   mental health clinic where we have 3,750 patients or

24   so, I would say that 60 percent of them take

25   insomnia medications or medications that promote

PATRICK HAYES, MD - 1/9/2025

 1    sleep.  Fully half of them are -- are long-term
 2    medication utilizers.  In this private clinic, I
 3    would say probably a similar proportion of patients,
 4    60 percent, 70 percent, are taking medication to
 5    assist with sleep.  I'd say fully half of them will
 6    -- will take those medications or equivalent long
 7    term.
 8        Q.    Long term, do you mean the rest of their
 9    lives?  Or do you mean five years, 10 years,
10    eventually weaning off?  Or does it vary?
11        A.    Yeah.  It -- it depends.  It depends on
12    the conditions.  It depends on the duration.  It
13    depends on the comorbidities.  So the -- the more of
14    these things we can improve, the less the
15    medications we'll need.
16            You and I just discussed those three that
17    are prescription.  He's also been advised to use
18    docosahexaenoic acid, which is an omega-3 fatty acid
19    supplement.  That's for wound healing.  And then
20    melatonin more for its antioxidant effects, but that
21    also has sleep promotion.  So ultimately, I've got
22    four things going on in Landon that should help
23    promote sleep, and he hasn't been able to pick up
24    the -- the most recent one because of coverage
25    issues.  But we've got three, pending four, onboard.

PATRICK HAYES, MD - 1/9/2025

Page 98

```
 1    Ideally, we will get it down to where he's not
 2    taking all of those forever, but we're going to have
 3    to see.  We're still early in his treatment.
 4        Q.    What coverage issues are you referring to?
 5    Because you've mentioned that a few times throughout
 6    our conversation today.
 7        A.    Yeah.  I got message that whatever
 8    mechanism he's using to receive his medications has
 9    not approved the Belsomra.
10        Q.    How do you spell that medication?
11        A.    B-E-L-S-O-M-R-A.
12        Q.    And what message or what document are you
13    looking at there with that note?
14        A.    Yeah.  This one is actually saying that
15    the pharmacy has not received a script for his sleep
16    medication.  And then I'm looking at the clinical
17    document from Ms. Conde's November 15 note where, at
18    the bottom, she had initiated Belsomra on October
19    31st.  And really, the two-week follow-up on
20    November 15th was to see, did you get the
21    medication?  Did you take the medication?  Did it
22    cause any sour or off-target side effects?  Did it
23    help anything?
24            And then I can see her terminal note is,
25    start Belsomra with, in parentheses, pending PA
```

PATRICK HAYES, MD - 1/9/2025

 1    process.  So what that means is he tried to fill the
 2    Belsomra.  It looks like there was a callback to the
 3    clinic.  Pharmacy said they didn't have it.  She
 4    pushed it back through to the pharmacy.  Pharmacy
 5    got it.  And then, when she went through those
 6    questions with them in the med follow-up on November
 7    15th, he told her he hadn't been able to get it yet
 8    because of the PA process.

 9              So somewhere in the mix, his health
10    insurance or -- or whatever -- whatever agency is
11    covering his medications has said, no.  They need
12    more information.  So with that note, I don't see
13    where the -- the documentation is.  She may have
14    done it telephonically.  But it looks like she had
15    to provide them more information to get it for him.
16        Q.    Are you saying pending PA process,
17    papa-alpha?
18        A.    Yes, sir.  It stands for prior
19    authorization.  It's -- it's insurance elegant speak
20    for post hoc denial.  They call it prior
21    authorization.  It's a sleight of hand euphemism,
22    but it means you have prescribed something, and then
23    they've decided that your patient can't have it.
24        Q.    Would you expect that Access Healthcare
25    Management is the entity making that determination

PATRICK HAYES, MD - 1/9/2025

Page 100

```
 1   here?
 2        A.    No, sir.
 3        Q.    And why do you say that?
 4        A.    That's not the language that would be used
 5   with -- with that case manager.  They would not
 6   initiate a PA.  That's insurance language.
 7        Q.    So does this indicate to you that there's
 8   some sort of insurance paying for the medication?
 9        A.    That's what that would suggest, but that's
10   all benefits and payment stuff.  That's well
11   downstream from us.  We're going to work with
12   whatever comes back and try to get Mr. Perry his --
13   his medication.  But that's not something I'm aware
14   of.  I don't -- I don't know what insurance it would
15   be.  I don't know.  I just don't know.
16        Q.    Does Access Healthcare Management cover
17   medication?  Do they pay for medications?
18        A.     I do not know.  Sometimes we ask for
19   medications through them.  We will place orders
20   through them.  And, again, back to the case
21   management concept, how they handle that, those
22   relationships they have, what they do, how they get
23   labs, how they get meds, I don't know.  You'll have
24   to ask those guys.
25        Q.    So aside from medication, what else is
```

PATRICK HAYES, MD - 1/9/2025

Page 101

```
 1    involved in the course of treatment for insomnia?
 2         A.    Like I said, medication takes primacy, and
 3    then psychotherapy is secondary.
 4         Q.    And is it fair to say that, at this point,
 5    you don't know to a, I guess, reasonable degree of
 6    medical certainty whether or not Mr. Perry will need
 7    to remain on these medications for the rest of his
 8    life?
 9              MR. GRINNAN:  Form.
10         A.    Again, I can tell you, based on my
11    experience, based on the -- the thousands of
12    patients I've worked with with these conditions --
13    and I have quite a bit of experience with -- the
14    team and I with Mr. -- Mr. Perry over almost a year
15    and a half, roughly two visits per month.  We know
16    him quite well at this point.  We have a good
17    psychological understanding of him.  We know what
18    his response to medications has been.  He will be
19    treated for these conditions for the rest of his
20    life.
21         Q.    (BY MR. FLORES) And that's your opinion to
22    a reasonable degree of medical certainty?
23         A.    That's correct.  At the 51 percent
24    standard or the greater -- greater than 50 percent
25    standard, yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 102

1    Q.    And when you say treated for these

2  conditions, do you mean he will remain on all three

3  or four of these medications that you referenced or

4  maybe fewer?

5    A.    Optimistically, we will attempt to

6  streamline his meds at any given time.  If we can

7  help somebody sleep with one or two things, that's

8  what we're going to do.  We discussed at present his

9  -- his insomnia has been refractory, so we just

10  added a fourth agent to attempt to assist with that.

11  If we can get some traction on those sleep problems,

12  if as we get some traction on the psychological

13  problems, we can see some improvement, then we will

14  attempt to alleviate those or streamline them.  And

15  the new meds come out.  So if a new medicine has

16  multiple mechanisms that can handle a few of those

17  things at the same time -- but at -- at present,

18  that is the best working metaphor.

19    Q.    Is it your opinion to a reasonable degree

20  of medical certainty that Mr. Perry will require all

21  of these, duloxetine, trimipramine and Belsomra and

22  suvorexant, for the rest of his life?

23    A.    And Belsomra is the suvorexant.  We also

24  have melatonin and docosahexaenoic acid on board,

25  both of those over the counter.

PATRICK HAYES, MD - 1/9/2025

Page 103

1          Yes.  It's my opinion, based on my

2    experience with similar conditions, based on my

3    experience treating large populations, based on

4    analyzing staffing ratios, hiring, shifting, those

5    sorts of things, yes, Mr. Perry will require these

6    medications or similar for the long-term.

7        Q.    Is it your opinion to a reasonable degree

8    of medical certainty that Mr. Perry will have

9    erectile dysfunction for the remainder of his life?

10       A.    As we discussed on that one, there's been

11   some maturation of the differential diagnosis in

12   that, initially, it looked strictly

13   surgical-medical.  And then, as we've gotten to know

14   Landon more, as he's opened up more, as we worked

15   with him, as -- as we've seen how he has responded

16   to those issues, that diagnosis is maturing.

17          So it -- it is quite significant at this

18   point, and we are almost two years after the injury,

19   so this is not the acute phase.  We're not two weeks

20   after the injury, two months after the injury.  We

21   are 21 months after the injury.  So the more data --

22   and as I discussed earlier, if one is sick, we can

23   make some forecasts from that.  If one is sicker,

24   that will allow us to make more forecasts on that.

25   If one is sicker longer, we can make more certain

PATRICK HAYES, MD - 1/9/2025

Page 104

```
 1   forecasts on that.

 2          So Landon has been sick with erectile

 3   dysfunction.  He has been quite sick with erectile

 4   dysfunction.  It has permeated his psyche, and he

 5   has remained quite sick with erectile dysfunction

 6   for longer.  So it is my clinical supposition that

 7   erectile dysfunction will likely be a long-standing

 8   component of his treatment.  If we can get some

 9   traction on that, perhaps that will change in the

10   future, but I would anticipate that that will be a

11   long-term component of his care.

12      Q.    Is it your opinion to a reasonable degree

13   of medical certainty that he will have erectile

14   dysfunction for the remainder of his life?  Or can

15   you simply not tell us?

16          MR. GRINNAN:  Form.

17      A.    On that one, where there is such an

18   overlap with the -- the medical-surgical component,

19   I believe it will be long-standing, based on those

20   factors that I just discussed with you.  But whether

21   or not that will be lifelong, I cannot say.

22      Q.    (BY MR. FLORES) Now, when you say

23   long-standing, what -- what do you mean by that?

24      A.    I think I answered that in the first

25   question that you didn't like.  It will be -- it has
```

PATRICK HAYES, MD - 1/9/2025

Page 105

```
 1   been almost two years at this point.  So the -- the
 2   likelihood that that will go away in the next year,
 3   two years, five years is quite small.  He has
 4   married.  It is creating supplemental marital
 5   discord.  His wife would like to have children.
 6   It's creating supplemental discord in his own psyche
 7   on his inability to do that.
 8           Where I'm struggling to tell you at the --
 9   at the lifetime duration is at the 51 percent
10   standard.  There are medical and surgical conditions
11   com- -- combining to contribute to that.  There has
12   been some difference in opinion.  Dr. Henderson
13   thought that Landon needed penile surgery.  Dr. Liu
14   did not.  The burn surgeons had a different opinion
15   on it.  So as those guys, working with the
16   urologist, are coming up with a summary on what
17   should happen surgically, that's going to help guide
18   psychologically what's going on with him.  So I
19   suspect it will be lifelong.  Whether or not I can
20   tell you that at -- at the greater than 50 percent
21   standard today, I cannot.
22       Q.   All right.  And the fourth diagnosis was
23   post-burn pain and itch, correct?
24       A.   Yeah.  Post-burn pain and itch related to
25   unspecified burns of the male genital region
```

PATRICK HAYES, MD - 1/9/2025

Page 106

```
 1   sequelae.
 2        Q.    Is that a psychiatric diagnosis, or is
 3   that just a physical symptom or condition?
 4        A.    No, sir.  That -- that is a physical
 5   condition of psychiatric relevance.
 6        Q.    What is the psychiatric relevance of that
 7   physical condition?
 8        A.    So he has a highly dysphoria inducing to
 9   him condition.  He's got some anesthesia of his
10   penis.  He's got some seemingly neuropathic pain of
11   his penis.  He's got some discoloration and some
12   disfigurement that he does not like.  And then he's
13   very sensitive to both environmental temperature and
14   friction.  And then the combination of those can
15   lead to additional discomfort and also itch.  These
16   are not omnipresent all the time, but there will be
17   times where Landon has advised us that he can't
18   sleep because he's itching, because his scrotum
19   itches.  Or he can't go out and do stuff with his
20   friend because, when he's out in the heat, it makes
21   him hurt for a couple days.  And then the hurt, as
22   that goes away, it turns into itching.
23             So it is hard to feel capable, masculine.
24   It's hard for Landon to feel appropriate as a
25   husband and to feel like things are going to get
```

PATRICK HAYES, MD - 1/9/2025

```
 1   better.  The therapeutic optimism that we're working
 2   with him on, when his penis continues to hurt and/or
 3   itch.  He has supplemental negative impact when
 4   he'll do stuff, like walk his puppy, but then he
 5   becomes sore, and he starts to limp.  And as I
 6   mentioned earlier, if anybody comments on the limp,
 7   then he becomes very dysphoric, very sad, very
 8   acutely depressed.  So those clearly have a linkage
 9   to his psychological symptoms.
10      Q.    When was the first diagnosis of these --
11   these issues, PTSD, insomnia, erectile dysfunction
12   and post-burn pain and itch?
13      A.    So Ms. Conde had the first clinical visit
14   with Landon in my service.  That was on September
15   8th of 2023, and she diagnosed PTSD, insomnia and
16   erectile dysfunction.  And -- and I know Iva -- I've
17   known Iva for years.  She started work with me at
18   Fort Polk with service members in, I believe, 2009,
19   maybe 2010.  She's got a lot of experience working
20   with -- with trauma-exposed individuals, wounded
21   individuals, burns.  I added the post-burn pain and
22   itch diagnosis in my visit on November 27th, 2023.
23          Without going too far off on a discourse,
24   I did quite a lot of work on burnt Iraqi civilian
25   children when I was overseas.  And that sort of
```

PATRICK HAYES, MD - 1/9/2025

Page 108

```
 1   started my approach to using psychological and

 2   psycho- -- psychiatric medications in thermal

 3   injury.  And the more of that you do, the more

 4   people you get sent to you that have that kind of

 5   stuff.  So I've been working with ancillary

 6   analgesia, ancillary antipruritic medications in

 7   thermal, caustic, other corrosive injuries for

 8   decades now.

 9            MR. FLORES:  I'll object as nonresponsive.

10        Q.   (BY MR. FLORES) So Ms. Conde diagnosed

11   Mr. Perry with PTSD, insomnia and erectile

12   dysfunction on September 8th, 2023, correct?

13        A.   Correct.

14        Q.   And you diagnosed Mr. Perry with post-burn

15   pain and itch on November 27th, 2023, correct?

16            MR. GRINNAN:  Form.

17        A.   I -- I added that diagnosis as the fourth

18   to the differential diagnosis.

19        Q.   (BY MR. FLORES) On that day?

20        A.   Correct.

21        Q.   What is your anticipated future course of

22   treatment for Mr. Perry, including any sort of

23   therapy and medication for these four diagnoses?

24        A.   Yes, sir.  So we're going to look at

25   medications, the supportive medications, and then
```

```
 1   we're going to look at psychotherapy.  So the

 2   medications at present are duloxetine, or Cymbalta.

 3   It's a 60 milligram plus a 30 milligram dose,

 4   totaling 90.  That's a three-quarter maximum dose.

 5   We may increase that to 60-60, but we have not yet.

 6   He's currently prescribed the strongly sedative

 7   secondary amine trimipramine, 25 milligram dose, one

 8   to two of those by mouth every night.  He's

 9   currently prescribed the DORA, suvorexant, Belsomra,

10   at the 10 milligram dose.  And as I mentioned

11   before, we are currently in actions designed to get

12   him that medication.

13           He's currently advised to purchase and

14   take docosahexaenoic acid, or DHA, somewhere between

15   2- and 600 milligrams.  Most of my patients I advise

16   to buy the 600 milligram dose from Amazon.  It's low

17   cost.  It's readily available.  It is made out of

18   plant materials.  You don't have to worry about any

19   mercury bioaccumulation or allergy.  And then he's

20   also been advised to purchase and take melatonin at

21   the low dose of 0.5 milligrams by mouth at night.

22           Based on his current and most recent visit

23   and the visits that he has upcoming, he's actually

24   doing a little bit more medication management at

25   this time than psychotherapy -- psychotherapy, which
```

PATRICK HAYES, MD - 1/9/2025

Page 110

 1   matches that his insomnia is a little bit more of a

 2   problem.  So in his first year, we anticipate about

 3   17 visits.  Optimistically, we treat down by about

 4   50 percent with recovery, so we'd anticipate 10

 5   visits for year two.  And optimistically, down by

 6   about 50 percent to every six to 10 weeks, or about

 7   six visits, for year three.  Beginning year four

 8   through life span, we'd anticipate quarterly

 9   maintenance follow-up, just checking in, making sure

10   you're doing okay.

11           And then, over the years, I've found that

12   individuals -- PTSD, again, is a remitted condition,

13   sort of like oncology.  You don't -- once you've had

14   lymphoma, they don't just cut you loose once the

15   blood count looks okay.  You come back for

16   follow-up.  And often these conditions, once it's

17   been kindled, they can come back.  So with PTSD,

18   clinically relevant insomnia and those physical

19   conditions, a guy like Landon we'd anticipate every

20   four to five years, about six to 12 months of

21   additional one to two visits.  If you multiply and

22   cross-divide that out, it's about three additional

23   visits per maintenance year.  So 17, 10, six, four

24   plus three.

25           And then, for psychotherapy, as I

PATRICK HAYES, MD - 1/9/2025

Page 111

```
 1   mentioned, we've been seeing him slightly more
 2   frequently to keep coming back.  But the most recent
 3   regimen was every four to six weeks, so about 10
 4   visits for year one.  Step down by about half for
 5   year two, or six visits.  We'll catch maintenance
 6   plateau at year three, so every 10 to 14 weeks, or
 7   about four visits per, with the same allowance for
 8   flares.  And what we like that to look like is
 9   maintenance should be about every three months.  But
10   perfect world, we can alternate that where
11   maintenance therapy and maintenance meds are -- are
12   meshing.  So about every six weeks, someone is
13   touching base.
14           And that's one of the good things about
15   COVID, that the increased applicability, efficacy of
16   telemedicine, especially on low-intensity
17   maintenance follow-ups.  You can do a lot of those
18   telemed.  And it's just not so intrusive to
19   patient's life.
20      Q.    All right.  You kind of lost me there on
21   the psychotherapy visits.  I think I got 10 visits
22   the first year; is that right?
23      A.    Yes, sir.
24      Q.    All right.  Second year?
25      A.    Six.
```

PATRICK HAYES, MD - 1/9/2025

1    Q.    What about the third year?

2    A.    Third year begins maintenance, so that

3  will be four plus three.

4    Q.    For the rest of his life?

5    A.    Yes, sir.

6    Q.    Now, what percentage of your patients at

7  Elite Medical Wellness go through psychotherapy and

8  -- and -- and counseling and therapy for their

9  entire lives versus stopping at some point?

10    A.    Oh, like you asked me earlier, we've been

11  running this show for a little over 10 years now,

12  almost 12, and I still have a large deck of my

13  patients that started at the very beginning.

14  Mr. Woodward and I -- he's my first therapist.  I

15  actually worked for him at an opioid recovery

16  clinic.  He has several patients that he started

17  with with Dr. Garrett Ryder, who's now deceased.

18  They've been following up with him for 15, 17 years.

19            Especially on the maintenance phase, even

20  when folks are -- are remitted -- and when I went

21  from insurance to noninsurance, many of my patients

22  were fully remitted.  Like, they -- they really

23  didn't need to come back and see me.  There weren't

24  active management changes going on, but many dozens

25  of them have elected to continue just because they

PATRICK HAYES, MD - 1/9/2025

Page 113

```
 1   like the -- the continuous contact.  They like
 2   knowing that the person who knows their health
 3   history, knows their family history.  So I haven't
 4   broken that down by percentage, but there's a lot of
 5   folks that have been with us for 10, 15 or more
 6   years.
 7        Q.    What percentage of your patients stop
 8   seeing you within the first 12 months?
 9        A.    And it's a different population.  We
10   actually had an interesting case that was referred,
11   high acuity, came over 10 days ago or so for the --
12   the first visit.  And second visit was yesterday.
13   Really, the interventions that were done in the
14   first visit were essentially curative.  She's now
15   moving to Dallas.  She's got her dream job up there,
16   and she's going to initially continue some telemed
17   follow-up.  But she'll probably be done within the
18   first year.
19            So, again, I have not analyzed retention
20   characteristics for this or any of the clinics.  But
21   it -- it does happen.  You typically see that signal
22   initially though in individuals that have a drastic
23   response early.  If you can find that sweet spot of
24   a medication, get them sleeping like a baby early,
25   they probably will not follow with you long term.
```

PATRICK HAYES, MD - 1/9/2025

Page 114

```
 1      Q.   Is it fair to say that, as you sit here
 2  today, you can't tell us what percentage of your
 3  patients stop visiting Elite Medical Wellness after
 4  12, 24, 36, 48, 60 months or any other period of
 5  time?
 6           MR. GRINNAN:  Object to the form.
 7      A.   No, sir.  Over the -- the 23-, 24,000
 8  patients I've probably seen over -- this is now my
 9  25th year in human medicine, counting medical
10  school.  I have not sat down and analyzed the
11  percentage of patients that -- that stayed for those
12  durations of time.
13      Q.   (BY MR. FLORES) Is there any other medical
14  treatment that you are recommending for Mr. Perry in
15  the future besides the medications, the office
16  visits and the psychotherapy we just discussed?
17           MR. GRINNAN:  Form.
18      A.   No.  At -- at this point, based on his
19  medications, he would benefit from, if he remains on
20  the trimipramine at higher dose -- now, he's kind of
21  at moderate dose.  He may benefit from an EKG
22  annually.  But he does not need laboratory studies
23  for these particular medications.
24      Q.   (BY MR. FLORES) Okay.  Have you reviewed
25  the report of Dr. Christopher Ticknor?
```

PATRICK HAYES, MD - 1/9/2025

Page 115

```
 1        A.    In this case, no, sir.
 2        Q.    How many times have you spoken with
 3  Dr. Shelly Savant in this case?
 4        A.    In Mr. Perry's case?
 5        Q.    Correct.
 6        A.    I believe one.  But if you were to find a
 7  document that said it was more than one, I wouldn't
 8  challenge that.
 9        Q.    And you spoke with her -- I think we
10  looked at that billing entry earlier, right?
11        A.    Correct.  I believe it was April 4 of 2024
12  or April 5.
13        Q.    April 5th, 2024, sounds right to you?
14        A.    Yes, sir.
15        Q.    All right.  Now, earlier you mentioned
16  the -- what did you call -- the administrative
17  section of your chart and the medical -- or
18  medication and prior authorization section, right?
19        A.    Yes, sir.
20        Q.    Would you mind putting the administrative
21  section up towards the screen so that we can -- so
22  that I can see what -- what you're looking at?
23        A.    Sure.  So this is his chart.  Got his name
24  on it.  It's a yellow chart, which means it's a -- a
25  clinical treatment chart.  As we open it, you're
```

PATRICK HAYES, MD - 1/9/2025

Page 116

```
 1   going to find this is consents and the referral
 2   form.  This is the administrative updates and the
 3   initial report.  Other similar data will go there.
 4       Q.    Okay.  Can -- can I see the documents that
 5   are in that administrative section?
 6       A.    I mean, this is one of the challenges to
 7   -- to Zoom depositions and why I don't prefer them.
 8   I think I went through and counted 39 pages.  Do you
 9   want me to show you all 39 of those?
10       Q.    Well, let's try kind of skipping -- or
11   flipping through them quickly.  I just want to make
12   sure they look familiar to me.
13       A.    So consent.
14       Q.    Okay.
15       A.    Consents, driver's license, the document
16   we discussed at length, the referral document.  Then
17   I'm sure you have these.  These are the
18   administrative updates for the visits.  I'm sure you
19   have the initial report.  And you'd asked me about
20   the medication section.  We're going to have a -- a
21   medication list, which looks like that.
22       Q.    Okay.
23       A.    You're going to have copies of
24   prescriptions.  And those can be electronic
25   prescription printouts, or they can be hard copy
```

PATRICK HAYES, MD - 1/9/2025

```
 1   prescriptions of handwritten stuff.  You're going to
 2   see some stuff that looks like pharmacy fills,
 3   pharmacy records that can look like the one I just
 4   showed you.  For -- that can look like this.  Should
 5   have all of those.  Then you're going to have the
 6   medication refill patient requests or concern
 7   patient requests.  Then you're going to have
 8   communications with pharmacies or benefits carriers
 9   that should look like this.  That one is a pharmacy
10   refill request.  This one is one of the PA request
11   for forms that we had discussed.  You should have
12   all of those.
13          The only thing we don't produce is other
14   people's records.  I consider HIPAA and 42 CFR a
15   one-stop shop.  The patient is granting records to
16   come to me, not for me to then distribute them.
17   Everything else in this hard chart should have been
18   produced for you.
19      Q.    And the -- the communi- -- the notes on
20   these medication records, for example, on -- I think
21   we do have these records.  I'm looking at a note for
22   duloxetine that's dated November 1st.  Says, had to
23   call a certain phone number.  She had to call
24   patient to get insurance info.  Stated she will call
25   back once she had insurance info from patient.  And
```

PATRICK HAYES, MD - 1/9/2025

```
 1   there's another note said, e- -- emailed MLS to get

 2   approved.  MLS approved.

 3        A.    Yeah.  I see that one.

 4        Q.    Okay.  Whose notes are those?

 5              MR. GRINNAN:  Form.

 6        A.    I really don't know.  That's one of my

 7   administrative staff.  They're supposed to sign off

 8   on it so we can later identify.  I don't actually

 9   recognize the handwriting, so I don't know who wrote

10   that.

11        Q.    (BY MR. FLORES) Who -- who would normally

12   handle this sort of task for you?

13              MR. GRINNAN:  Form.

14        A.    Oh, this is going to be front office

15   clerical staff.

16        Q.    (BY MR. FLORES) And which -- who in the

17   front office clerical staff would be assigned to

18   this particular work, if -- if you know?

19              MR. GRINNAN:  Form.

20        A.    Whoever -- whoever answered the phone.

21        Q.    (BY MR. FLORES) And who might answer the

22   phone?

23              MR. GRINNAN:  Form.

24        A.    This would have been -- I think this is

25   11-1-2023.  So at that time, that would have been
```

PATRICK HAYES, MD - 1/9/2025

```
 1    Madison Ellzey.  That would have been Kaileigh
 2    Lantz.  That would have been Caitlin Witherwax.
 3    That could have been Kourtney Tommasi.
 4         Q.    (BY MR. FLORES) And who would it be now?
 5         A.    At this point, that would be Brelin
 6    Wondergem.  It could be Sydney Westlake.  It could
 7    be Morgan Gould.  It could be Cadence Ackley.  It
 8    could be Mallory Fontenot or the practice manager,
 9    Caitlin McGroarty.
10         Q.    And these are all people that work at
11    Elite Medical Wellness in Lake Charles?
12         A.    Yes, sir.  Those are all employees.
13         Q.    Okay.  What is -- I'm sorry.  Go ahead.
14         A.    I'm sorry.  I was going to qualify
15    Caitlin, but, no, she's an employee now, too.
16         Q.    Okay.  What does MLS stand for?
17         A.    That -- Medical Legal Solutions, I
18    believe, is what it stood for.  I do not know how
19    MLS and Access Healthcare Management relate to one
20    another.  It -- I don't know if it's the same
21    company that reorganized or if MLS closed its
22    company and it became Access Healthcare Management.
23    But from -- from our standpoint, they're essentially
24    the same company.
25         Q.    I see.  Well, how long has Access
```

PATRICK HAYES, MD - 1/9/2025

Page 120

```
 1    Healthcare Management had that name, as far as you
 2    know?
 3         A.    I really --
 4              MR. GRINNAN:  Object to the form.
 5         A.    Yeah.  I really don't know at this point.
 6    You'd have to ask those guys.
 7         Q.    (BY MR. FLORES) Well, because you said
 8    maybe MLS changed its name and became Access
 9    Healthcare Management, so I'm wondering whether
10    Access Healthcare Management is a recent name or if
11    you've been dealing with them under that name for
12    several years.
13              MR. GRINNAN:  Object to form.
14         A.    It's been -- yeah.  It's been several
15    years, but that's an irrelevance to me.  I mean,
16    what -- what they do internally, how they are
17    corporately, I really don't know.  I've got plenty
18    of my own stuff to pay attention to.  So, yeah,
19    you'd have to ask Access when they reincorporated or
20    incorporated or what their structure is.  From --
21    from our standpoint, they -- those agencies have
22    behaved the same.
23         Q.    (BY MR. FLORES) Okay.  But you said MLS
24    stands for Medical Legal Solutions, correct?
25              MR. GRINNAN:  Form.
```

PATRICK HAYES, MD - 1/9/2025

```
 1      A.    That's my understanding.  Yes, sir.

 2      Q.    (BY MR. FLORES) Okay.

 3            THE REPORTER:  Mr. Grinnan, just so you

 4   know, I'm trying to hear your objections, but

 5   sometimes they're a little bit difficult to hear.

 6            MR. GRINNAN:  Okay.

 7      Q.    (BY MR. FLORES) Dr. Hayes, do you

 8   personally deal with Access Healthcare Management on

 9   any issues?

10      A.    How do you mean personally?

11      Q.    You yourself.  Do you interact with

12   anybody at Access Healthcare Management?

13      A.    Sure.

14      Q.    Who do you interact with over there?

15      A.    I believe I have spoken to Morgan on the

16   phone.  I believe I have spoken to Melissa on the

17   phone.  I have spoken to the owner, John Condos.

18   I've spoken to him multiple times.

19      Q.    Okay.  And how often do you speak with

20   them?

21            MR. GRINNAN:  Form.

22      A.    On a regular basis.  I probably speak to

23   -- to John if not weekly a couple of times a month.

24   And it's usually stuff like, hey, I've got this --

25   this kid that this happened to.  Is that something
```

PATRICK HAYES, MD - 1/9/2025

Page 122

```
 1   you can treat?  So it's more administrative triage
 2   and just making sure that either I can handle
 3   something or it's within the skill set or it's
 4   within the population that we work with or I have
 5   somebody that can.
 6              Or as is appropriate for a case manager,
 7   if somebody's in higher acuity because I think, to
 8   get on my schedule flat booking right now, I think
 9   we're looking at June, July of 2025.  It's quite
10   full, and -- and I stay quite booked, despite
11   working seven days a week.  So if -- if John is
12   aware of somebody that's -- that's sick or suicidal
13   or psychotic or withdrawing from something, he's
14   going to give me a call and see if I can get him in,
15   like -- like all of these agencies do.  I mean, I
16   got a call about a similar inmate not too long ago.
17   I got a call about somebody at the Sulphur clinic
18   for the state clinic.  When something is high
19   acuity, I get a call, and then we put the right
20   people in place.
21              MR. FLORES:  All right.  I'll object as
22   nonresponsive.
23        Q.    (BY MR. FLORES) So I think my question was
24   how often do you speak with these people.
25        A.    And I answered that for you.
```

PATRICK HAYES, MD - 1/9/2025

Page 123

```
 1        Q.    Okay.  Are they located in Lake Charles?
 2              MR. GRINNAN:  Form.
 3        A.    Access Healthcare Management?
 4        Q.    (BY MR. FLORES) Yes.
 5        A.    Physically, I don't know.  I mean, I would
 6   presume that they are.  I think that paperwork we
 7   were discussing earlier, I believe it has a Lake
 8   Charles address.  Let me see.  It only has their
 9   name.  Yeah.  I believe they're in Lake Charles, but
10   post COVID and Hurricanes Laura and Delta, I'm not
11   quite sure where their office is.  And then, even
12   antedating those events, I've never been in their
13   office.
14        Q.    What is Melissa's last name?
15        A.    Let me look.  I'd have to look somewhere.
16   I don't remember offhand.
17        Q.    Okay.  And Morgan is Morgan Gill, who was
18   on that email we looked at earlier?
19        A.    Correct.  Yes, sir.
20        Q.    And does John Condos live in Lake Charles?
21              MR. GRINNAN:  Form, foundation.
22        A.    I believe so, but you'd have to ask him.
23        Q.    (BY MR. FLORES) Okay.  Does Elite Medical
24   Wellness have an agreement, a contract in writing,
25   with Access Healthcare Management?
```

PATRICK HAYES, MD - 1/9/2025

Page 124

```
 1      A.    Yes, sir.
 2            MR. GRINNAN:  Form.
 3      Q.    (BY MR. FLORES) How long has Elite Medical
 4  Wellness had a written agreement with Access
 5  Healthcare Management?
 6            MR. GRINNAN:  Form.
 7      A.    However long we've been working with those
 8  guys.  Like I mentioned earlier in the deposition, I
 9  think it's pretty close to 10 years or around that
10  timeline.  And the initial agreement, I believe, was
11  with -- was with MLS.  And then, at some point, MLS
12  became Access Healthcare Management, so at some
13  point, three, five, six, seven years ago, the -- the
14  -- the contract changed from with MLS to with AHM.
15      Q.    (BY MR. FLORES) Has Elite Medical Wellness
16  signed multiple contracts with Access Healthcare
17  Management, or has it been one the entire duration
18  after this name change?
19            MR. GRINNAN:  Form.
20      A.    I don't recall.  I think there's one --
21  somebody showed it to me in a -- a deposition not
22  too terribly long ago.  That's the first time I've
23  seen it in years.  I don't recall if we've signed
24  another one since then or if that's the most recent
25  one.
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    (BY MR. FLORES) Would you be the person to
 2   sign the contracts on behalf of Elite Medical
 3   Wellness?
 4        A.    Yes, sir.
 5              MR. GRINNAN:  Form.
 6        Q.    (BY MR. FLORES) This will be Exhibit 4 to
 7   your deposition.
 8              (Exhibit 4 was marked for identification.)
 9        Q.    All right.  Do you see this document on
10   your screen titled Lien and Receivables Purchase and
11   Assignment Agreement?
12        A.    Yes, sir.
13        Q.    Do you recognize this document?
14        A.    Yeah.  That looks like the -- the contract
15   somebody showed me not too long ago.
16        Q.    Okay.  Is this the operative agreement
17   between Elite Medical Wellness and Access Healthcare
18   Management?
19              MR. GRINNAN:  Object to the form.
20        A.    It -- it appears to be, but I don't know
21   if that is an amendment or an appendment to the
22   existing operating agreement or if that's a
23   standalone.
24              MR. GRINNAN:  And, Rey, do you have a copy
25   of this?
```

PATRICK HAYES, MD - 1/9/2025

Page 126

```
 1              MR. FLORES:  A copy of it?

 2              MR. GRINNAN:  Yeah, this document.  I

 3   don't have it.

 4              MR. FLORES:  Oh.  Well, I have the copy

 5   that I have on the screen right now.

 6              MR. GRINNAN:  I understand that.  I wasn't

 7   asking that.  I don't have a copy of it, so I don't

 8   know what you're showing him.  Can you send me a

 9   copy of this?

10              MR. FLORES:  Yeah.  I'll send it during

11   the -- the next break.

12              MR. GRINNAN:  Well, can you send it now so

13   I can review it?

14              MR. FLORES:  Well, let me finish my

15   questions to -- to Dr. Hayes on this.

16              MR. GRINNAN:  Well, can you -- well, Rey,

17   come on.

18              MR. FLORES:  John, I'm in the middle of my

19   questions here.

20              MR. GRINNAN:  All right.  Well, then let's

21   go off the record.  And, like, just send me a copy

22   of it.  That's all I'm asking is to have a copy of

23   the document you've handed the witness.

24              MR. FLORES:  All right.  We'll go off the

25   record.  Let's stay on the camera and --
```

PATRICK HAYES, MD - 1/9/2025

Page 127

```
 1              MR. GRINNAN:  That's fine.

 2              MR. FLORES:  I'll email it to you.

 3              THE VIDEOGRAPHER:  We're off the record.

 4              MR. GRINNAN:  Thank you.

 5              THE VIDEOGRAPHER:  Time is 12:18 p.m.

 6              (Short recess.)

 7              THE VIDEOGRAPHER:  We're back on record.

 8   Time is 12:19 p.m.

 9        Q.   (BY MR. FLORES) All right.  Dr. Hayes, can

10   you see the Lien and Receivables Purchase and

11   Assignment Agreement between Elite Medical Wellness

12   and Access Healthcare Management on your screen?

13        A.   Yeah.  At that scale, I can't read it, but

14   I can see it.

15        Q.   Okay.  Now, I'm going to scroll down to

16   the bottom here.  And look at the -- the -- the

17   signatures and the dates.  Is that your signature as

18   medical provider?

19        A.   Yep.

20        Q.   And John Condos signed off on the behalf

21   of Access Healthcare Management, correct?

22              MR. GRINNAN:  Form.

23        A.   Yeah.  Presumably so.  Yes, sir.

24        Q.   (BY MR. FLORES) Okay.  And this is

25   dated -- this agreement is dated September 27th,
```

PATRICK HAYES, MD - 1/9/2025

Page 128

```
 1   2018, correct?
 2       A.    Yes, sir.
 3       Q.    Is this the agreement that is currently in
 4   effect between Elite Medical Wellness and Access
 5   Healthcare Management?
 6       A.    Presumably, it is.  You know how contracts
 7   go.  You don't rely on them or really mess with them
 8   until and unless something goes sour or needs some
 9   leverage.  So Access sends us patients.  We provide
10   the services that we're requested to provide.
11   Access pays for those services in a timely fashion.
12   I just don't muck around with the contract a lot.  I
13   don't need to.
14       Q.    Have there been any amendments signed
15   since the date of this agreement that we're looking
16   at right now?
17            MR. GRINNAN:  Form.
18       A.    I don't recall, but if you have one, it
19   wouldn't surprise me.
20       Q.    (BY MR. FLORES) Well, I mean, I'm not
21   aware of any amendment, so I'm asking you, since you
22   said earlier you would be the person to sign on
23   behalf of Elite Medical Wellness.  Have you signed
24   any amendments or modifications or other novations
25   to this agreement that we're looking at now since
```

PATRICK HAYES, MD - 1/9/2025

Page 129

```
 1   September 27th, 2018?
 2            MR. GRINNAN:  Form.
 3        A.    And, again, I'm not -- I'm not trying to
 4   be obtuse.  I'm not trying to, you know, hide the
 5   weasel.  I do not recall, but if there are some out
 6   there, if I had signed an amendment in 2019 or 2020
 7   in COVID, it is entirely possible.  I'm not trying
 8   to hide that or anything.  But I don't recall that
 9   there's anything after this one.
10        Q.    (BY MR. FLORES) Okay.  As far as you know,
11   to the best of your knowledge and recollection, this
12   is the agreement that is currently in effect between
13   Elite Medical Wellness and Access Healthcare
14   Management, correct?
15            MR. GRINNAN:  Object to the form, asked
16   and answered.
17        A.    Yeah.  As far as I know, that's the last
18   formal document I have signed with Access Healthcare
19   Management ever.
20        Q.    (BY MR. FLORES) Okay.  And what are the
21   compensation terms under this agreement between your
22   clinic and Access Healthcare Management?
23            MR. GRINNAN:  Form.
24        A.    I mean, I'd have to -- to read it again.
25        Q.    (BY MR. FLORES) Do you know how often
```

PATRICK HAYES, MD - 1/9/2025

Page 130

```
 1   Access Healthcare Management pays Elite Medical
 2   Wellness?
 3              MR. GRINNAN:  Form.
 4      A.    I'm sorry.  I was hacking.  Can you ask me
 5   again?
 6      Q.    (BY MR. FLORES) Do you know how often
 7   Access Healthcare Management pays Elite Medical
 8   Wellness?
 9      A.    I do roughly.  It's approximately every
10   month, but some of that is based on our billing, so
11   if our billing at Elite is intact, all of the
12   requisite invoices, all of the supporting paperwork,
13   all of that is provided in a clean fashion, Access
14   pays us within, I believe, 30 days -- 20, 30, 45
15   days, something like that, after a clean submission.
16              When I had a significant transition in
17   management staff, we got a little bit behind.  So
18   there was a -- and that was not an Access issue.
19   That was an Elite issue on billing.  So there was a
20   -- probably a 45-day, 60-day period where it wasn't
21   paid.  But roughly monthly they pay.
22      Q.    Okay.  And looking at paragraph three or
23   section three of this agreement titled Reimbursement
24   of Medical Provider, do you see that?
25      A.    I do.  Yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 131

```
 1      Q.    And would you agree that Access Healthcare

 2   Management's reimbursement to Elite Medical Wellness

 3   is in line with the language of this section?

 4          MR. GRINNAN:  Object to the form and

 5   foundation.  He's not a lawyer.

 6          MR. FLORES:  No need for speaking

 7   objections, Mr. Grinnan.

 8          MR. GRINNAN:  Well, I mean, you're asking

 9   him about compliance with a contract.  I think it's

10   only fair that he has a lawyer present.

11      Q.    (BY MR. FLORES) Dr. Hayes, is it your

12   understanding that Access Healthcare Management pays

13   your clinic in accordance with section three of this

14   agreement?

15          MR. GRINNAN:  Object to the form.  Same

16   objections.

17      A.    Yes, sir.  And in the -- the way that was

18   established was, in a busy operation with multiple

19   different service lines, multiple different service

20   types, multiple different potential options, how to

21   account for case management in a way that we didn't

22   have clerical staff simply moving the beans,

23   spending time doing nothing but -- but billing and

24   accounting, so approximately half of the billed

25   service seems to be appropriate.  Because -- and it
```

PATRICK HAYES, MD - 1/9/2025

Page 132

```
 1   has seemed to be appropriate over the years because,

 2   if the service is small, it's less expensive.  It

 3   probably has less case management.  Half of that

 4   charge is a lesser charge.

 5              And then, if something is larger, it

 6   involves testing.  It involves moving around testing

 7   results.  It involves large reports.  It involves

 8   medications, follow-ups, consults, referrals, labs.

 9   Then that will involve more case management, so the

10   -- the more complicated things are the more

11   expensive things.  The more expensive things will

12   tithe 50 percent to the case management

13   relationship, which makes sense because they have to

14   do more case management on those more complicated

15   things.  So that seemed a decade-plus ago to be a --

16   a fair, above-board, appropriate way of accounting

17   for those charges.  And then we've continued with

18   that since.

19        Q.   (BY MR. FLORES) There's an Exhibit A

20   that's referenced here in this section three.  Do

21   you see that?  Right here.

22        A.   I see the reference that you're

23   highlighting.  Yes.

24        Q.   Does Elite Medical Wellness have a copy of

25   this Exhibit A?
```

PATRICK HAYES, MD - 1/9/2025

Page 133

```
 1              MR. GRINNAN:  Object to the form.
 2      A.      Presumably we have it somewhere, but I
 3  also believe that contract says that I won't release
 4  it without the permission of Access Healthcare
 5  Management.
 6      Q.      (BY MR. FLORES) And who at Access
 7  Healthcare Management would we need to -- would you
 8  need to -- to discuss this with?
 9              MR. GRINNAN:  Object to the form,
10  foundation.
11      A.      Yeah.  Presumably that would be John
12  Condos.  And in Exhibit A, the way the language -- I
13  believe that is the fee schedule.
14      Q.      (BY MR. FLORES) Do you have John Condos'
15  contact information?
16              MR. GRINNAN:  Form.
17      A.      Do I have his contact information?  Yeah,
18  I do.
19      Q.      (BY MR. FLORES) Could you provide us with
20  his email address and phone number?
21      A.      I'm not going to give you his cell phone
22  number.  I mean, I think you can probably use 411 or
23  a Google lookup for his -- his information on that.
24  And then is his email not on that contract you're
25  showing me?
```

PATRICK HAYES, MD - 1/9/2025

Page 134

```
 1        Q.    Doesn't appear to be.
 2        A.    Yeah.  I'll -- I'll ask him if he's
 3   comfortable with me forwarding that.
 4        Q.    When do you think you can talk to him
 5   about that?
 6              MR. GRINNAN:  Object to the form.
 7        A.    I don't know.  When do you think we're
 8   going to be done?
 9        Q.    (BY MR. FLORES) You said you had to go at
10   1 o'clock, right?
11        A.    Yes, sir.  I'll be right in to patients.
12   So it will probably be -- if we run right to 1:00,
13   it will be later today or tomorrow morning.
14        Q.    Okay.  Now, when did you first sign the
15   contract with Medical Legal Solutions?
16              MR. GRINNAN:  Form.
17        A.    Oh.  Somewhere around a decade ago.
18        Q.    (BY MR. FLORES) And as we saw from Exhibit
19   -- Exhibit 2 of your deposition, there are referral
20   documents created when Access Healthcare Management
21   refers a patient to Elite Medical Wellness, correct?
22        A.    Remind me what was Exhibit 2.  Yes, sir.
23        Q.    Okay.  You see Exhibit 2 here?
24        A.    I do.  Yes, sir.
25        Q.    Okay.  So there are referral documents
```

PATRICK HAYES, MD - 1/9/2025

Page 135

```
 1   created each time, correct?
 2             MR. GRINNAN:  Object to the form,
 3   foundation.
 4        A.    Correct.
 5        Q.    (BY MR. FLORES) And so would Elite Medical
 6   Wellness be able to tell us how many patients Access
 7   Healthcare Management has referred to Elite Medical
 8   Wellness since the signing of that agreement in 2018
 9   we were just looking at?
10             MR. GRINNAN:  Object to the form.
11        A.    We don't track that.
12        Q.    (BY MR. FLORES) I understand you don't
13   track it, but you would have the records from which
14   the answer could be derived, correct?
15             MR. GRINNAN:  Object to the form.
16        A.    Not in a reasonable fashion.
17        Q.    (BY MR. FLORES) What do you mean by --
18        A.    Well, I mean, there will be information in
19   -- in charts.  That would be akin to asking me how
20   many patients across the spectrum of all the
21   operations have been prescribed duloxetine.  That
22   would be knowable.  It would probably take 1,000
23   years to know it.  You would have to go into every
24   chart and then manually search for duloxetine, and
25   you'd have to present that.
```

PATRICK HAYES, MD - 1/9/2025

Page 136

```
 1            So within the duration of records
 2   retention, which is not as long as this operation or
 3   these relationships have been in force, so we're
 4   going to lose 40 percent of that time just on the --
 5   the amount of time that we can destroy records -- or
 6   after which we can destroy records.  And we don't --
 7   we don't store that.  We -- we don't track that.
 8   There's no repository of where the Access referrals
 9   came from.  So in Mr. Perry's case, it's within his
10   chart.  So it's not practicably knowable.
11            And then we also had a couple of large
12   data corruptions over the years electronically.  And
13   then, with the storms in 2020, Hurricanes Laura and
14   Delta, this building was essentially ripped open.
15   And many of the files were destroyed, some of the
16   files held within the building, some held within a
17   protected archival storage.  So in addition to
18   records retention, there's an additional some
19   percentage of files which were destroyed.  So, no,
20   that's not a knowable number.
21       Q.    What is your record retention duration
22   policy?  How long do you maintain records?
23       A.    Oh, I let my practice manager and those
24   guys maintain that in the active file.  I believe
25   adults we have to maintain for seven years.  And I
```

PATRICK HAYES, MD - 1/9/2025

Page 137

```
 1   believe children we have to maintain for seven years
 2   or the age of majority.  But, again, I -- I didn't
 3   go back and look at record stuff in preparation for
 4   today.
 5        Q.    Do you -- does your clinic have a written
 6   document and record retention policy?
 7        A.    I am not sure if that's part of the -- the
 8   policy manual or not.
 9        Q.    How long does your email system retain
10   emails?
11              MR. GRINNAN:  Form.
12        A.    The email system, I don't know.
13        Q.    (BY MR. FLORES) Is there any sort of
14   automatic deletion of emails after a certain period
15   of time or -- or not?
16              MR. GRINNAN:  Form.
17        A.    -- differently.  I still don't know.
18        Q.    (BY MR. FLORES) Who would I talk to if I
19   wanted to find the answer to that?
20              MR. GRINNAN:  Form.
21        A.    Ms. McGroarty may know that, but I'm not
22   certain.
23        Q.    (BY MR. FLORES) How long does your office
24   retain payment records and checks and so on from
25   individuals or entities paying for treatments?
```

PATRICK HAYES, MD - 1/9/2025

1              MR. GRINNAN:  Form.

2         A.    I don't know.  I would defer you to

3    Ms. Rougeau and Ms. McGroarty, and they will have

4    worked with our health care attorney.  That's

5    Mr. Mike Schulze out of Sullivan Stolier Schulze in

6    Lafayette, New Orleans.  And our defense litigator

7    is Mr. Bob Wynne out of Houston.  Whatever the

8    minimum amount of time that we have to maintain

9    those is how long they maintain them.

10        Q.    (BY MR. FLORES) Were you involved

11   personally in responding to our subpoena for

12   documents from Elite Medical Wellness?

13        A.    No, sir.

14        Q.    Who was involved in that process?

15              MR. GRINNAN:  Form and foundation.

16        A.    No idea.

17        Q.    (BY MR. FLORES) Who is typically involved

18   in your clinic in responding to document subpoenas

19   in litigation?

20              MR. GRINNAN:  Form.

21        A.    So the -- the custodian of medical

22   records, Ms. Stacey Rougeau, she's the first point

23   of response.  And then, if she has questions, she

24   will typically involve Ms. Mallory Fontenot.  And if

25   they together cannot solve the request, then they

PATRICK HAYES, MD - 1/9/2025

```
 1   will discuss with Caitlin McGroarty.  And then, if
 2   there are issues related to practice, HIPAA, 42 CFR,
 3   we may loop in Mr. Schulze.  If there are issues
 4   related to overreaching subpoenas, foolish
 5   information requests, other information that we
 6   don't believe are -- are relevant or entitled, then
 7   they will loop in Mr. Wynne.
 8        Q.    (BY MR. FLORES) Okay.  You said Mike
 9   Schulze was the Louisiana lawyer's name?
10        A.    Correct.
11        Q.    And where is he located again?
12        A.    His office is in New Orleans and
13   Lafayette.  He typically works out of the Lafayette
14   office.
15        Q.    From the records maintained by Elite
16   Medical Wellness, it would be possible to determine
17   the revenue to Elite Medical Wellness deriving from
18   Access Healthcare Management --
19             MR. GRINNAN:  Object to the form and asked
20   and answered -- and answered and answered in a
21   different way.
22        A.    No, sir.  That's not practicably
23   answerable.
24        Q.    (BY MR. FLORES) It's possible to -- the
25   records are in existence.  Let's put that way.
```

PATRICK HAYES, MD - 1/9/2025

```
 1   Correct?
 2              MR. GRINNAN:  Object -- object to the
 3   form.  It's been asked and answered.
 4       A.    No, sir.  I don't believe that they are,
 5   not -- not in a fashion that's useful to the spirit
 6   of your question.
 7       Q.    (BY MR. FLORES) Well, I'm not sure what --
 8   what -- how you would define useful to the spirit of
 9   my question.  But your clinic maintains payment
10   records, right?
11       A.    They do.  Yes, sir.
12       Q.    And those payment records typically
13   reflect the identity of the person or entity making
14   the payment, correct?
15       A.    They do.  Yes, sir.  And I do not believe
16   those records have been maintained for 10 years.
17   Again, I do not micromanage the business aspects of
18   the operation.  I rely on people to do that for me.
19   I have good counsel in Mr. Wynne, Mr. Schulze.
20   Mr. Wynne in particular would be likely responsible
21   for subpoena-type stuff.
22              But, you know, as soon as we can destroy
23   old paperwork or unnecessary paperwork, we're going
24   to.  And I do not believe there would be any way of
25   going back and constructing, even with manual
```

PATRICK HAYES, MD - 1/9/2025

Page 141

```
 1    analysis, 10 years of our relationship with MLS or

 2    Access.

 3              MR. FLORES:  Object as nonresponsive.

 4       Q.   (BY MR. FLORES) All right, sir.  I'm going

 5    to show you Exhibit 5 to your deposition.  By the

 6    way, are there other case management companies aside

 7    from Access Healthcare Management that refer

 8    patients to Elite Medical Wellness?

 9              MR. GRINNAN:  Form.

10       A.    Yeah.  I believe we have over the years.

11    Another one just reached out recently.  I actually

12    have to loop back around with Mr. Schulze and

13    establish the contract for that.  I'm not sure who

14    else we're contracted with at this point.  But we do

15    -- we'll accept referrals from essentially anybody.

16    We just don't work directly with insurances.

17       Q.   (BY MR. FLORES) What is the name of that

18    company you're going to be signing a contract with?

19              MR. GRINNAN:  Object to the form.  That's

20    not what he said.

21       A.    I don't know offhand.  I'd have to look.

22       Q.   (BY MR. FLORES) What are the names of any

23    other case management companies that refer patients

24    to Elite Medical Wellness?

25              MR. GRINNAN:  Form.
```

PATRICK HAYES, MD - 1/9/2025

Page 142

```
 1        A.    I would have to look.
 2        Q.    (BY MR. FLORES) Does Access Healthcare
 3   Management refer more patients to Elite Medical
 4   Wellness than these other case management companies
 5   that you're going to have to look for?
 6              MR. GRINNAN:  Form.
 7        A.    Yeah.  I don't know how many of my
 8   patients are referred to me from Access Healthcare
 9   Management.
10        Q.    (BY MR. FLORES) Well, my question was a
11   little different.  Does Access Healthcare Management
12   refer more patients to Elite Medical Wellness than
13   these other case management companies that you're
14   talking about?
15              MR. GRINNAN:  Form, asked and answered.
16        A.    It's the same knowledge basis.  And for
17   example, in Mr. Perry's case, how he got to me is
18   largely irrelevant.  So I don't sit and spend any
19   time with him in the initial assessment on, who are
20   you working with on the administering side?  What
21   kind of lawsuit are you in?  Are you in a lawsuit?
22   Are you in some sort of comp claim?  All of that's
23   largely irrelevant to what's going on with him.  We
24   start out with a chief complaint.  I give him the
25   opportunity to discuss what's going on with him, and
```

PATRICK HAYES, MD - 1/9/2025

Page 143

```
 1   then we figure out from a differential diagnostic
 2   standpoint how we can be useful.
 3           So I just -- I don't spend time tap
 4   dancing around in those administrative questions.
 5   So I -- I don't know.  Like, the patients I saw this
 6   week, I don't know where they came from.  I don't
 7   know who sent them to me because it's irrelevant.
 8           MR. FLORES:  Object as nonresponsive.
 9       Q.    (BY MR. FLORES) What percentage -- what
10   percentage of Elite Medical Wellness' patients are
11   referred by Access Healthcare Management or some --
12           MR. GRINNAN:  Form.
13       Q.    (BY MR. FLORES) -- other case management
14   --
15           MR. GRINNAN:  Form, asked and answered
16   several times.
17       A.    Yeah.  I don't know.
18       Q.    (BY MR. FLORES) This is Exhibit 5 to your
19   deposition.
20           (Exhibit 5 was marked for identification.)
21       Q.    All right.  You see this document on the
22   screen, sir?
23       A.    I do.  Yes, sir.
24       Q.    Okay.  Does this document look familiar to
25   you?
```

PATRICK HAYES, MD - 1/9/2025

Page 144

```
 1      A.    It's pretty small.  I mean, it appears to
 2   be my Rule 26 CV.
 3      Q.    Okay.  Now, looking at these firms -- I
 4   forgot to highlight this one.  One second.  Looking
 5   at these firms -- okay.  Never mind.  Here's the
 6   answer.  So the last column here states whether you
 7   were testifying on behalf of the plaintiff or the
 8   defense, correct?
 9            MR. GRINNAN:  Object to the form,
10   misrepresents the document.
11      Q.    (BY MR. FLORES) Sir, what was your answer?
12            MR. GRINNAN:  Object to form.
13      A.    I said, yes, sir.
14            MR. GRINNAN:  It says requester.
15      Q.    (BY MR. FLORES) Okay.  And so it's fair to
16   say that the vast majority of your testimony dating
17   back to 2020 has been on behalf of plaintiffs,
18   correct?
19            MR. GRINNAN:  Object to the form,
20   misrepresents the document.
21      A.    Yeah.  And there's some unusual
22   vicissitudes to the Rule 26 CV.  So that's matters
23   that have gone before formal testimony under oath.
24   Deposition, trial, of course.  For some reason, I do
25   a significant amount of independent work.  That
```

PATRICK HAYES, MD - 1/9/2025

Page 145

```
 1    would be for agencies, such as a judge or QTC,
 2    Lockheed Martin, the VA.  And I do a fair amount of
 3    defense work as well.  For some reason, it appears
 4    that I get deposed and brought to trial more on
 5    plaintiff work.  So you see more count in that
 6    column on the plaintiff side, and that's by number.
 7            So that also doesn't account for workload
 8    by volume.  Many of the defense cases I've taken are
 9    quite large.  I just finished a -- this is a
10    criminal case, so it would be on a different CV.
11    But forget that.  There was a civil defense case
12    where I had something like 9,000 pages of records.
13    So I was not deposed on that one.  That one did not
14    go to trial.  Ultimately, my report was used to
15    seemingly settle the case, so it doesn't show up at
16    all.  But that 9,000 pages, the 120 hours that went
17    into it, they're just going to show up as a one
18    count anyways.
19            MR. FLORES:  Object as nonresponsive.
20        Q.  (BY MR. FLORES) All right, sir.  Of the
21    law firms listed on your Rule 26 testimony
22    disclosure, is it fair to say that Arnold & Itkin is
23    the most commonly identified firm on this
24    disclosure?
25            MR. GRINNAN:  Object to the form.
```

PATRICK HAYES, MD - 1/9/2025

Page 146

```
 1       A.      Yeah.   I'll defer to you on that.   I
 2   haven't gone through and counted it myself.
 3       Q.      (BY MR. FLORES) You wouldn't dispute it?
 4           MR. GRINNAN:  Object to the form.
 5       A.      Again, if that's what -- if you have sat
 6   down and counted those and that's the -- the most
 7   preponderant number, then sure.
 8       Q.      (BY MR. FLORES) Okay.  How would you
 9   describe the relationship with Arnold & Itkin,
10   between Elite Medical Wellness and Arnold & Itkin?
11           MR. GRINNAN:  Object to the form.
12       A.      There is no relationship between Elite
13   Medical Wellness and Arnold & Itkin.
14       Q.      (BY MR. FLORES) How many of these cases in
15   which Arnold & Itkin was the plaintiff's firm
16   involved also involved Access Healthcare Management?
17           MR. GRINNAN:  Object to the form.
18       A.      I don't know.  You'd have to ask Access
19   Healthcare Management and Arnold & Itkin.
20       Q.      (BY MR. FLORES) In other words, for all
21   these Arnold & Itkin cases, do you know whether it
22   was Access Healthcare Management that referred the
23   plaintiff to Elite Medical Wellness?
24           MR. GRINNAN:  Object to the form.
25       A.      I think you asked me the same thing.  I
```

PATRICK HAYES, MD - 1/9/2025

Page 147

```
 1   mean, you would have to ask those guys.
 2        Q.    (BY MR. FLORES) Now, this goes back to
 3   2020, correct?
 4        A.    Correct.  Rule 26 says four years of
 5   testimony.
 6        Q.    Okay.  But you were testifying in cases in
 7   which Arnold & Itkin was the plaintiff's firm well
 8   before 2020 as well, correct?
 9             MR. GRINNAN:  Object to the form.
10        A.    Sure.
11        Q.    (BY MR. FLORES) How long have you been
12   testifying on behalf of plaintiffs being represented
13   by Arnold & Itkin?
14             MR. GRINNAN:  Object to the form.
15        A.    Oh, I think my first experience with that
16   firm was the Williams Geismar explosion in
17   Plaquemine, Louisiana.  And it was some 90 or so
18   individuals.
19        Q.    (BY MR. FLORES) When was that?
20        A.    2015, 2016, somewhere around then.
21        Q.    This will be Exhibit 6 to your deposition.
22             (Exhibit 6 was marked for identification.)
23        Q.    All right.  Do you see a spreadsheet on
24   your screen, sir?
25        A.    It's wee.  It's very small.  Can't see it
```

PATRICK HAYES, MD - 1/9/2025

Page 148

```
 1    very well, but I can see that you -- you have a
 2    document up there.
 3        Q.    Okay.  Does this look familiar to you,
 4    this spreadsheet?
 5        A.    That's probably an older version of the
 6    Rule 26 CV.
 7        Q.    Okay.  And same sort of columns, including
 8    requester as the last column on the right, correct?
 9        A.    Yes, sir.
10        Q.    Okay.  And, again, the vast majority of
11    those cases were for plaintiffs, correct?
12            MR. GRINNAN:  Form, misrepresents the
13    document.
14        A.    That document has some errors in it, too.
15    So one of the lines you had up top, I saw Wanek
16    Kirsch Davies.  That's a group I've done.  I think
17    it's line 15, if I can read it.  It says plaintiff
18    on -- on the right side.  That's actually a defense
19    case.
20            So I don't -- I don't do these.  I don't
21    maintain the Rule 26 CVs.  I have staff do so.  But
22    you train them right.  You supervise them.  There's
23    still going to be errors in there.  So that -- that
24    document -- it's -- it's outdated anyways, but deal
25    with a grain of salt.
```

PATRICK HAYES, MD - 1/9/2025

Page 149

```
 1      Q.    (BY MR. FLORES) Sure.  The -- I mean, like
 2   anything else, there may be some mistakes, but you
 3   wouldn't dispute that the vast majority of the cases
 4   reflected here were on behalf of plaintiffs, right?
 5            MR. GRINNAN:  Object to the form,
 6   misrepresents the document.
 7      A.    Yeah.  Subject to the errors that I just
 8   described and my comment earlier, that it does
 9   appear that more of my plaintiff's side work has
10   been brought before or under testimony under oath
11   than on the defense side.  If that's what the
12   document says, that's what it says.
13      Q.    (BY MR. FLORES) Okay.  And we see this
14   goes back to 2016, correct?
15      A.    Can't really read it, but I'm going to
16   trust that's what that top date is.
17      Q.    Yeah.  Let me make it bigger for you.  All
18   right.  Is that -- is that any better?
19      A.    Yes, sir.  I can see it.
20      Q.    All right.  So this goes back to 2016,
21   right?
22      A.    It does.
23      Q.    And it ends in 2021, correct?
24      A.    That's the last date I see.  Yes, sir.
25      Q.    And these are all cases you recognize as
```

PATRICK HAYES, MD - 1/9/2025

Page 150

```
 1  having testified in, right?
 2             MR. GRINNAN:  Form.
 3       A.    I mean, you-all -- you-all use different
 4  ways of characterizing these.  So sometimes the name
 5  that's on the style or the caption is not the name
 6  of the patient.  Sometimes it's the name of a family
 7  member.  Sometimes it's another individual in a
 8  cohort.  I do recognize several of those names, many
 9  of them.
10       Q.    (BY MR. FLORES) Okay.  And you recognize
11  the names of the firms that you've worked with?
12             MR. GRINNAN:  Form.
13       A.    Yes, sir.  I recognize those.
14       Q.    (BY MR. FLORES) Okay.  And once again,
15  from 2016 to 2021, it would appear that Arnold &
16  Itkin was the most common and frequent of those
17  plaintiffs' firms.  Would you agree with that?
18             MR. GRINNAN:  Form.
19       A.    If that's what that form says, and as you
20  have them highlighted, if you have tallied those and
21  that's the biggest number, then sure.
22       Q.    (BY MR. FLORES) Okay.  So this shows a
23  McNeely versus Allstate case -- well, scratch that.
24  The first Arnold & Itkin case identified here
25  appears to be this Thompson versus Williams Olefins'
```

PATRICK HAYES, MD - 1/9/2025

Page 151

```
 1   & Bailey.  Do you see that?

 2       A.    Yes, sir.

 3       Q.    Is that that -- that large case you were

 4   talking about in 2016?

 5       A.    Correct.  Yeah.  That was the Williams

 6   Geismar petrochemical explosion.

 7       Q.    So was that the first case you worked with

 8   Arnold & Itkin on?

 9             MR. GRINNAN:  Form, misrepresents the

10   relationship.

11       A.    With the qualification that I often don't

12   really know, so -- this case that we're talking

13   about today, Mr. Perry, I did not know he was

14   represented by Arnold & Itkin until I began

15   preparing for this deposition over the -- the past

16   few days, when I saw Dr. Savant's letter referencing

17   one of the Arnold & Itkin attorneys.  I don't talk

18   with the attorneys on -- on clinical cases on a

19   regular basis.  I've not had any input from those

20   guys.  So the administrative steps are where I learn

21   who's working with whom and how.  I'm going to hear

22   stuff in deposition.  I'm going to hear stuff in

23   trial.

24             So I'm going to tell you that's the first

25   one I'm aware of ever having worked with Arnold &
```

PATRICK HAYES, MD - 1/9/2025

Page 152

```
 1   Itkin and having been in a room with the attorneys
 2   from that group.  But I don't know if that's the
 3   first one I ever worked with one of their referrals.
 4           MR. FLORES:  Okay.  All right.  Give me
 5   just -- let's go off the record.
 6           THE VIDEOGRAPHER:  We're off the record.
 7   Time is 12:50 p.m.
 8           (Short recess.)
 9           THE VIDEOGRAPHER:  Back on record.  Time
10   is 12:55 p.m.
11      Q.   (BY MR. FLORES) Dr. Hayes, this will be
12   Exhibit 7 to your deposition.
13           (Exhibit 7 was marked for identification.)
14      Q.   All right.  Do you see an email on your
15   screen?
16      A.   I do.  I can't read it.
17      Q.   Can you read it now where it says,
18   Dr. Savant Summary Letter for Dr. Hayes?
19      A.   Yes.
20      Q.   Okay.  And if we scroll down, we see
21   there's an email from Miranda Owens at Arnold &
22   Itkin to Caitlin McGroarty at your clinic and
23   Kourtney Sittig and -- right?  Correct?
24      A.   Yes, sir.  And that's Melissa's last name.
25      Q.   Melissa Jenkins.
```

PATRICK HAYES, MD - 1/9/2025

Page 153

```
 1            Okay.  And have you seen this email
 2   before?
 3       A.    No, sir.
 4       Q.    Okay.  Well, I'll give you a second to
 5   read it.
 6       A.    I read it.
 7       Q.    Okay.  And so Arnold & Itkin was asking
 8   you to sign off on a summary letter for Dr. Savant,
 9   correct?
10            MR. GRINNAN:  Object to the form,
11   foundation, misrepresents the document.
12       A.    I mean, that appears to be what the email
13   says, yes.
14       Q.    (BY MR. FLORES) And on June 26th, Caitlin
15   McGroarty responded, saying, I've attached the
16   signed summary, correct?
17       A.    That's correct.
18       Q.    And you did, in fact, sign a summary
19   letter for Dr. Savant, correct?
20       A.    Correct, on June 26th, 2024.
21       Q.    Okay.  And so is it your understanding
22   that this email thread relates to that summary
23   letter that you signed on that date?
24            MR. GRINNAN:  Form and foundation.
25       A.    Yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 154

```
 1      Q.     (BY MR. FLORES) Do you recall seeing a
 2  number of plaintiffs involved in a multidistrict
 3  litigation relating to an offshore rig caught in the
 4  path of a hurricane?
 5           MR. GRINNAN:  Object to the form.
 6      A.     I've worked with numerous sailors and
 7  offshore workers that have been affected by
 8  hurricanes, multiple storms.
 9      Q.     (BY MR. FLORES) Do you recall being --
10  seeing patients involved in multidistrict litigation
11  in that context?
12           MR. GRINNAN:  Object to the form and calls
13  for information protected by HIPAA.
14      A.     Yeah.  You're asking me to speculate on --
15  I don't even really know what multidistrict
16  litigation means.  I mean, I -- I'm a well-traveled,
17  well-read adult.  I can speculate what that is, but
18  I'm not an attorney.
19           And back to our fundamental discussion
20  earlier, what's going on administratively with these
21  folks, until and unless it matters, it doesn't
22  matter.  So if somebody tells me that they need a --
23  like you just highlighted, a -- a form signed and
24  sent back, then I may catch wind of something.  Or
25  if somebody -- a patient tells me that, an
```

PATRICK HAYES, MD - 1/9/2025

Page 155

```
 1   investigator is following me, and my kids were in
 2   the yard, and it made me freak out, then that
 3   injects itself into the clinical care.  But, no, I'm
 4   not on the -- on the legal team.  I'm not an
 5   attorney.  I'm not part of the multidistrict
 6   litigation, as you say.
 7           MR. FLORES:  I'm going to object as
 8   nonresponsive.
 9       Q.   (BY MR. FLORES) Is it -- would you say
10   it's common or uncommon for patients to travel from
11   other states to see you?
12       A.   Oh, it's not uncommon at all.  As I said
13   earlier, I'm licensed in multiple states.  I've got
14   providers on the psychotherapeutic side that are
15   licensed in multiple states.  I have done
16   administrative and forensic work all over the
17   country, and I'm sought out by other providers,
18   other care teams and major pharmaceutical companies
19   to travel the country and explain novel medications
20   to other providers.  So I have worked overseas.
21   I've presented overseas.  I have done assessments
22   overseas.  I have done IMEs from here to Britain.  I
23   have cross-covered patients that were traveling in
24   Spain.  I mean, I have worked globally, certainly
25   nationally.
```

PATRICK HAYES, MD - 1/9/2025

1    Q.    What percentage of your patients travel

2    from outside the state of Louisiana to see you at

3    Elite Medical Wellness in Lake Charles --

4         MR. GRINNAN:  Object to the form,

5    foundation.

6    Q.    (BY MR. FLORES) Or at the -- or at the

7    West location in Houston.

8    A.    That has changed over the years.  And most

9    recent rough count, which is a little old at this

10   point, we probably have 2,300 or so patients at

11   Elite Medical Wellness.  And one of the -- the

12   rationales for establishing a -- a hard site in --

13   in Houston, first, I have a house in Houston, and

14   that allows me to travel to do the -- the national

15   work that I do more readily than from Lake Charles,

16   which is a regional hub.

17        But in the same way it's difficult for me

18   to travel nationally, it's difficult for patients to

19   come nationally and see us in Lake Charles or more

20   difficult.  So Houston is a very easy place for

21   people to get.  Many locations, even small regional

22   hubs, can come direct.  If not direct, it's usually

23   a one stop.  And it's the largest medical center in

24   the world.  So it just made sense to have that

25   platform.  Of the 2,300 patients who come through

PATRICK HAYES, MD - 1/9/2025

Page 157

```
 1   Elite Medical Wellness at this point, I don't have
 2   an exact estimate, but many of them now are serviced
 3   through West.
 4             MR. FLORES:  I'll object as nonresponsive.
 5             THE WITNESS:  I think we're at time, sir.
 6             MR. FLORES:  To everything other than, I
 7   don't have an exact estimate.
 8             All right.  I'll pass the witness.
 9             MR. GRINNAN:  Are you out of time,
10   Dr. Hayes?
11             THE WITNESS:  Yeah, effectively so.  I
12   mean, I -- I can stretch and apologize for a couple
13   minutes, but I'm really out of time.
14             MR. GRINNAN:  Okay.  Well, I don't want to
15   keep you.  We can reserve the right to -- we can
16   reserve our questions for the time of trial.
17             THE VIDEOGRAPHER:  All right.  So are we
18   -- are we -- are you reserving?  Are we --
19             MR. GRINNAN:  Yeah.  We'll reserve.
20             THE VIDEOGRAPHER:  Okay.  This -- Chris,
21   do you need anything?
22             THE REPORTER:  Yeah.  Mr. Grinnan, are you
23   purchasing a copy of this deposition?
24             MR. GRINNAN:  Yes.
25             THE REPORTER:  All right.  And, Mr. Hayes,
```

PATRICK HAYES, MD - 1/9/2025

Page 158

```
 1  are you reading the transcript or --
 2            THE WITNESS:  No, I'll waive.
 3            THE REPORTER:  You'll waive, you said?
 4            THE WITNESS:  Yeah.
 5            THE REPORTER:  Okay.  All right.  That's
 6  it.
 7            THE VIDEOGRAPHER:  This concludes today's
 8  deposition.  Off record.  Time is 1:02 p.m.
 9            (At 1:02 p.m., the deposition was
10  concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3   LANDON PERRY,             |
                               |
 4              Plaintiff,     |
                               | Civil Action No.
 5   v.                        | 4:23-CV-04441
                               |
 6   HALLIBURTON ENERGY        |
     SERVICES, INC.,           |
 7                             |
                Defendant.     |
 8
 9      ----------------------------------------
10              REPORTER'S CERTIFICATION
11          VIDEOTAPED ORAL DEPOSITION OF
12                PATRICK HAYES, MD
13                 JANUARY 9, 2025
14                (REPORTED REMOTELY)
15      ----------------------------------------
16
17          I, Christopher D. Reho, RPR, a Certified
18   Shorthand Reporter in and for the State of Texas,
19   hereby certify to the following:
20          That the witness, PATRICK HAYES, MD, was
21   duly sworn by the officer and that the transcript of
22   the oral deposition is a true record of the
23   testimony given by the witness;
24          I further certify that the signature of
25   the deponent:
```

PATRICK HAYES, MD – 1/9/2025

Page 160

```
 1              ___ was requested by the deponent or a
 2    party before the completion of the deposition and is
 3    to be returned within 30 days from the date of
 4    receipt of the transcript.  If returned, the
 5    attached Errata contain any changes and the reasons
 6    therefor;
 7              _X_ was not requested by the deponent or a
 8    party before the completion of the deposition.
 9              I further certify that I am neither
10    counsel for, related to, nor employed by any of the
11    parties or attorneys in the action in which this
12    proceeding was taken, and further that I am not
13    financially or otherwise interested in the outcome
14    of the action;
15              Subscribed and sworn to on this 13th day
16    of January, 2025.
17
18
19    _____
20    CHRISTOPHER D. REHO, RPR, CSR #12055
      Expiration Date:  06/30/2025
21    HANNA & HANNA, INC.
      CRF # 10434; Expires 10-31-2026
22    8582 Katy Freeway, Suite 105
      Houston, Texas 77024
23    713-840-8484 - 713-583-2442
      www.hannareporting.com
24
25
```

**A**

**ability** 67:1,2
  79:8 84:18,18
**able** 63:9 75:6
  75:12 76:13
  78:1 80:25
  81:2 87:14,14
  87:17 97:23
  99:7 135:6
**aboveboard**
  132:16
**abovestyled** 2:4
**abuse** 6:20
**accept** 40:19
  54:24,25 55:2
  141:15
**accepted** 37:7
  55:24
**access** 4:10
  23:24 25:21
  35:3 36:15,19
  36:23 37:9,12
  37:15 38:1
  46:10,12,15,16
  46:19 50:8,17
  51:3,5 68:15
  99:24 100:16
  119:19,22,25
  120:8,10,19
  121:8,12 123:3
  123:25 124:4
  124:12,16
  125:17 127:12
  127:21 128:4,9
  128:11 129:13
  129:18,22
  130:1,7,13,18
  131:1,12 133:4
  133:6 134:20
  135:6 136:8
  139:18 141:2,7
  142:2,8,11
  143:11 146:16
  146:18,22
**account** 131:21

145:7
**accounting**
  131:24 132:16
**accurate** 51:16
**accurately** 9:20
  38:20
**achieve** 75:3
**acid** 97:18,18
  102:24 109:14
**ackley** 119:7
**acrm** 10:21
**act** 37:19 76:8
  76:12 77:16
**action** 1:4 22:2
  46:12 54:20
  159:4 160:11
  160:14
**actions** 45:14
  51:22 57:1
  58:1 109:11
**activation** 76:10
**active** 91:19
  112:24 136:24
**actively** 69:22
**activities** 67:24
**activity** 69:3
  75:13 77:8
  78:2
**actual** 76:23
**acuity** 113:11
  122:7,19
**acute** 84:5
  103:19
**acutely** 107:8
**add** 62:3,4 68:25
  92:16 95:19
**added** 14:7
  102:10 107:21
  108:17
**addictions** 5:25
  21:17 22:18
**addition** 12:2
  76:7 136:17
**additional** 13:17
  51:21 53:17

54:15,18 59:15
  68:25 83:4
  106:15 110:21
  110:22 136:18
**additionally**
  58:11
**address** 7:13,16
  7:22 123:8
  133:20
**admin** 25:6,10
  25:15 26:4
  57:7,14,18
  58:4,14,17
  59:19
**administering**
  68:11 142:20
**administration**
  24:18
**administrative**
  24:17 25:23
  26:7 36:3
  45:14,16 46:12
  54:7 56:22,25
  58:13 59:19
  81:9 115:16,20
  116:2,5,18
  118:7 122:1
  143:4 151:20
  155:16
**administrativ...**
  11:13 154:20
**administrator**
  39:19
**adrenergic**
  67:11
**ads** 94:11
**adult** 22:13 54:6
  57:6 154:17
**adults** 10:18
  136:25
**advice** 70:15
**advise** 109:15
**advised** 97:17
  106:17 109:13
  109:20

**advisors** 22:20
**advisory** 18:7
**aerovac** 82:14
**affiliate** 6:15
  13:5,6,23
**affiliated** 18:3
**affiliation** 17:23
**affirm** 46:9
**affirmatively**
  86:16
**afghanistan**
  27:18
**afterward** 19:4
**age** 20:15,22
  137:2
**agencies** 120:21
  122:15 145:1
**agency** 7:3 8:9
  22:2 99:10
**agent** 18:22 80:2
  94:16 102:10
**agents** 67:5,8
**aggressive** 15:5
**ago** 5:11 13:16
  16:14 30:25
  31:11,11 42:8
  59:22 67:23
  72:3 73:4,15
  96:13 113:11
  122:16 124:13
  124:22 125:15
  132:15 134:17
**agree** 131:1
  150:17
**agreement** 4:14
  123:24 124:4
  124:10 125:11
  125:16,22
  127:11,25
  128:3,15,25
  129:12,21
  130:23 131:14
  135:8
**agreements** 37:8
**ahead** 119:13

**ahm** 124:14
**ahmad** 3:10
**akin** 135:19
**al** 28:7
**alabama** 21:7
**alkermes** 14:17
  14:19
**allergy** 109:19
**alleviate** 102:14
**allopathic** 5:20
**allow** 103:24
**allowance** 111:7
**allowed** 19:5
  21:10
**allows** 90:11
  156:14
**allstate** 150:23
**alluded** 71:21
**alternate** 111:10
**alternative**
  67:23
**alternatives**
  69:2,5,23
**amazon** 109:16
**amendment**
  125:21 128:21
  129:6
**amendments**
  128:14,24
**american** 5:24
  6:1 16:22
  28:16,18,20
  29:8 90:22,22
**americans** 28:22
  83:1 94:10
**amine** 95:11
  109:7
**amount** 69:18
  136:5 138:8
  144:25 145:2
**analgesia** 95:18
  108:6
**analgesic** 95:4
  96:6
**analysis** 28:19

84:15 141:1
**analyzed** 113:19
    114:10
**analyzing** 103:4
**ancillary** 108:5
    108:6
**andor** 107:2
**andrea** 11:5
    22:24,25
**anesthesia** 16:11
    62:4 106:9
**annual** 29:9
**annually** 114:22
**answer** 19:5
    25:8 55:5
    118:21 135:14
    137:19 144:6
    144:11
**answerable**
    139:23
**answered** 48:2
    79:17 86:13
    104:24 118:20
    122:25 129:16
    139:20,20,20
    140:3 142:15
    143:15
**answering** 85:20
**antagonists**
    67:19 95:21
**antecedent** 84:5
**antedating**
    123:12
**anteriorinferior**
    64:13
**antiaggression**
    18:21
**anticipate** 49:20
    96:9,15 104:10
    110:2,4,8,19
**anticipated**
    108:21
**antidepressant**
    15:9 19:19
**antidepressants**

**antidote** 14:13
**antioxidant**
    97:20
**antipruritic**
    108:6
**antipsychotic**
    14:16,21 15:3
    15:7 16:9
    18:22 19:17
**antisexual** 18:22
**anxiety** 80:8
    95:12 96:1
**anxious** 94:2
**anybody** 85:11
    107:6 121:12
    141:15
**anymore** 21:20
**anyways** 145:18
    148:24
**apathetic** 93:23
**apologies** 52:25
**apologize** 62:19
    63:12 157:12
**apparent** 73:15
**appear** 134:1
    149:9 150:15
**appearances** 3:1
    4:3
**appeared** 63:21
**appearing** 3:2
**appears** 25:13
    33:18 35:9
    38:17,22 62:11
    125:20 144:1
    145:3 150:25
    153:12
**appendment**
    125:21
**applicability**
    111:15
**apply** 55:21
**appointment**
    35:18
**appreciate** 44:7

**appreciation**
    61:15
**approach** 71:9
    71:11 73:10
    108:1
**approaching**
    68:22
**appropriate**
    47:8,9 50:7
    57:4 65:15
    91:9,24 92:25
    106:24 122:6
    131:25 132:1
    132:16
**approved** 98:9
    118:2,2
**approximately**
    5:3 130:9
    131:24
**april** 40:5 48:21
    48:23 93:10
    115:11,12,13
**archival** 136:17
**area** 64:19 65:5
**aristada** 14:20
**arm** 93:4
**army** 13:7,13
    28:1 80:15
    82:8,8
**arnold** 3:4
    145:22 146:9
    146:10,13,15
    146:19,21
    147:7,13
    150:15,24
    151:8,14,17,25
    152:21 153:7
**arnolditkin** 3:6
**article** 28:5 29:5
    29:9 30:11,15
    31:14,14
**articles** 24:8
    27:11,13 29:10
    81:16,21 87:12
**aside** 100:25

141:6
**asked** 18:8,24
    45:10,12 48:2
    50:1 79:17
    84:15 86:13
    88:8 112:10
    116:19 129:15
    139:19 140:3
    142:15 143:15
    146:25
**asking** 20:7,9
    26:6 126:7,22
    128:21 131:8
    135:19 153:7
    154:14
**asleep** 89:24
    94:3 95:23
**aspect** 64:13
**aspects** 90:11
    140:17
**assembling**
    29:18
**assessment** 9:12
    10:14,19 25:17
    45:4 49:5 59:6
    84:21 142:19
**assessments**
    9:15 11:14
    80:14 81:9
    155:21
**asset** 42:14
    43:13
**assigned** 23:7,11
    118:17
**assigning** 42:12
    42:15 43:2
**assignment** 4:14
    125:11 127:11
**assist** 8:7 9:7
    97:5 102:10
**assistant** 36:4
**assistants** 53:12
**assistive** 80:5
    94:9
**associated** 28:24

29:6 39:1 40:4
    58:4 67:6,15
    90:4
**associates** 8:1
**association** 15:1
    15:1 29:9
    90:22,23
**assume** 55:2
**attached** 34:13
    153:15 160:5
**attachment** 36:6
**attain** 75:6
**attempt** 95:19
    102:5,10,14
**attention** 84:17
    120:18
**attorney** 138:4
    154:18 155:5
**attorneys**
    151:17,18
    152:1 160:11
**attributable**
    57:13,14 63:19
**audience** 19:6
**august** 31:17,20
    33:12 34:2
    38:4 56:3
**author** 28:9,25
**authority** 6:19
    58:2
**authorization**
    24:18 99:19,21
    115:18
**authorizations**
    26:8
**authors** 27:11
    27:21 28:8
**automatic**
    137:14
**auvelity** 15:9
**available** 58:25
    65:15 82:4
    109:17
**average** 56:16
**averaged** 48:18

averse 68:3
aversion 75:9
aversive 77:15
avoidance 69:15
    72:8
avoids 16:15
aware 45:17
    50:23 64:10,16
    80:24 81:16,21
    88:6 91:2
    100:13 122:12
    128:21 151:25
axilla 93:4
axim 15:8
azalaw 3:12,12

    B
b 29:3,4
baby 69:17
    113:24
back 9:19 31:19
    33:8 43:4
    55:16 56:25
    57:15,22 59:11
    59:14,16 63:17
    74:3 78:5 86:3
    87:6 88:3 99:4
    100:12,20
    110:15,17
    111:2 112:23
    117:25 127:7
    137:3 140:25
    141:12 144:17
    147:2 149:14
    149:20 152:9
    154:19,24
bad 93:22
bailey 151:1
balancing 67:11
barrera 11:5,5
basal 15:2
base 111:13
based 41:8 53:7
    61:15,16,17
    74:1,22 93:13

101:10,11
103:1,2,3
104:19 109:22
114:18 130:10
basically 37:19
    57:1
basis 12:5,7
    89:21 121:22
    142:16 151:19
bates 4:9,11,12
    4:14,15,16,18
beans 131:22
began 73:5
    151:14
beginning 110:7
    112:13
begins 62:5,6
    112:2
behalf 125:2
    127:20 128:23
    144:7,17
    147:12 149:4
behaved 120:22
behaves 37:9
behavioral 35:3
    37:2,10,11
    81:22,25 82:11
believe 7:3,10,24
    10:15 13:4
    14:18,23 21:7
    21:7 23:10
    28:20 29:15
    34:25 39:20
    41:7 50:16
    51:4 56:3 86:1
    86:10,21 88:25
    90:13 104:19
    107:18 115:6
    115:11 119:18
    121:15,16
    123:7,9,22
    124:10 130:14
    133:3,13
    136:24 137:1
    139:6 140:4,15

140:24 141:10
belsomra 95:20
    98:9,11,18,25
    99:2 102:21,23
    109:9
benefit 114:19
    114:21
benefits 100:10
    117:8
best 70:13 80:9
    96:14 102:18
    129:11
better 32:8,21
    78:22 79:6,6
    79:10,10 83:14
    89:14 96:1
    107:1 149:18
bifurcate 89:9
big 13:20
bigger 149:17
biggest 150:21
bill 38:7 40:15
    54:9 56:4
billed 131:24
billing 38:22
    40:21 41:17
    42:12,13,16
    43:24 44:8
    47:7 48:10,25
    49:25 50:6,23
    51:6,7,9,18,19
    51:21 52:4,11
    53:7 115:10
    130:10,11,19
    131:23
bioaccumulati...
    109:19
biosciences 17:7
    19:10
bit 13:19 60:3,8
    68:2 69:13,14
    69:16 72:4
    101:13 109:24
    110:1 121:5
    130:17

blend 62:11 64:8
blood 110:15
blue 74:6,7,11
board 5:23,24
    5:25 6:1 19:24
    20:14,17,21
    22:11,11,23
    52:22 53:19
    58:15 102:24
boards 18:7
bob 138:7
book 26:22
booked 48:15
    61:1,1 122:10
booking 122:8
boot 6:22
border 7:7
bothered 72:23
botherment
    72:24
bottom 17:15
    33:24 36:20
    40:1 44:12
    98:18 127:16
boy 29:3
brain 10:21
    14:14
bravo 29:4
bread 79:3
    96:21
break 33:17
    87:1,20 126:11
breakdown
    64:24
brelin 119:5
briefly 32:18
brightspring 7:6
    23:10,12
bring 35:24
bristol 14:7
    15:19,20 16:20
britain 155:22
british 27:13,15
    28:15,19
broad 53:15

broke 41:11
broken 113:4
brought 145:4
    149:10
building 136:14
    136:16
built 40:22
bunch 60:13
bureau 14:10
    18:13,16
bureaus 19:8,14
burn 29:8 65:24
    93:24 105:14
burned 64:5,11
burns 28:23,24
    29:6 60:16
    63:22 64:11
    105:25 107:21
burnt 107:24
busiest 82:8
business 29:14
    58:1 140:17
busy 47:6 78:21
    81:7 131:18
butter 79:3
    96:22
buy 109:16
buying 74:6

    C
c 5:1
cadence 69:14
    119:7
caitlin 11:9
    20:12,13 38:25
    39:1,3 42:9
    43:12 51:20
    52:6 119:2,9
    119:15 139:1
    152:22 153:14
cala 7:5
calcasieu 6:18
    6:23,23,25
caliber 76:22
call 26:16 41:17

47:14 90:4,25
91:10 99:20
115:16 117:23
117:23,24
122:14,16,17
122:19
**callback** 99:2
**called** 7:17
14:14 27:4
**calls** 47:7,13
154:12
**camera** 126:25
**cameron** 7:1
**cant** 32:3,6 43:9
46:9 64:4
72:17 79:14
84:6 89:19
99:23 106:17
106:19 114:2
127:13 147:25
149:15 152:16
**capable** 75:16
85:20,23,24
106:23
**caption** 150:5
**capture** 44:13
**capturing** 59:13
**car** 36:4
**care** 14:25 24:16
29:17 41:2
49:11 61:24
68:16 75:1
79:3 96:11,12
104:11 138:4
155:3,18
**career** 79:5
**carrier** 37:20
**carriers** 117:8
**case** 5:13 23:6
23:14 24:25
26:1 29:13,15
36:25 37:3,7
37:24 45:18
46:10 50:8
53:2 54:14

58:10 66:3
74:3 76:19
84:11 90:8
100:5,20
113:10 115:1,3
115:4 122:6
131:21 132:3,9
132:12,14
136:9 141:6,23
142:4,13,17
143:13 145:10
145:11,15
148:19 150:23
150:24 151:3,7
151:12
**cases** 59:10
68:14 94:7
145:8 146:14
146:21 147:6
148:11 149:3
149:25 151:18
**cash** 55:13,13
56:5,5
**casual** 30:25
**casually** 85:21
**catch** 111:5
154:24
**caught** 154:3
**causation** 45:21
**cause** 2:4 16:17
68:18 69:20
98:22
**caused** 15:12
93:9
**causing** 93:8
**caustic** 63:22
64:6 93:2
108:7
**caveat** 51:12
**cavernosal** 75:7
75:14 76:20
**cds** 96:3
**cell** 133:21
**centcom** 82:9
**center** 6:23,24

13:9 64:15
82:15 156:23
**central** 2:5,6
14:1
**century** 14:9
**cerar** 8:5,22,22
8:23,23
**certain** 80:24
103:25 117:23
137:14,22
**certainly** 54:4
155:24
**certainty** 101:6
101:22 102:20
103:8 104:13
**certification** 4:6
10:22 11:7
22:18 159:10
**certified** 2:8
5:23,25 9:1
10:13,15,20
11:14 20:14,17
20:22 22:12,23
52:22 159:17
**certify** 159:19
159:24 160:9
**cfr** 117:14 139:2
**chain** 4:9,18
**challenge** 27:19
28:2 115:8
**challenges** 76:16
116:6
**chance** 87:11
**change** 32:25
42:7,22 72:1
80:2 94:16
96:14 104:9
124:18
**changed** 16:11
24:22 60:12
71:21 95:2
120:8 124:14
156:8
**changes** 59:6
112:24 160:5

**chaos** 12:2
**chapter** 61:10
**characteristics**
80:19 113:20
**characterizati...**
50:3
**characterize**
50:6
**characterized**
18:4
**characterizing**
150:4
**charge** 43:14,24
45:6 47:11
53:24 54:15,21
56:16 132:4,4
**charges** 47:3
50:15 52:10
57:3 58:17
132:17
**charging** 43:2
**charles** 4:11
5:18 6:6 7:14
12:22 13:3,10
20:1,6 36:16
51:23,25 54:23
55:11 56:18
119:11 123:1,8
123:9,20 156:3
156:15,19
**chart** 23:22,24
24:7,14,15
25:1,10 34:6
36:13 47:4
58:18 115:17
115:23,24,25
117:17 135:24
136:10
**charts** 22:5
135:19
**chase** 10:2
**check** 47:15,17
50:3,11,12,16
50:19 51:1
**checkbook**

50:19
**checking** 110:9
**checks** 52:3
137:24
**chief** 142:24
**child** 22:12
**children** 10:13
105:5 107:25
137:1
**chris** 157:20
**christina** 22:16
**christine** 22:25
**christopher** 2:6
114:25 159:17
160:20
**cities** 13:21
**citing** 88:22
**civil** 1:4 2:10
45:18 145:11
159:4
**civilian** 13:14
107:24
**claim** 142:22
**claire** 8:4,18
**clarify** 92:12
**clean** 67:19
130:13,15
**clear** 49:16 65:3
66:7
**clearly** 107:8
**clerical** 8:8 39:8
39:11,17 42:14
43:13 118:15
118:17 131:22
**clerk** 39:4
**clinic** 11:6,12
13:21,23,24
22:7 35:9
40:18,19 61:14
96:23 97:2
99:3 112:16
122:17,18
129:22 131:13
137:5 138:18
140:9 152:22

**clinical** 11:1 25:3,4 26:18 31:2 37:23 60:13 70:6 81:8 89:23 92:22 98:16 104:6 107:13 115:25 151:18 155:3
**clinically** 14:21 90:24 110:18
**clinics** 113:20
**close** 16:8 124:9
**closed** 119:21
**coaching** 70:18
**cobenfy** 15:23 15:25 16:1,12
**code** 40:10 61:8 61:8,18,19
**codes** 40:21,21 40:23 60:14,17 92:17
**coding** 92:16
**cognition** 10:18
**cognitive** 10:14 10:14,19,19 11:14,15 81:1 81:22,25 82:1
**cohort** 150:8
**coital** 70:8
**coitus** 69:4,5,24
**colon** 28:11
**column** 144:6 145:6 148:8
**columns** 148:7
**com** 3:6,12,12 105:11 160:23
**combatdeploy...** 82:7
**combination** 80:9 106:14
**combining** 105:11
**come** 9:11,13 14:9,15 15:9

18:7,8 19:1 23:17 55:14 102:15 110:15 110:17 112:23 117:16 126:17 156:19,22,25
**comes** 9:19 22:6 59:16 100:12
**comfortable** 134:3
**coming** 49:13 62:20 70:18 105:16 111:2
**comment** 149:8
**commentary** 45:21,22 80:17 107:6
**comments** 85:12 107:6
**common** 61:12 61:14 71:5 74:4 77:19 79:18 82:22,23 150:16 155:10
**commonly** 145:23
**communi** 117:19
**communicatio...** 117:8
**comorbidities** 80:21 97:13
**comp** 37:6,6,8 37:10,19,23 55:6 142:22
**companies** 7:11 14:3 15:10 18:2 19:9 141:6,23 142:4 142:13 155:18
**company** 16:23 17:1,2 22:1 23:4,7 37:4 119:21,22,24 141:18
**compare** 43:15

56:16 57:16
**compared** 57:17 96:13
**compensation** 129:21
**complaint** 61:12 142:24
**complaints** 88:16
**completely** 46:9
**completion** 160:2,8
**compliance** 48:16 131:9
**compliant** 72:22
**complicated** 53:16,20 132:10,14
**component** 23:5 66:19 67:12 71:4 73:2,3 90:5,7 104:8 104:11,18
**compound** 14:24
**comprehensive** 38:8 58:8
**computer** 24:9
**concentration** 84:17
**concept** 100:21
**concern** 117:6
**concerns** 61:12 69:17
**concluded** 158:10
**concludes** 158:7
**conclusion** 58:19
**conde** 20:16,16 31:1,8 39:22 42:1 43:7,14 48:11 52:11,20 56:15 57:6 70:23 107:13

108:10
**condes** 98:17
**condition** 37:11 65:18,25 84:3 84:9 90:5,6,7 91:10 92:11,15 94:15 106:3,5 106:7,9 110:12
**conditions** 53:14 53:15 79:19 86:19 89:11 92:6,18 93:2 97:12 101:12 101:19 102:2 103:2 105:10 110:16,19
**condos** 121:17 123:20 127:20 133:12,14
**conference** 2:9
**confirmatory** 84:9
**consent** 25:17 116:13
**consents** 116:1 116:15
**consider** 117:14
**considered** 19:16 53:8,12 80:1
**consist** 24:14
**constructing** 140:25
**consult** 23:24 37:14
**consultation** 21:25 22:9 23:1
**consults** 132:8
**consummation** 68:2
**contact** 113:1 133:15,17
**contain** 160:5
**context** 23:8

29:16 72:22 74:25 154:11
**continue** 77:12 96:5 112:25 113:16
**continued** 132:17
**continues** 107:2
**continuing** 41:15 48:10
**continuous** 113:1
**continuously** 73:7
**contract** 7:2,8 23:9 123:24 124:14 125:14 128:12 131:9 133:3,24 134:15 141:13 141:18
**contracted** 11:20 21:16,22 22:10,17 23:1 23:6 55:18 141:14
**contractors** 20:2
**contracts** 7:9 124:16 125:2 128:6
**contribute** 105:11
**contributing** 92:6,19
**convenience** 58:23
**convention** 42:7
**conversation** 98:6
**conversations** 70:14
**cool** 87:2
**coordinate** 49:10
**coordinator**

35:3
**copies** 27:5 52:3
58:23 116:23
**copy** 24:22
25:19 30:5
116:25 125:24
126:1,4,7,9,21
126:22 132:24
157:23
**corner** 61:3
**corona** 64:12
**corporate** 56:9
**corporately**
120:17
**corps** 28:1
**correct** 7:14,15
7:19,21 8:19
8:20 9:5,6 10:6
11:3 12:19,20
13:1 16:2
17:24,25 18:4
18:14 21:23
23:3 27:9 28:4
30:16,17 33:12
33:13,22,23
34:3,4,22
36:14,18 38:4
38:5 39:17,23
39:24 40:9,12
40:19 41:22
42:25 43:1,8
43:17,18 44:17
44:18 45:2,7,8
47:25 48:24
49:2,4,18
50:13,20 51:15
52:8,15,16
53:10 54:11,24
54:25 55:7,8
55:11 56:6,11
57:11 58:5,6
60:21,22 63:19
63:20 64:1
65:5,20 68:8
69:7,10 71:24

75:23 79:22
86:5 90:18
92:2 96:18
101:23 105:23
108:12,13,15
108:20 115:5
115:11 120:24
123:19 127:21
128:1 129:14
134:21 135:1,4
135:14 139:10
140:1,14 144:8
144:18 147:3,4
147:8 148:8,11
149:14,23
151:5 152:23
153:9,16,17,19
153:20
**correctional**
6:23 14:25
15:2 18:6
**corrections**
14:24 81:14
**correctly** 45:23
90:16
**corrosive** 64:6
73:16 93:3,9
108:7
**corruptions**
136:12
**cost** 54:13
109:17
**costs** 57:25
**counsel** 140:19
160:10
**counseling** 14:1
69:8 112:8
**counselor** 8:6,25
53:6,10
**count** 25:11 27:2
78:17 110:15
145:5,18 156:9
**counted** 116:8
146:2,6
**counter** 102:25

**counting** 114:9
**country** 7:12
12:7 13:18
155:17,19
**couple** 9:3,4
16:14 27:17
49:14 61:2
67:22 81:4
85:13 106:21
121:23 136:11
157:12
**course** 29:14
61:24 71:3
79:24 94:5
101:1 108:21
144:24
**court** 1:1 39:19
159:1
**courtrooms** 12:4
**cover** 6:22 7:1,4
26:12 100:16
**coverage** 13:18
22:13 67:18
97:24 98:4
**covering** 10:25
99:11
**covermymeds**
26:23,24
**covid** 111:15
123:10 129:7
**coworkers** 84:18
**cpt** 40:20 82:2
**create** 77:15
**created** 134:20
135:1
**creates** 74:14
**creating** 105:4,6
**credentials**
52:21 53:5
**crf** 160:21
**criminal** 12:3
39:19 145:10
**crine** 17:4
**criteria** 83:2,3
90:9 91:8,16

92:21,22
**criterion** 61:20
**criticism** 84:19
**crosscovered**
155:23
**crossdivide**
110:22
**crt** 10:20
**csr** 2:7 160:20
**culton** 10:8,8
20:19,19 31:1
31:9 39:23
43:17 48:11
52:14 57:21
70:1,24
**cultons** 53:4
**curative** 113:14
**cure** 89:15
**current** 12:8,14
38:15 60:9
63:16,23 75:2
76:1 109:22
**currently** 6:2
11:7 20:25
109:6,9,11,13
128:3 129:12
**custodian** 39:18
138:21
**customary**
56:20
**cut** 110:14
**cutting** 50:12
63:10
**cv** 15:12 17:14
17:23 24:10
144:2,22
145:10 148:6
**cvs** 148:21
**cymbalta** 109:2

___

**D**

**d** 2:6 5:1 61:20
90:14 91:8
159:17 160:20
**d3** 90:14

**d4** 90:14
**dallas** 113:15
**damage** 14:14
**dance** 47:6
**dancing** 143:4
**data** 56:23 73:8
83:4 103:21
116:3 136:12
**date** 5:2 9:12
30:12 42:24
44:5,6 49:19
60:21 61:24
128:15 149:16
149:24 153:23
160:3,20
**dated** 4:18 25:25
117:22 127:25
127:25
**dates** 43:10
127:17
**dating** 144:16
**davies** 148:16
**davis** 10:11
20:11,13 34:16
34:19
**day** 2:4 12:23
42:4 45:5 47:5
85:25 90:2
93:24 95:3
108:19 160:15
**days** 12:8,12
72:19 85:13
106:21 113:11
122:11 130:14
130:15 151:16
160:3
**daytime** 95:5
**deal** 57:22 79:11
94:20 121:8
148:24
**dealership** 36:4
**dealing** 120:11
**decade** 134:17
**decadeplus**
132:15

decades 108:8
deceased 112:17
december 60:24
decided 99:23
decisionmaking
    53:16
deck 112:12
decks 19:3
defence 27:14
defendant 1:7
    2:3 3:8 159:7
defense 81:7
    138:6 144:8
    145:3,8,11
    148:18 149:11
defer 138:2
    146:1
definable 61:21
define 140:8
degree 101:5,22
    102:19 103:7
    104:12
delegate 58:1
delegates 51:21
deletion 137:14
delivered 42:16
delivery 18:23
delta 123:10
    136:14
dene 10:8,11
    20:18 39:23
    42:3 43:17
    48:11 52:14
    53:4 57:20
    60:24 61:2
denial 72:7
    99:20
department
    81:7
depends 80:19
    80:20,21 88:22
    97:11,11,12,13
deployment
    82:10
deponent 159:25

160:1,7
deposed 145:4
    145:13
deposition 1:15
    2:1 30:1,3
    31:24 33:15
    36:10 38:10
    41:21,21,22
    51:14 75:1
    124:8,21 125:7
    134:19 141:5
    143:19 144:24
    147:21 151:15
    151:22 152:12
    157:23 158:8,9
    159:11,22
    160:2,8
depositions 50:2
    116:7
depressed 107:8
depression 79:2
    79:2,5,7,9
    82:23 95:13
derivative 90:17
derived 135:14
deriving 92:11
    139:17
describe 14:5
    40:23 146:9
described 149:8
describing 15:18
description
    61:17
desensitization
    9:1
design 70:12
    95:24
designed 95:5
    109:11
despite 122:10
destroy 136:5,6
    140:22
destroyed
    136:15,19
detail 84:18

detailed 18:25
detention 6:24
deteriorate
    69:15
determination
    99:25
determine
    139:16
developed 64:6
development
    42:11
develops 85:9
dha 109:14
diagnosed
    107:15 108:10
    108:14
diagnoses 60:11
    60:20 63:18
    73:10 108:23
diagnosis 45:20
    45:21 60:9
    79:22 84:13
    86:11 89:22
    90:12,15,17,18
    91:1,19 92:5
    92:14,24 93:8
    93:12 103:11
    103:16 105:22
    106:2 107:10
    107:22 108:17
    108:18
diagnostic 143:1
didnt 12:3 24:11
    70:2,4 81:19
    85:21,22 99:3
    104:25 112:23
    131:21 137:2
diego 17:8
difference
    105:12
different 19:13
    20:4 21:5
    24:12 45:14,15
    54:19,20,21
    81:8 86:15

88:10 105:14
    113:9 131:19
    131:19,20
    139:21 142:11
    145:10 150:3
differential
    45:19,20 73:9
    91:1 103:11
    108:18 143:1
differently
    137:17
difficult 13:19
    39:8 77:16
    121:5 156:17
    156:18,20
difficulties 74:9
    74:10
difficulty 66:25
    89:24
digital 30:9 59:7
direct 74:23
    156:22,22
directly 55:17
    141:16
director 6:18
    47:10
disability 6:21
    7:5 84:4,10,21
    90:4
disabled 22:14
disciplinary
    49:9
disclosure
    145:22,24
discoloration
    106:11
discomfort 62:3
    72:20 75:9,10
    77:5 93:13
    95:9 106:15
discord 105:5,6
discourse
    107:23
discrete 93:6
discuss 68:7

89:21 133:8
    139:1 142:25
discussed 12:2
    16:16,19 20:12
    20:20 24:10
    33:17 53:18
    54:16 65:6
    66:4,12 69:6
    69:24 70:4,25
    71:13 78:3
    88:8 94:15
    97:16 102:8
    103:10,22
    104:20 114:16
    116:16 117:11
discussing 70:1
    88:13 123:7
discussion 29:19
    67:23 69:2
    154:19
disfigurement
    106:12
disorder 14:13
    19:16 60:12
    79:25 80:5
    84:5 92:14,14
disorders 92:17
dispute 51:10
    146:3 149:3
disputes 81:5
disruptive 63:13
distribute
    117:16
district 1:1,1
    6:20 159:1,1
ditto 39:14
dive 70:4
division 1:2
    159:2
doc 21:17
docosahexaen...
    97:18 102:24
    109:14
doctor 5:19,21
    22:22 32:25

PATRICK HAYES, MD - 1/9/2025

Page 168

**doctors** 21:13,22
23:1
**document** 24:16
25:19 31:22
33:15 34:5,11
34:13 36:7,12
38:12,18,21
52:10 58:24
98:12,17 115:7
116:15,16
125:9,13 126:2
126:23 129:18
137:6 138:18
143:21,24
144:10,20
148:2,13,14,24
149:6,12
153:11
**documentation**
99:13
**documents** 24:2
24:5 25:15
38:23 116:4
134:20,25
138:12
**dod** 81:12
**doesnt** 16:17
58:10 68:1,3
69:10 70:8,8
71:15,15 72:14
81:5 84:2 85:6
85:13 93:23,24
93:25 134:1
145:7,15
154:21
**dog** 85:6
**doing** 42:10 43:5
47:7 75:16
85:25 109:24
110:10 131:23
**dollar** 45:6
**dollars** 52:12,14
54:9 56:14
57:10,12,21
**dont** 9:21 15:11

17:20 23:20
24:24 26:11
29:11,21 30:7
30:10,11,12
34:25 35:20,22
35:25 44:8
46:11,13,14,14
47:1,6,14,15
47:16,17 50:7
50:23 51:9,9
51:10,17 54:25
55:2 57:18,23
63:5,8,9 74:8,9
79:6,12,19
82:4 83:16
85:17,17,18
86:4,7,10
88:25 89:4
92:23,23 99:12
100:14,14,15
100:15,23
101:5 109:18
110:13,14
116:7 117:13
118:6,8,9
119:20 120:5
120:17 123:5
123:16 124:20
124:23 125:20
126:3,7,7
128:7,12,13,18
129:8 134:7
135:11,12
136:6,7,7
137:12,17
138:2 139:6
140:4 141:16
141:21 142:7
142:18 143:3,5
143:6,6,17
146:18 148:20
148:20,20
151:11,17
152:2 154:15
157:1,7,14

**door** 62:24
**dopamine** 16:11
**dora** 95:21
109:9
**dosage** 77:16
**dose** 109:3,4,7
109:10,16,21
114:20,21
**doses** 95:16
**downstream**
100:11
**dozens** 112:24
**dr** 5:9 23:6,9
29:17 33:10
41:3 48:22
63:15 64:14,14
64:15 87:8
88:5 105:12,13
112:17 114:25
115:3 121:7
126:15 127:9
131:11 151:16
152:11,18,18
153:8,19
157:10
**drastic** 113:22
**dream** 93:22
113:15
**drive** 3:5
**drivers** 25:20
116:15
**driving** 91:15
**drug** 17:21
**dsm** 61:10,20
80:17 88:13
**dual** 67:18 95:21
95:21
**duloxetine** 67:11
95:3 102:21
109:2 117:22
135:21,24
**duly** 2:3 5:6
159:21
**durable** 58:23
**duration** 49:4

90:1 97:12
105:9 124:17
136:1,21
**durations**
114:12
**duty** 23:11
**dysfunction**
60:15 61:4,9
61:11,21 63:18
66:20 67:7,10
67:16 68:7,11
71:3,22 72:10
73:25 74:4,21
74:25 76:24
77:19,21 78:1
78:8,11 79:11
79:15 103:9
104:3,4,5,7,14
107:11,16
108:12
**dyskinesia**
14:14 16:16,17
**dysphoria** 106:8
**dysphoric** 72:13
85:12 107:7

**E**
**e** 5:1,1 91:8,16
118:1
**ea023** 54:6
**ea23** 54:10
**earlier** 15:12
35:22 36:1
53:18 54:16,22
71:21 77:18
78:3 87:12
88:8 92:9
94:16 103:22
107:6 112:10
115:10,15
123:7,18 124:8
128:22 149:8
154:20 155:13
**early** 16:10 98:3
113:23,24

**easier** 17:19
42:17
**easiest** 37:5
**east** 7:23
**eastern** 22:14
**easy** 156:20
**effect** 24:8 60:20
67:9,9 128:4
129:12
**effective** 94:8
**effectively**
157:11
**effects** 26:25
97:20 98:22
**efficacy** 111:15
**eh034** 40:11,13
**eight** 13:16
85:25
**either** 11:16
18:24 24:20
41:18 74:14,25
75:7,22 89:24
93:4 122:2
**ekg** 114:21
**elaborate** 59:24
93:17
**elected** 112:25
**electronic** 29:24
29:24 30:9
43:1 116:24
**electronically**
24:23 136:12
**elegant** 99:19
**elite** 4:11 6:5,12
6:12 7:13,17
8:11 11:6,11
11:17,25 12:9
12:12,22 13:2
13:22 19:25
20:5 21:2,14
21:17,20 22:8
36:2,16 39:6
50:20 52:2
54:23 55:18,21
55:24 56:7,10

68:17 82:16,19
112:7 114:3
119:11 123:23
124:3,15 125:2
125:17 127:11
128:4,23
129:13 130:1,7
130:11,19
131:2 132:24
134:21 135:5,7
138:12 139:15
139:17 141:8
141:24 142:3
142:12 143:10
146:10,12,23
156:3,11 157:1
**ellzey** 39:10
42:15 44:16
119:1
**elsevier** 28:18
**em** 40:21
**email** 4:10 32:1
33:22,24 34:12
35:7 36:6
123:18 127:2
133:20,24
137:9,12
152:14,21
153:1,12,22
**emailed** 118:1
**emails** 4:9,18
137:10,14
**emasculation**
77:14
**embarrassed**
68:4 69:11
**emdr** 10:15
80:25 81:17
**employed** 20:3
21:16 160:10
**employee**
119:15
**employees**
119:12
**employment**

83:25 84:13
86:11
**encapsulate**
19:14 37:5
40:15 59:6
60:18
**encapsulates**
18:11 24:16
25:3
**encompassed**
58:16
**encouraged** 85:2
**endocrine** 17:5
**ends** 85:8
149:23
**energy** 1:6 72:14
80:7 93:24
95:6,25 159:6
**engage** 77:7
78:1
**engaged** 49:9
**enhance** 77:13
80:7,8
**enjoy** 77:7
**entered** 43:13
44:10,15
**entering** 43:3
**entire** 91:2
96:20 112:9
124:17
**entirely** 66:6
86:20 129:7
**entities** 137:25
**entitled** 139:6
**entity** 99:25
140:13
**entry** 38:24 40:4
115:10
**environmental**
106:13
**epidemiologic**
82:25
**equivalent** 55:13
56:5 97:6
**erectile** 60:14

61:4,21 63:18
66:9,20 67:6,9
67:16 68:2,7
68:11,17 71:3
71:22 72:10
73:25 74:8,10
74:21,25 77:18
77:21,25 79:15
103:9 104:2,3
104:5,7,13
107:11,16
108:11
**erection** 75:3,6
75:10,12,22
76:4,6,23 77:3
77:6
**errata** 160:5
**errors** 148:14,23
149:7
**especially**
111:16 112:19
**esquire** 3:4,9,9
**essentially** 6:19
12:23 23:4
45:24 48:14
59:2 90:17
113:14 119:23
136:14 141:15
**establish** 90:11
91:17 141:13
**established**
68:16 131:18
**establishing**
156:12
**estimate** 79:9,20
82:24 157:2,7
**et** 28:7
**euphemism**
99:21
**evaluations**
81:10
**events** 123:12
**eventually** 97:10
**evolve** 73:5
**exacerbation**

30:24 31:10
**exact** 157:2,7
**examination** 5:7
**examine** 65:10
**examined** 64:18
65:4
**example** 9:9,14
18:17 24:24
43:6 47:14
57:6 72:12
117:20 142:17
**examples** 78:9
**excel** 4:16
**excited** 76:14
**excluding** 58:8
**excuse** 9:3 41:10
61:10 72:3
**executing** 58:1
**exercises** 94:9
**exhibit** 4:8,9,10
4:12,13,15,16
4:18 31:23,25
33:14 36:10,11
38:9,11 125:6
125:8 132:19
132:25 133:12
134:18,19,22
134:23 141:5
143:18,20
147:21,22
152:12,13
**exhibiting** 88:16
**exhibits** 4:21
**exist** 81:5
**existence** 139:25
**existing** 125:22
**expand** 8:17
**expanded** 7:8
**expect** 10:17
28:9 49:13
73:19 96:7
99:24
**expectation**
71:12,18 76:8
**expectational**

73:2 74:10
**expectations**
62:6 68:21
**expected** 88:11
**expensive** 53:21
132:2,11,11
**experience**
77:24 83:7
101:11,13
103:2,3 107:19
147:15
**experiences** 77:6
**expert** 19:16
90:21
**expiration**
160:20
**expires** 160:21
**explain** 14:10
19:2 155:19
**explaining** 15:2
**explosion**
147:16 151:6
**exposure** 93:9
**express** 26:21
**expressed** 11:21
**extended** 54:17
**extension** 46:9
**extent** 26:2 66:8
**exterior** 23:24
**extract** 56:23
59:2,3
**extraction** 56:25
**eye** 9:1

---
**F**
**f43** 60:12
**facet** 90:20 91:6
92:9
**fact** 91:20
153:18
**factors** 29:19
91:4 104:20
**fair** 46:6 65:11
79:16 86:10
91:14 92:1

101:4 114:1
131:10 132:16
144:15 145:2
145:22
**fairly** 82:22
88:24
**fall** 76:10 95:23
**falling** 89:24
94:3
**falls** 94:2
**familiar** 116:12
143:24 148:3
**family** 13:12
20:17 53:1
113:3 150:6
**fantastic** 48:15
**far** 30:8 107:23
120:1 129:10
129:17
**fashion** 59:7
76:16 128:11
130:13 135:16
140:5
**fatty** 97:18
**fax** 24:21
**fda** 19:4
**federal** 2:9 55:4
**fee** 40:24 41:21
53:23 54:3,13
54:20 55:12
57:10,16,24
133:13
**feedback** 31:5
62:13,21
**feel** 67:1 90:1
106:23,24,25
**feelings** 77:14
**feels** 93:23
**fewer** 102:4
**fiancee** 68:22
**field** 48:7 88:25
**fighting** 67:17
**figure** 143:1
**figured** 16:5
**figuring** 70:17

**file** 24:11 29:13
29:21,25 30:6
30:9 38:18
52:4 136:24
**files** 24:12 29:23
136:15,16,19
**fill** 99:1
**fills** 117:2
**finally** 66:22
**financially**
160:13
**find** 15:13 37:11
113:23 115:6
116:1 137:19
**finding** 91:24
**fine** 127:1
**finish** 126:14
**finished** 145:9
**fire** 15:3
**firm** 51:14
145:23 146:15
147:7,16
**firms** 144:3,5
145:21 150:11
150:17
**first** 5:6 11:19
14:8,17 15:19
16:6,9 22:22
23:23 27:15,22
27:23 29:1
30:15,17 35:18
43:21 44:25
45:11 61:13
92:25 94:23
104:24 107:10
107:13 110:2
111:22 112:14
113:8,12,14,18
124:22 134:14
138:22 147:15
150:24 151:7
151:24 152:3
156:13
**fishing** 72:16,17
85:5

**fit** 70:19
**fits** 71:14
**five** 6:21 7:10
13:16 38:20
78:25 86:24
97:9 105:3
110:20 124:13
**fiveminute** 87:1
**fivepage** 38:17
38:18
**flare** 72:2
**flares** 111:8
**flat** 93:23 122:8
**flip** 92:7
**flipping** 116:11
**flores** 3:9 4:5 5:8
5:10,12 24:1
32:15,17,20,23
33:2,10 34:23
35:8,25 37:25
42:21 43:20
44:4 46:3,6,19
46:25 47:5
48:9 51:4,12
51:17 57:5
62:12,15,22
63:1,4,7,14,15
66:1,14,16
73:19 74:17,19
75:11 76:3
79:21 82:5
84:11 86:2,3,9
86:25 87:8,23
88:5 92:8
101:21 104:22
108:9,10,19
114:13,24
118:11,16,21
119:4 120:7,23
121:2,7 122:21
122:23 123:4
123:23 124:3
124:15 125:1,6
126:1,4,10,14
126:18,24

127:2,9,24
128:20 129:10
129:20,25
130:6 131:6,11
132:19 133:6
133:14,19
134:9,18 135:5
135:12,17
137:13,18,23
138:10,17
139:8,24 140:7
141:3,4,17,22
142:2,10 143:8
143:9,13,18
144:11,15
145:19,20
146:3,8,14,20
147:2,11,19
149:1,13
150:10,14,22
152:4,11
153:14 154:1,9
155:7,9 156:6
157:4,6
**florida** 21:6,7
**fluid** 70:14
**fly** 94:13
**focus** 10:18
**focuses** 10:17
**folks** 78:21
112:20 113:5
154:21
**follow** 42:17
60:14 96:11
113:25
**following**
112:18 155:1
159:19
**follows** 5:6
**followup** 54:5,8
54:11 57:17
59:3 98:19
99:6 110:9,16
113:17
**followups**

111:17 132:8
**fontenot** 119:8
138:24
**foolish** 139:4
**force** 26:13
27:14 136:3
**forces** 85:7
**forecasts** 103:23
103:24 104:1
**forensic** 12:3
39:19 45:19
155:16
**foreplay** 69:18
75:12
**forever** 98:2
**forget** 145:11
**forgot** 144:4
**form** 23:19,24
34:21 35:5,19
37:21 42:5
43:19 44:1
46:2,5,7,22
47:4 48:1
50:21 51:8
56:19 65:22
73:6 75:4,25
79:17 81:24
84:1 86:6,12
92:3 101:9
104:16 108:16
114:6,17 116:2
118:5,13,19,23
120:4,13,25
121:21 123:2
123:21 124:2,6
124:19 125:5
125:19 127:22
128:17 129:2
129:15,23
130:3 131:4,15
133:1,9,16
134:6,16 135:2
135:10,15
137:11,16,20
138:1,15,20

139:19 140:3
141:9,19,25
142:6,15
143:12,15
144:9,12,19
145:25 146:4
146:11,17,24
147:9,14
148:12 149:5
150:2,12,18,19
151:9 153:10
153:24 154:5
154:12,23
156:4
**formal** 129:18
144:23
**forms** 48:4
117:11
**fort** 13:8,8
107:18
**forward** 45:22
71:13
**forwarding**
134:3
**found** 42:11
72:8 110:11
**foundation**
37:22 45:20
46:7,23 48:2
50:22 123:21
131:5 133:10
135:3 138:15
153:11,24
156:5
**four** 31:11 60:1
60:11 72:3
73:4 97:22,25
102:3 108:23
110:7,20,23
111:3,7 112:3
147:4
**fourth** 102:10
105:22 108:17
**fracturing** 89:25
**frame** 88:7

**frappellcooke**
27:20
**frappellhyphe...**
27:24,25
**freak** 155:2
**freeway** 160:22
**frequency** 31:12
**frequent** 150:16
**frequently** 69:13
111:2
**frey** 64:15
**friction** 72:19
106:14
**friend** 106:20
**front** 24:6 58:19
58:20 59:17
87:18 118:14
118:17
**fulfilled** 44:11
**fulfilling** 67:25
**full** 17:6 20:15
20:22 32:24
44:16 45:13,19
46:17,21 47:21
54:15 56:4
59:18 68:2
69:4,5,23 70:8
89:3,5 92:4
122:10
**fully** 66:7 76:13
76:14 97:1,5
112:22
**fun** 94:12
**function** 68:13
**functional** 84:8
**functionally**
96:4
**fundamental**
154:19
**fundamentally**
77:4
**further** 89:8
159:24 160:9
160:12
**future** 104:10

108:21 114:15

---

**G**

**g** 5:1
**garrett** 112:17
**gathering** 73:8
**geismar** 147:16
151:6
**general** 12:8
24:4 49:12
70:5 71:8 80:1
82:24 89:1
**generally** 25:14
72:7 88:19,21
**generate** 9:16
58:21
**generating** 8:7
9:8 80:3
**genital** 24:8
27:13,19 28:3
28:10,23,23
29:6 60:17
61:16 64:19
65:4,16 105:25
**genitals** 63:22
64:5 65:2,10
77:11 93:3
**gentleman** 64:3
**georgia** 21:9
**getting** 31:5
62:13 85:5
**gilchrist** 8:4,18
**gill** 33:25 34:24
35:14 123:17
**give** 19:20 28:8
30:13 32:20
79:8 95:5
122:14 133:21
142:24 152:4
153:4
**given** 50:8 65:7
65:8,8,15,17
83:1,11 96:15
102:6 159:23
**gives** 47:8

**giving** 70:15
**glanced** 30:10
**glands** 64:12
95:7
**globally** 155:24
**go** 15:16 28:17
31:19 32:18
33:3 36:6
37:15 41:15
43:4 52:1
55:16 57:2,15
57:22 58:14
59:19 63:9
74:3,24 78:6
84:16 85:6,7
85:13 87:23
105:2 106:19
112:7 116:3
119:13 126:21
126:24 128:7
134:9 135:23
137:3 145:14
152:5
**goes** 9:17 31:12
56:25 58:18,25
59:14 72:16
106:22 128:8
147:2 149:14
149:20
**going** 9:11,13
17:15,16 22:3
26:7 27:16
28:8 35:17
38:6,19 40:14
42:10 44:14
46:15 53:20
54:20 59:13
65:13,19 68:24
69:19 73:21,22
74:17 77:13,15
81:11 89:16
92:7 97:22
98:2 100:11
102:8 105:17
105:18 106:25

107:23 108:24
109:1 112:24
113:16 116:1
116:20,23
117:1,5,7
118:14 119:14
122:14 127:15
133:21 134:8
136:4 140:23
140:25 141:4
141:18 142:5
142:23,25
145:17 148:23
149:15 151:21
151:22,24
154:20 155:7
**gold** 80:9
**good** 5:9,10 19:3
61:7 78:6
95:12,12,13
101:16 111:14
140:19
**goodness** 96:21
**google** 133:23
**gotten** 67:3
83:14 95:16
103:13
**gould** 119:7
**governmental**
55:10
**grain** 148:25
**granting** 117:15
**great** 83:14
**greater** 101:24
101:24 105:20
**grinnan** 3:4
23:19 32:12,16
34:21 35:5,19
37:21 42:5
43:19 44:1
46:2,5,7,22
48:1 50:21
51:8 56:19
62:14,17,24
63:2,5,12

65:22 73:6
75:4,24 79:17
81:24 84:1
86:6,12 92:3
101:9 104:16
108:16 114:6
114:17 118:5
118:13,19,23
120:4,13,25
121:3,6,21
123:2,21 124:2
124:6,19 125:5
125:19,24
126:2,6,12,16
126:20 127:1,4
127:22 128:17
129:2,15,23
130:3 131:4,7
131:8,15 133:1
133:9,16 134:6
134:16 135:2
135:10,15
137:11,16,20
138:1,15,20
139:19 140:2
141:9,19,25
142:6,15
143:12,15
144:9,12,14,19
145:25 146:4
146:11,17,24
147:9,14
148:12 149:5
150:2,12,18
151:9 153:10
153:24 154:5
154:12 156:4
157:9,14,19,22
157:24
**groin** 93:20
**groove** 78:6
**group** 7:5 10:25
22:19 23:12
28:19 66:12
148:16 152:2

**groups** 90:21
**growth** 80:4
**guess** 34:19
42:22 69:2
101:5
**guidance** 92:23
**guide** 105:17
**guides** 54:13
**guy** 14:23 46:17
110:19
**guys** 8:15
100:24 105:15
120:6 124:8
136:24 147:1
151:20

**H**

**hacking** 130:4
**hadnt** 99:7
**half** 33:19 38:14
73:15 97:1,5
101:15 111:4
131:24 132:3
**halliburton** 1:6
5:12 159:6
**hammond** 7:7
**hand** 48:8 99:21
**handed** 126:23
**handle** 47:11
100:21 102:16
118:12 122:2
**handling** 29:23
**handwriting**
118:9
**handwritten**
9:11,16 117:1
**hanna** 160:21,21
**hannareporting**
160:23
**happen** 78:4
80:21 84:24
105:17 113:21
**happened** 59:14
89:17 121:25
**happening** 85:8

**happens** 9:14
**hard** 23:22,23
24:7,14,15,22
25:10 30:5
34:6 36:13
106:23,24
116:25 117:17
156:12
**harm** 86:17
**harmed** 85:18
**harmful** 85:19
86:18
**hasnt** 50:18
97:23
**havent** 54:3
78:16 84:23
113:3 146:2
**hayes** 1:16 2:2
4:4 5:5,9,18
21:25 22:9
23:1 33:10
34:15 35:15
40:1 44:16
63:15 87:8
88:5 121:7
126:15 127:9
131:11 152:11
152:18 157:10
157:25 159:12
159:20
**hazard** 79:19
**hct** 22:6 23:9
**head** 76:9
**headaches** 66:8
**healing** 97:19
**health** 6:20
14:25 35:3
37:2,10,11
40:20 52:23
53:21 65:25
72:5 82:10,11
82:25 84:20
96:23 99:9
113:2 138:4
**healthcare** 4:10

23:25 25:22
35:4 36:15,20
36:23 37:16
38:1 46:10,12
46:20 50:9
51:3,5 99:24
100:16 119:19
119:22 120:1,9
120:10 121:8
121:12 123:3
123:25 124:5
124:12,16
125:17 127:12
127:21 128:5
129:13,18,22
130:1,7 131:1
131:12 133:4,7
134:20 135:7
139:18 141:7
142:2,8,11
143:11 146:16
146:19,22
**hear** 63:5,7
121:4,5 151:21
151:22
**heard** 68:6 92:9
**heat** 72:18
106:20
**heel** 6:22
**heights** 6:14
**held** 136:16,16
**hell** 85:11 107:4
**help** 15:4 68:11
73:22 78:22
95:8 96:2
97:22 98:23
102:7 105:17
**helped** 49:10
**helping** 91:16,25
95:23
**helps** 17:13
**henderson** 64:14
105:12
**henry** 11:20
20:14 34:16,19

**heres** 26:9,10
144:5
**hes** 10:13,15,17
10:20,21 11:19
11:21 20:14
48:14,15,16,17
48:18 50:14
57:3 60:25
61:2 64:3 68:2
68:3,18 69:11
70:17 72:13,13
72:19 73:14
75:12 77:9
85:6,8,19,20
85:23 94:1
97:17 98:1,8
103:14 106:9
106:10,11,12
106:18,20
109:6,8,13,19
109:23 112:14
114:20 122:13
131:5 134:2
**heuristic** 85:22
**heuristics** 84:16
**hey** 70:7 85:3
121:24
**hide** 129:4,8
**high** 113:11
122:18
**higher** 69:14
114:20 122:7
**highlight** 144:4
**highlighted** 44:9
150:20 154:23
**highlighting**
132:23
**highly** 106:8
**hipaa** 117:14
139:2 154:13
**hiring** 103:4
**history** 72:6,6
113:3,3
**hoc** 99:20
**hodges** 6:6

**hold** 32:21 33:2
    39:9 49:23
**holding** 24:23
**holds** 55:5
**homes** 7:5 23:12
**hot** 93:20
**hour** 40:7 41:1
    53:23 85:25,25
**hours** 60:1
    72:18 86:24
    145:16
**house** 156:13
**houston** 1:2 3:5
    3:11 6:13,14
    7:20 11:25
    12:19,24 52:1
    55:22 138:7
    156:7,13,13,20
    159:2 160:22
**hub** 156:16
**hubs** 156:22
**huge** 32:7
**human** 6:19
    114:9
**hurricane** 154:4
**hurricanes**
    123:10 136:13
    154:8
**hurt** 77:11,12
    106:21,21
    107:2
**hurts** 75:17,18
**husband** 106:25
**hyperarousal**
    90:10 91:9

————————
**I**
————————
**icd** 92:17
**id** 57:22 81:19
    87:17 97:5
    123:15 129:24
    141:21
**idea** 25:11 52:5
    66:10 138:16
**ideally** 26:15

98:1
**identification**
    31:25 36:11
    38:11 125:8
    143:20 147:22
    152:13
**identified**
    145:23 150:24
**identifies** 18:25
**identify** 118:8
**identity** 140:13
**ill** 18:8 19:1
    66:14 87:16
    108:9 122:21
    126:10 127:2
    134:2,2,11
    146:1 153:4
    157:4,8 158:2
**illness** 6:20
**im** 5:23 6:5,18
    8:12 9:9 19:15
    21:3 23:22
    25:7 26:3,21
    26:22,23 28:8
    31:14,22 32:16
    34:8 38:6,19
    41:11,15 45:23
    47:5,10,10,10
    50:23 51:20
    52:25 56:12,12
    56:12 62:17,19
    63:3,12 64:10
    64:16,20 65:13
    74:2,17 78:21
    78:21,22 79:1
    80:24 82:7
    85:20 90:16
    92:6 98:16
    100:13 105:8
    116:17,18
    117:21 119:13
    119:14 120:9
    121:4 123:10
    126:18,22
    127:15 128:20

128:21 129:3,3
    129:4,7 130:4
    133:21 137:21
    140:7 141:4,13
    149:15 151:21
    151:22,24,25
    154:16,18
    155:3,4,5,7,13
    155:17 157:13
**images** 61:15
    64:21,22 65:8
**imes** 155:22
**immediately**
    58:19
**immensely**
    66:24
**impact** 28:10
    107:3
**impairing** 68:13
**imperial** 6:18,25
**imply** 84:4
**important** 94:15
**improve** 73:12
    89:1,3,10
    91:25 97:14
**improved** 43:5
    59:24 60:5
    78:12,12 79:15
    83:15,16,19
    89:14
**improvement**
    42:10 89:18
    102:13
**improving** 49:11
**inability** 105:7
**inaccurate**
    86:14
**inadequacy**
    77:14
**inasmuch** 50:1
**inaudible** 21:3
    22:10 30:13
    31:4 41:10
    51:16
**incarcerated**

15:5
**include** 19:9
    29:23
**includes** 25:3
    80:17 92:5
**including** 88:13
    108:22 148:7
**incompetence**
    77:15
**incorporated**
    120:20
**increase** 109:5
**increased**
    111:15
**incumbent** 90:3
**independent**
    90:19 91:3
    144:25
**index** 4:1,8
**indicate** 100:7
**indicated** 65:14
    67:7
**indications**
    14:11
**individual** 37:10
    55:13 64:5
    68:15 76:9
    79:4 80:20
    86:17,17 89:24
    90:24 92:20
    150:7
**individuals** 15:4
    18:24 20:8
    21:11 22:14
    24:21 65:24
    72:5 73:9 78:7
    80:15 89:12
    107:20,21
    110:12 113:22
    137:25 147:18
**induced** 61:22
**inducing** 106:8
**industries** 74:5
**industry** 7:10
    17:23

**inexpensive**
    26:13,14,22
**info** 117:24,25
**information**
    26:17 65:7,15
    99:12,15
    133:15,17,23
    135:18 139:5,5
    154:13
**informed** 25:17
**ingrezza** 14:13
    17:11,13
**inherent** 80:19
**initial** 9:10,15
    25:24 27:23
    47:15,16 54:12
    58:8 63:17,20
    96:12 116:3,19
    124:10 142:19
**initially** 14:22
    61:7,18,23
    103:12 113:16
    113:22
**initials** 42:2
**initiate** 100:6
**initiated** 67:17
    98:18
**initiation** 96:11
**injection** 14:21
    15:7 18:20
    75:7,15,23
**injections** 76:21
**injects** 155:3
**injuries** 61:17
    64:16,23 108:7
**injury** 10:21
    24:9 27:13,19
    28:3,12,13,14
    28:16 61:16,25
    63:19 103:18
    103:20,20,21
    108:3
**inmate** 122:16
**inpatient** 82:13
**inperson** 13:19

**input** 151:19
**inputting** 47:3
**insert** 51:13
**insomnia** 60:13
  79:11 82:23
  85:17 89:22,23
  90:4,12,15,17
  90:24 91:5,7
  91:13,18,18,23
  92:1,5,9,14,22
  93:8,13 94:6,7
  94:17 95:1
  96:20,25 101:1
  102:9 107:11
  107:15 108:11
  110:1,18
**instance** 2:2
**institute** 82:24
**insult** 80:20
**insulting** 72:10
**insurance** 26:11
  26:22 40:20
  54:24 55:1,4,7
  55:10,14,25
  99:10,19 100:6
  100:8,14
  112:21 117:24
  117:25
**insurances**
  141:16
**insurer** 37:19,20
**insurers** 55:18
  55:19
**intact** 130:11
**intake** 47:21
**intellectual** 6:21
  7:5
**intellectually**
  22:14
**interact** 84:18
  121:11,14
**interaction**
  42:25 43:16,25
**interest** 11:21
  70:13

**interested**
  160:13
**interesting** 18:9
  113:10
**interestingly**
  27:12
**interference**
  62:23
**intermittency**
  76:7
**intermittent**
  12:7
**internal** 22:17
  40:17
**internally**
  120:16
**internet** 74:6
**interpret** 9:21
  9:22
**intertwined** 93:5
**intervention**
  53:17
**interventions**
  78:5 113:13
**intimate** 94:1
**intracellular**
  18:9
**intraurethral**
  76:21
**intrusive** 111:18
**intuit** 35:21
**inventor** 16:13
**investigations**
  82:12
**investigator**
  155:1
**invoice** 4:12
  41:16 47:2
  51:6
**invoices** 50:9
  130:12
**involve** 68:2
  132:9 138:24
**involved** 47:2
  70:22 76:19

  95:22 101:1
  138:10,14,17
  146:16,16
  154:2,10
**involvement**
  27:18
**involves** 22:3
  53:13,14 132:6
  132:6,7,7
**involving** 57:20
**iraq** 82:11,12,14
**iraqi** 107:24
**irrecoverable**
  74:16
**irrelevance**
  120:15
**irrelevant**
  142:18,23
  143:7
**irritation** 85:9
**isolated** 67:1
  90:5
**issue** 26:11
  73:20 78:15
  93:15 130:18
  130:19
**issues** 94:21
  97:25 98:4
  103:16 107:11
  121:9 139:2,3
**itch** 60:16 93:21
  105:23,24
  106:15 107:3
  107:12,22
  108:15
**itches** 106:19
**itching** 106:18
  106:22
**item** 40:14
**items** 84:22
**itkin** 3:4 145:22
  146:9,10,13,15
  146:19,21
  147:7,13
  150:16,24

  151:8,14,17
  152:1,22 153:7
**iv** 96:3
**iva** 20:16 39:22
  41:24 42:1
  43:7,14 44:10
  48:11 52:11,20
  56:15 57:6
  60:23 61:1
  107:16,17
**ive** 13:14 14:18
  18:5,6 21:5,6
  29:11 32:1
  34:25 41:7
  49:9,10,20
  74:16 78:3,6,9
  78:10,12 79:3
  79:6 83:11
  84:14,19 97:21
  101:12 107:16
  108:5 110:11
  114:8 120:17
  121:18,24
  123:12 124:22
  145:8 148:16
  151:19 153:15
  154:6 155:13
  155:21

**J**

**jail** 7:1
**jails** 12:4
**james** 10:16
  20:19
**january** 1:17 2:5
  5:2 42:8 61:1,2
  159:13 160:16
**jenkins** 152:25
**jester** 6:14 7:23
**jgrinnan** 3:6
**job** 68:20 113:15
**john** 3:4 62:12
  121:17,23
  122:11 123:20
  126:18 127:20

  133:11,14
**johnson** 10:16
  11:21 13:8
  20:14,20
**jones** 22:16,25
  23:6
**journal** 28:1,12
  28:13,14,16,18
  28:20
**judge** 145:1
**july** 122:9
**june** 4:18 122:9
  153:14,20
**justify** 26:13
**juvenile** 6:24

**K**

**kaelyn** 10:2
**kaileigh** 39:13
  42:14 119:1
**katie** 8:5,23
**katy** 160:22
**keep** 15:4 62:15
  65:13 94:3
  111:2 157:15
**keeping** 69:14
**kept** 48:14,17
**kevin** 3:9
**kick** 59:10
**kid** 121:25
**kids** 155:1
**kim** 13:15
**kimberly** 13:11
**kind** 9:7 63:10
  68:4 71:20
  78:18 79:2
  85:14 108:4
  111:20 114:20
  116:10 142:21
**kindled** 110:17
**kirsch** 148:16
**kleyendecker**
  3:12
**knew** 26:20 47:3
**know** 13:24

23:20 28:7
29:12 30:8
34:23,25 35:20
41:20 46:11,13
46:14,14,19,24
49:24 50:7,18
51:11,13 56:4
56:14 57:18
63:8,9,10
69:22 70:3
72:15 79:12
88:15 100:14
100:15,15,18
100:23 101:5
101:15,17
103:13 107:16
118:6,9,18
119:18,20
120:2,5,17
121:4 123:5
125:20 126:8
128:6 129:4,10
129:17,25
130:6 134:7
135:23 137:12
137:17,21
138:2 140:22
141:21 142:7
143:5,6,7,17
146:18,21
151:12,13
152:2 154:15
**knowable** 23:21
135:22 136:10
136:20
**knowing** 113:2
**knowledge**
129:11 142:16
**known** 41:7
107:17
**knows** 113:2,3
**kourtney** 35:9
35:11,12 36:1
119:3 152:23

## L

**l29** 60:18
**laboratory**
114:22
**labs** 100:23
132:8
**lack** 90:10
**lady** 64:15
**lafayette** 138:6
139:13,13
**lake** 4:11 6:6
7:14 12:22
13:3,10 20:1,6
36:16 51:23,25
54:23 55:11
56:18 119:11
123:1,7,9,20
156:3,15,19
**laken** 20:21
**landon** 1:3
23:14 30:24
31:8 62:9 64:2
66:4,7 84:24
96:10 97:22
103:14 104:2
105:13 106:17
106:24 107:14
110:19 159:3
**landons** 58:10
**landstuhl** 82:14
**language** 100:4
100:6 131:3
133:12
**lantz** 39:13
42:14 119:2
**large** 28:21
103:3 112:12
132:7 136:11
145:9 151:3
**largely** 11:13
142:18,23
**larger** 33:18
132:5
**largest** 156:23
**laura** 123:10

136:13
**law** 145:21
**lawsuit** 46:13
142:21,21
**lawyer** 131:5,10
**lawyers** 45:25
139:9
**lead** 28:9,25
106:15
**leadership** 15:2
**learn** 151:20
**learned** 72:21
**led** 74:23
**leesville** 6:15
**left** 23:23 25:16
**legal** 119:17
120:24 134:15
155:4
**legible** 33:18
56:24
**length** 116:16
**lesser** 132:4
**letter** 151:16
152:18 153:8
153:19,23
**level** 65:25
72:24 84:4,10
**leverage** 128:9
**leyendecker** 3:9
**license** 21:6
25:20 116:15
**licensed** 8:5,9,14
8:25 20:8,16
21:3,5,6,9 53:1
53:6,9 155:13
155:15
**lien** 4:13 125:10
127:10
**life** 7:6 23:10,11
29:17 41:2
67:20 83:5
96:12,17,20
101:8,20
102:22 103:9
104:14 110:8

111:19 112:4
**lifelong** 104:21
105:19
**lifetime** 96:9
105:9
**likelihood** 105:2
**limbic** 80:6
**limitations**
86:15,20,21
**limited** 75:8
**limp** 85:11
107:5,6
**limps** 85:11
**line** 40:14 42:12
42:15 44:9
50:7 77:19
131:3 148:17
**lineofduty** 82:11
**lines** 50:5
131:19 148:15
**linkage** 107:8
**lip** 93:3
**list** 18:1 27:5
116:21
**listed** 17:14
39:25 42:23
145:21
**listing** 38:8
**lists** 26:19,19
**literature** 29:20
73:24 74:20,20
74:24 80:14
82:3 88:6,10
88:12
**litigation** 138:8
154:3,10,16
155:6
**litigator** 138:6
**little** 13:19 31:5
59:21 60:3
69:13,14,16
72:4 74:6,7,11
95:6 109:24
110:1 112:11
121:5 130:17

142:11 156:9
**liu** 64:14 105:13
**live** 123:20
**lives** 97:9 112:9
**llc** 35:4 56:10
**llp** 3:4
**locate** 29:10
**located** 6:2,5
123:1 139:11
**location** 21:1
22:4 61:16
156:7
**locations** 6:9,11
21:10,11
156:21
**lockheed** 145:2
**logical** 46:8
**long** 15:6 18:19
37:25 41:7
45:3 81:11,13
81:14 89:13
96:7 97:6,8
113:25 119:25
122:16 124:3,7
124:22 125:15
136:2,22 137:9
137:23 138:9
147:11
**longacting** 14:20
15:3,7 18:20
**longer** 39:6,12
80:18 88:14
89:12 103:25
104:6
**longest** 11:20
14:18
**longstanding**
80:16 104:7,19
104:23
**longterm** 14:15
97:1 103:6
104:11
**look** 13:25 28:17
31:19 45:4
57:15,22 74:3

92:13 96:12
108:24 109:1
111:8 116:12
117:3,4,9
123:15,15
127:16 137:3
141:21 142:1,5
143:24 148:3
**looked** 61:25
62:9 103:12
115:10 123:18
**looking** 13:16
23:22 31:22
48:4 89:15,17
89:18 98:13,16
115:22 117:21
122:9 128:15
128:25 130:22
135:9 144:3,4
**looks** 17:17 19:7
27:6 31:17,20
32:9 44:8,9
48:11,12,20
52:10,17 85:3
99:2,14 110:15
116:21 117:2
125:14
**lookup** 133:23
**loop** 139:3,7
141:12
**loose** 110:14
**lose** 136:4
**lost** 111:20
**lot** 10:19 72:6,7
72:7,14 77:10
82:15 107:19
107:24 111:17
113:4 128:12
**loud** 63:2
**louisiana** 6:7,17
7:7 13:9 14:1
21:2,4,11,19
22:15,21 139:9
147:17 156:2
**lourdes** 64:16

**low** 109:16,21
**lowintensity**
111:16
**lowquality** 76:6
**lpc** 10:9,17
11:10,13 13:12
20:13,13,19
**lucas** 28:6,9,10
**lymphoma**
110:14

──────────
**M**

**m** 2:5,6 5:3 33:6
33:9 34:2 87:4
87:7 88:1,4
127:5,8 152:7
152:10 158:8,9
**machine** 2:8
**madison** 39:10
42:15 44:15
119:1
**maiden** 35:12
**main** 69:16
**maintain** 39:9
96:5 136:22,24
136:25 137:1
138:8,9 148:21
**maintained**
139:15 140:16
**maintaining**
89:25,25
**maintains** 140:9
**maintenance**
95:18 110:9,23
111:5,9,11,11
111:17 112:2
112:19
**major** 82:23
155:18
**majority** 83:14
137:2 144:16
148:10 149:3
**making** 49:24
50:13 91:1
99:25 110:9

122:2 140:13
**male** 27:13
60:14,17 61:20
78:11 105:25
**males** 24:9
**malleable** 12:1
70:14
**mallory** 119:8
138:24
**manage** 68:17
**managed** 50:8
**management**
4:11 14:15
23:25 25:22
35:4 36:16,20
36:24,25 37:3
37:16 38:1
46:10,13,20
51:3,5 65:9,17
71:12,18 99:25
100:16,21
109:24 112:24
119:19,22
120:1,9,10
121:8,12 123:3
123:25 124:5
124:12,17
125:18 127:12
127:21 128:5
129:14,19,22
130:1,7,17
131:12,21
132:3,9,12,14
133:5,7 134:20
135:7 139:18
141:6,7,23
142:3,4,9,11
142:13 143:11
143:13 146:16
146:19,22
**managements**
131:2
**manager** 11:7
11:11 42:9
51:24 57:25

76:18 100:5
119:8 122:6
136:23
**managers** 37:24
**managing** 56:13
64:24,24 65:25
76:22,23
**manner** 40:20
54:25 58:21
64:6
**mans** 62:2
**manual** 70:3
137:8 140:25
**manually** 9:11
43:4 135:24
**maps** 76:15
**mar** 27:7
**marital** 10:12,13
13:11 20:17
53:1 105:4
**marked** 4:21
31:25 36:11
38:11 125:8
143:20 147:22
152:13
**marriage** 78:9
**married** 35:12
105:4
**martin** 10:3,3
145:2
**masculine**
106:23
**masculinity** 62:3
**master** 9:10
25:25
**masturbation**
69:18
**matches** 110:1
**material** 22:4,7
**materials**
109:18
**matter** 154:22
**matters** 144:22
154:21
**maturation**

103:11
**mature** 73:11,12
**maturing**
103:16
**maxed** 32:11
**maximize** 32:9
**maximum** 109:4
**mcgroarty** 11:9
11:10 20:12,13
42:9 51:20
119:9 137:21
138:3 139:1
152:22 153:15
**mckinney** 3:10
**mcneely** 150:23
**md** 1:16 2:2 4:4
5:5,20 40:1
159:12,20
**mean** 13:6 18:15
24:5 27:17
35:20 37:4
44:4 47:1,10
47:23 62:2
63:4,7 64:2
73:7 74:5
78:21 82:7
83:10,21 84:23
90:19 91:15
92:13 93:19
96:22 97:8,9
102:2 104:23
116:6 120:15
121:10 122:15
123:5 128:20
129:24 131:8
133:22 135:17
135:18 144:1
147:1 149:1
150:3 153:12
154:16 155:24
157:12
**meaning** 92:10
**means** 19:15
22:11 44:23
76:13 99:1,22

115:24 154:16
meant 60:5
mechanical 74:9
76:8 85:9
mechanically
75:6,16
mechanism
16:18 18:9
98:8
mechanisms
102:16
med 26:22 95:5
95:25 96:1
99:6
medi 26:18
mediation 46:14
medical 4:11
5:19,21 6:5,12
6:18 7:14,17
8:12 11:6,8,11
11:17,25 12:9
12:13,22 13:2
13:22 20:1,5,7
21:2,13,14,22
24:12 25:3
28:1 36:2,16
39:6,18 47:10
50:20 52:2
53:12,16,19
54:23 55:19,21
55:24 56:7,10
61:22 64:15,22
65:8 71:9 72:6
80:22 82:15,16
82:20 92:15,18
101:6,22
102:20 103:8
104:13 105:10
112:7 114:3,9
114:13 115:17
119:11,17
120:24 123:23
124:3,15 125:2
125:17 127:11
127:18 128:4

128:23 129:13
130:1,7,24
131:2 132:24
134:15,21
135:5,7 138:12
138:21 139:16
139:17 141:8
141:24 142:3
142:12 143:10
146:10,13,23
156:3,11,23
157:1
medicalsurgical
104:18
medicare 55:3
medication 14:9
14:11,13 15:21
16:7 17:9
18:19 19:3
24:18 26:7,14
26:19,25 27:5
31:9 37:13
47:20 53:13,18
53:19 61:22
68:23 75:22
91:21 94:25
95:5 96:20
97:2,4 98:10
98:16,21,21
100:8,13,17,25
101:2 108:23
109:12,24
113:24 115:18
116:20,21
117:6,20
medications
7:12 14:16
16:19 18:7
19:17,17,18,18
19:19,22 26:12
27:3 66:9 67:4
67:14 68:10,17
71:10 75:8,15
76:25 80:5,10
94:8,23 96:8

96:10,14,16,25
96:25 97:6,15
98:8 99:11
100:17,19
101:7,18 102:3
103:6 108:2,6
108:25,25
109:2 114:15
114:19,23
132:8 155:19
medicine 5:25
6:1 22:17
102:15 114:9
medicines 95:16
meds 100:23
102:6,15
111:11
meet 48:11 83:1
83:2
meeting 29:9,17
40:7,16,25
41:2 45:3
48:20,22 96:13
meetings 49:9
meets 92:21,22
melatonin 94:13
97:20 102:24
109:20
melissa 121:16
152:25
melissas 123:14
152:24
member 8:8
11:1 36:2 56:7
56:13 150:7
members 7:25
11:2 19:25
34:20 107:18
memorial 3:5
mensing 3:10
mental 6:20
52:22 72:5
82:10 92:14,17
94:9 96:23
mention 68:6

mentioned 5:11
8:22 9:3,4 10:4
11:1 13:5 14:2
16:23 22:23
26:3,4 27:11
31:6,21 35:21
36:1 39:22
49:22 54:22
59:21 69:1,1
79:21 82:1
85:5 88:23
98:5 107:6
109:10 111:1
115:15 124:8
mercury 109:19
meshing 111:12
mess 128:7
message 98:7,12
messages 26:24
met 35:1 41:6
42:3 43:7,21
44:19,25 49:1
49:17
metaanalysis
28:21
metaphor
102:18
mexico 74:7
micromanage
140:17
middle 12:9
25:24 126:18
midlevel 53:12
midstream
73:13
migrated 29:23
mike 138:5
139:8
milder 95:16,16
mildly 95:4
miles 13:9,20
milligram 95:17
109:3,3,7,10
109:16
milligrams

109:15,21
mind 96:2
115:20 144:5
mindful 67:5
mindfulness
94:19
mindfulnessb...
94:23
mine 22:1
minimization
32:10
minimizer 66:5
minimum 138:8
minute 5:11
minutes 17:21
45:5 49:3
87:22 157:13
miranda 152:21
misrepresents
144:10,20
148:12 149:6
151:9 153:11
mission 82:14
mississippi 21:7
mistakes 149:2
mitigate 81:3
mix 62:3,4 99:9
mls 118:1,2
119:16,19,21
120:8,23
124:11,11,14
141:1
modalities 88:11
moderate
114:21
modifications
128:24
modulation
16:12
modulator
16:15
module 40:22
50:6
moment 59:14
moments 50:2

monday 12:10
  12:17,18
month 12:9,11
  12:12 48:12,18
  48:19 78:10
  101:15 121:23
  130:10
monthly 50:16
  130:21
months 16:14
  30:25 31:11,11
  48:17,18 49:14
  72:3 73:4,14
  78:15,20 79:10
  79:16 84:24
  88:17 89:4,6,7
  103:20,21
  110:20 111:9
  113:8 114:4
mood 80:8 95:25
moodstabilizing
  18:22 19:18
morgan 33:25
  34:24 119:7
  121:15 123:17
  123:17
morning 5:9,10
  18:18 90:1
  95:25 134:13
mouth 109:8,21
mouthful 16:5
  92:4
move 48:10 80:2
movement 9:1
  14:12 19:16
moving 45:22
  71:13 113:15
  131:22 132:6
muck 128:12
multid 31:1
multidistrict
  154:2,10,15
  155:5
multiple 8:14
  21:10 102:16

121:18 124:16
131:18,19,20
154:8 155:13
155:15
multiply 83:9
110:21
muscarinic
  16:14
mute 63:9
myers 14:7
  15:19,20 16:20

**N**

n 5:1
n52 60:15 61:8
name 5:11,16
  8:21 13:24
  16:25 17:6
  22:22 27:21,22
  27:24 29:1,1,5
  34:25 35:12,12
  39:25 40:4
  42:19 115:23
  120:1,8,10,11
  123:9,14
  124:18 139:9
  141:17 150:4,5
  150:6 152:24
named 38:25
names 10:1,7
  17:21 27:10
  31:6 141:22
  150:8,11
narcotic 96:4
narrow 60:2,7
narrowly 19:5
national 14:25
  15:1 19:16
  82:24 156:14
nationally 14:23
  155:25 156:18
  156:19
nature 48:5 61:6
  63:21,24 65:17
  71:23,24

ne 16:24
near 13:20
nearly 14:9 84:7
necessarily 68:1
  84:2,3
necessary 65:7
  65:14
need 19:1 32:25
  37:1,13,14,15
  46:1 58:10
  97:15 99:11
  101:6 112:23
  114:22 128:13
  131:6 133:7,8
  154:22 157:21
needed 80:12
  105:13
needs 76:9,13
  128:8
negative 107:3
negativistic 94:2
neighbor 62:25
neither 160:9
nervous 76:11
network 22:20
neuro 17:4
neurocrine
  14:12 16:24,24
  17:5,6,7,7,10
  19:9
neuroleptic
  16:10
neurology 5:24
  17:4
neuropathic
  106:10
neutral 67:13
  70:6
never 78:10
  123:12 144:5
new 18:7 36:7
  69:17 102:15
  102:15 138:6
  139:12
newest 15:9

night 30:4 67:14
  93:20,25 96:1
  96:5 109:8,21
nighttime 95:18
nine 92:13
noise 62:13
nomenclature
  18:10
nomenclatures
  92:16
nonaddictive
  96:3
nondeposition
  40:7,15,25
noninsurance
  112:21
nonnarcotic
  95:4,13 96:2
nonresponsive
  66:15 74:18
  86:2 108:9
  122:22 141:3
  143:8 145:19
  155:8 157:4
normal 7:6
  23:10,11 71:6
normalize 67:2
normally 118:11
north 13:10,20
northwest 6:13
note 56:24 59:2
  98:13,17,24
  99:12 117:21
  118:1
notes 15:17 25:3
  25:4,5 26:4,19
  117:19 118:4
notice 25:18
  42:6
noticed 66:5
novations
  128:24
novel 7:12 14:8
  16:6 155:19
november 25:25

43:23 44:2,5
44:11,19 49:8
49:18 54:16
60:23 98:17,20
99:6 107:22
108:15 117:22
number 4:9,11
  49:20 50:4
  51:1 67:8,9
  83:16,17 89:3
  89:4,19 117:23
  133:20,22
  136:20 145:6
  146:7 150:21
  154:2
numbered 2:4
numbers 4:12
  4:14,15,17,18
  47:19 50:16
  89:5
numerous 154:6
nurse 6:25 7:4
  8:13 11:18,19
  20:15,18,22
  41:25 52:23
  53:2,8,11
  56:15
nursing 22:5
nyquil 94:12

**O**

o 5:1
oath 144:23
  149:10
object 37:21
  46:2,22 48:1
  50:21 56:19
  66:14 74:17
  75:24,24 84:1
  86:2,6,12
  108:9 114:6
  120:4,13
  122:21 125:19
  129:15 131:4
  131:15 133:1,9

134:6 135:2,10
135:15 139:19
140:2,2 141:3
141:19 143:8
144:9,12,19
145:19,25
146:4,11,17,24
147:9,14 149:5
153:10 154:5
154:12 155:7
156:4 157:4
**objections** 121:4
131:7,16
**objective** 59:5
**obstinate** 79:1
**obtain** 75:12,21
76:4
**obtuse** 129:4
**obverse** 94:18
**obviate** 80:25
81:2 89:16
92:24
**occasionally**
8:11 62:16
**occupational**
84:14 85:21
**occur** 72:1
**oclock** 134:10
**october** 43:16
98:18
**offer** 65:19
**offered** 72:14
**offering** 64:9
70:5,17
**offhand** 15:14
57:18 123:16
141:21
**office** 52:1 53:24
58:19,21 65:2
65:10,17
114:15 118:14
118:17 123:11
123:13 137:23
139:12,14
**officer** 159:21

**offshore** 154:3,7
**offtarget** 98:22
**oh** 12:23 29:11
57:15 74:2
77:20,23 82:7
82:18 96:21
112:10 118:14
126:4 134:17
136:23 147:15
155:12
**okay** 5:22 7:13
7:16 8:18 9:3
10:4,23 11:1
11:16,24 12:21
13:5 14:2
15:10 16:6,22
17:6,9,18
18:12,15 19:7
19:12,20,25
20:11 21:1,13
23:13 24:1,7
25:6 26:3 27:1
27:10 28:5
30:5,8,15,19
30:23 31:16,21
32:7,15,23
33:4,22 34:10
34:14,19,23
35:2,8,14,17
35:25 36:5,7
36:15,19,23
37:3,18,25
38:3,21,24
39:6,15,22,25
40:17,25 41:4
41:15,20 42:2
42:21 43:6,15
43:20 44:5,15
44:25 45:3,9
45:23 47:23
48:9,20,25
49:6,16 50:10
50:18 51:4
52:2,6,9,14,17
52:20 53:23

54:22 55:2,6
57:5,19 58:3,7
59:18,21 60:20
61:4 63:1,4,14
65:11 68:6
69:1,5 71:2,17
71:20 75:19
78:24 83:18
87:23 91:5
92:8 110:10,15
114:24 116:4
116:14,22
118:4 119:13
119:16 120:23
121:2,6,19
123:1,17,23
125:16 127:15
127:24 129:10
129:20 130:22
134:14,23,25
139:8 143:24
144:3,5,15
146:8 147:6
148:3,7,10
149:13 150:10
150:14,22
152:4,20 153:1
153:4,7,21
157:14,20
158:5
**old** 140:23 156:9
**older** 148:5
**oleary** 22:10,24
22:25 23:9
**olefins** 150:25
**omega3** 97:18
**omnipresent**
106:16
**onboard** 97:25
**once** 48:12 49:1
49:17 110:13
110:14,16
117:25 150:14
**oncology** 110:13
**onehour** 40:15

**onepage** 57:2
**ones** 42:19 59:12
**onestop** 117:15
**ongoing** 69:8
**open** 115:25
136:14
**opened** 68:7
69:12 103:14
**opening** 66:22
**operate** 16:18
**operated** 72:7
**operating** 66:10
125:22
**operation** 8:17
22:6,8 131:18
136:2 140:18
**operations**
21:15,21,24
83:9 135:21
**operative**
125:16
**opine** 18:8
**opinion** 61:5
63:16,17,20,23
66:20 71:21
72:1 73:5 77:4
84:12 88:23
93:7,12 101:21
102:19 103:1,7
104:12 105:12
105:14
**opinions** 64:9
65:20
**opioid** 22:19
112:15
**opportunity**
13:17 142:25
**opposed** 80:4
**optimism** 107:1
**optimistically**
73:21 102:5
110:3,5
**options** 131:20
**oral** 1:15 2:1
69:19 70:3

159:11,22
**order** 75:21
94:21 95:7
**orders** 37:14,14
100:19
**ordinary** 29:14
**orexin** 67:18
95:21
**organization**
84:21
**originating**
33:24
**orleans** 138:6
139:12
**outcome** 160:13
**outcomes** 28:25
29:7
**outdated** 148:24
**outflow** 80:6
**outpatient** 82:13
**outprocessing**
58:20
**outside** 21:1
46:12 156:2
**overarching**
11:11 51:24
**overcome** 77:25
**overlap** 62:1,8
104:18
**overreaching**
139:4
**overseas** 107:25
155:20,21,22
**oversight** 29:22
**owens** 152:21
**owner** 47:10
56:12 121:17
**oxford** 29:8

**P**

**p** 2:6 5:1 28:6
127:5,8 152:7
152:10 158:8,9
**pa** 26:11,23,24
98:25 99:8,16

100:6 117:10
**page** 4:2,9 17:16
  23:23 25:18
  33:19,20,25
  40:1 92:13
**pages** 17:22
  24:25 25:1,9
  25:25 27:1,2,4
  27:8 38:20
  116:8 145:12
  145:16
**paginated** 17:16
**paid** 130:21
**pain** 60:16 61:18
  93:13 95:7,13
  95:25 105:23
  105:24 106:10
  107:12,21
  108:15
**papaalpha**
  99:17
**paperwork**
  45:15 123:6
  130:12 140:23
  140:23
**paragraph**
  130:22
**parasympathe...**
  76:11
**parentheses**
  98:25
**parish** 7:1
**parishes** 6:22
**part** 13:18 18:10
  22:15 29:13
  59:23 69:8
  90:25 137:7
  155:5
**partial** 32:10
**participative**
  72:23
**particular** 18:18
  28:23 56:24
  114:23 118:18
  140:20

**parties** 160:11
**partner** 68:21
  78:8 94:21
**party** 160:2,8
**pass** 157:8
**path** 154:4
**pathway** 96:6
**patient** 9:16
  26:9,25 47:18
  48:16 50:3,11
  53:24 70:10
  72:23 73:11
  89:2 99:23
  117:6,7,15,24
  117:25 134:21
  150:6 154:25
**patients** 8:11,15
  11:24 12:21
  13:22 23:8,15
  23:18 37:1
  55:10 67:12
  71:7 74:8,12
  74:13 77:22,25
  78:4,11,22
  79:4,5,9,14
  80:3,18 82:5
  82:17 83:8,10
  83:13 88:14,15
  88:18,18,20
  89:1 96:19,23
  97:3 101:12
  109:15 111:19
  112:6,13,16,21
  113:7 114:3,8
  114:11 128:9
  134:11 135:6
  135:20 141:8
  141:23 142:3,8
  142:12 143:5
  143:10 154:10
  155:10,23
  156:1,10,18,25
**patin** 20:21,21
**patrick** 1:16 2:1
  4:4 5:5,18 40:1

159:12,20
**pay** 100:17
  120:18 130:21
**paying** 50:9
  100:8 137:25
**payment** 44:6
  44:11 50:3,13
  51:2,14 56:5
  100:10 137:24
  140:9,12,14
**payments** 49:24
  49:25 50:16
  51:6
**pays** 128:11
  130:1,7,14
  131:12
**pde5s** 68:19
  76:20
**pdf** 38:17
**pediatrics** 22:12
**pellets** 76:22
**pending** 97:25
  98:25 99:16
**penile** 62:4
  76:23 105:13
**penis** 64:12,25
  106:10,11
  107:2
**people** 81:10,11
  81:13 94:13
  108:4 119:10
  122:20,24
  140:18 156:21
**peoples** 117:14
**percent** 48:15
  57:14 83:1,2,6
  83:10,15,18
  96:24 97:4,4
  101:23,24
  105:9,20 110:4
  110:6 132:12
  136:4
**percentage**
  57:12 77:24
  78:14 79:14

82:20 88:15,18
  89:19 96:19
  112:6 113:4,7
  114:2,11
  136:19 143:9
  143:10 156:1
**perfect** 111:10
**period** 42:7
  114:4 130:20
  137:14
**permeated**
  104:4
**permission**
  133:4
**permit** 21:8
**perpetuating**
  67:3
**perry** 1:3 23:14
  23:14,17 24:13
  31:16 38:3,9
  41:1 42:4,23
  43:7,22 44:19
  45:1 47:21
  48:12,21 49:1
  49:7,11,17
  50:8,12,18
  53:25 54:10,14
  59:23 60:10
  64:11 69:6,24
  70:22 75:3,21
  77:5 86:4
  89:17,22 91:11
  92:20 95:1
  96:7 100:12
  101:6,14
  102:20 103:5,8
  108:11,14,22
  114:14 151:13
  159:3
**perrys** 9:10 24:7
  24:15,24 25:20
  26:1 29:13
  33:11 35:17
  45:25 63:18
  64:19 65:4,16

66:3,20 84:11
  93:8,12 115:4
  136:9 142:17
**persist** 78:7
**persistent** 92:15
**person** 8:21
  22:23 34:15
  41:4,6 42:13
  43:3,3 44:22
  44:24 52:6
  95:23 113:2
  125:1 128:22
  140:13
**personally** 43:21
  50:13 121:8,10
  138:11
**persons** 70:13
**persuasive**
  70:13
**pessimistic**
  93:23
**petrochemical**
  151:6
**ph** 7:6
**pharmaceutical**
  7:11 14:3
  15:10 17:1
  18:1 19:8
  155:18
**pharmaceutic...**
  14:12 15:6,8
  16:22 18:12
**pharmacies**
  117:8
**pharmacother...**
  94:14,17,18
**pharmacy** 27:6
  47:17 98:15
  99:3,4,4 117:2
  117:3,9
**phase** 103:19
  112:19
**phone** 41:5 47:6
  49:6 63:2
  64:21 117:23

PATRICK HAYES, MD - 1/9/2025

Page 181

118:20,22
121:16,17
133:20,21
photocopy 58:22
physical 21:11
24:15 28:25
29:7 51:25
61:5 63:19
71:22,23 77:3
77:5 93:13,14
106:3,4,7
110:18
physically 6:3,4
6:5 8:16 64:18
65:4 76:4,14
123:5
physician 5:20
physicians
21:16 53:11
pick 97:23
piece 92:24
pieces 59:4,5
pill 74:6,7,11
place 29:20
37:13,14 41:5
100:19 122:20
156:20
plaintiff 1:4 3:3
144:7 145:5,6
146:23 148:17
159:4
plaintiffs 144:17
146:15 147:7
147:12 148:11
149:4,9 150:17
154:2
plan 29:17 41:2
59:7 96:12
plant 109:18
plaquemine
147:17
plastic 65:24
plateau 111:6
platform 156:25
please 5:16 14:5

20:10 27:11,21
52:21
plenty 120:17
pllc 3:10
plus 54:7 57:2,7
60:18 109:3
110:24 112:3
pm 94:12
point 7:8 11:22
38:2 43:4
48:17 62:10
67:3 69:21
70:6 71:20
73:1 74:14
79:4 83:6
85:15,23 91:24
101:4,16
103:18 105:1
112:9 114:18
119:5 120:5
124:11,13
138:22 141:14
156:10 157:1
policy 136:22
137:6,8
polk 13:8 107:18
poorly 91:11
pop 18:18
popping 62:16
population 89:2
113:9 122:4
populations
89:9 103:3
portion 6:14
43:2
possible 129:7
139:16,24
post 80:3 99:20
123:10
postburn 60:16
105:23,24
107:12,21
108:14
posted 50:25
posttraumatic

60:12 79:25
potent 62:7
95:14
potential 131:20
potentially
87:18
powerful 74:11
practicably
136:10 139:22
practice 6:3,8,9
6:11 11:11
21:18 22:18
42:9,11,22
48:5 51:24
57:24 80:9
119:8 136:23
139:2
practices 25:18
practitioner 7:1
7:4 11:20
20:15,18,22
42:1 52:23
53:3,8 56:15
practitioners
8:13 11:18
53:11
preclude 83:24
precludes 84:13
86:11
predominantly
95:18
prefer 116:7
pregnancy
69:20
preoccupied
72:9
preparation
18:23 75:1
137:3
prepare 59:17
81:19
prepared 77:13
preparing
151:11
preponderant

146:7
prescribe 95:1
prescribed
95:10,15 99:22
109:6,9 135:21
prescribing
76:19,20,21
94:25
prescription
26:8,10 97:17
116:25
prescriptions
27:6 53:18
116:24 117:1
presence 92:5
present 3:14
19:4 21:17
86:22 102:8,17
109:2 131:10
135:25
presentations
12:6 19:21
presented 14:25
47:5 155:21
presenting 7:12
14:24
preserved 58:24
press 28:18 29:8
presumably
127:23 128:6
133:2,11
presume 123:6
pretty 16:8 32:7
67:13 124:9
144:1
preventive 6:1
previously 4:21
39:23 82:6
primacy 94:19
101:2
primarily 51:23
primary 31:2
80:2
print 30:2
printed 30:3

59:8
printouts 27:7
116:25
prior 24:18 26:4
26:8 30:6
42:12,21 99:18
99:20 115:18
prison 6:24
prisons 12:4
privacy 25:18
private 21:18
37:9 55:9,20
97:2
probably 19:23
34:12 37:5
38:2,14 41:9
41:10,14 42:6
73:16,17 79:3
83:15 87:16
95:10 97:3
113:17,25
114:8 121:22
130:20 132:3
133:22 134:12
135:22 148:5
156:10
problem 26:19
62:5 70:17
73:17,17 110:2
problems 16:15
64:7 66:23
68:25 90:20
91:21 92:19
94:21,22
102:11,13
procedure 2:10
proceed 87:9
proceeding
160:12
process 42:10
80:6 99:1,8,16
138:14
processing 81:1
82:1
produce 45:10

45:12 117:13
**produced** 2:2
  24:20 117:18
**product** 18:6
**productive**
  83:24 86:11
**professional** 7:2
  8:6,25 11:8
  20:2,24 53:6
  53:10
**prognosis** 45:21
**prognostic**
  29:19 91:3
**promote** 96:25
  97:23
**promoting**
  14:20
**promotion**
  97:21
**promotions** 18:5
**proof** 9:19
**proofreading**
  59:9
**proportion** 97:3
**proprietary**
  40:22
**protected**
  136:17 154:13
**provide** 8:10,14
  55:15 89:20
  99:15 128:9,10
  133:19
**provided** 46:18
  54:4 59:8
  130:13
**provider** 36:19
  37:12 41:25
  42:16,19,22
  43:5 56:17,25
  59:8,10,16
  81:8 92:23
  127:18 130:24
**providers** 13:10
  14:11 19:2
  20:8,24 21:4,9

26:20 42:19
53:13 59:12
88:25 90:3
155:14,17,20
**provides** 6:15
  22:13
**provisions** 2:10
**psych** 57:17
  61:14
**psyche** 74:15
  104:4 105:6
**psychiatric**
  20:15,18 25:4
  52:22 54:6
  56:21 57:7,13
  65:10,16 71:4
  76:18 79:3
  90:22 106:2,5
  106:6 108:2
**psychiatrist**
  5:22,23 7:4
  64:20 65:1
  82:8,9
**psychiatrists**
  61:9
**psychiatry** 5:24
  22:12,13 96:22
**psycho** 108:2
**psychoeducati...**
  71:12
**psychoeducati...**
  53:21
**psychological**
  24:20 27:19
  28:2 61:6,19
  62:8 63:24
  66:19 68:12,20
  71:4,11,23
  73:3,17,20
  80:22 86:19
  93:15 101:17
  102:12 107:9
  108:1
**psychologically**
  71:17 74:1,22

76:15 77:7,11
  105:18
**psychologists**
  81:4 88:24
**psychoneurotic**
  61:11
**psychosocial**
  28:24 29:7
**psychotherap...**
  155:14
**psychotherap...**
  76:24
**psychotherapy**
  31:9 70:12
  71:11,18 80:1
  80:10,11 94:8
  94:19,24 101:3
  109:1,25,25
  110:25 111:21
  112:7 114:16
**psychotic**
  122:13
**ptsd** 67:8 79:21
  79:22 80:2,12
  80:16,25 81:5
  81:12,14,17,22
  82:6,15,17,21
  83:2,3,6,11,24
  84:6,7,7,13
  85:17 86:11
  88:7,16 89:1
  89:12 90:9,11
  90:18,20 91:6
  91:8,10,12,16
  91:17,17,18,23
  92:2,2,10,11
  92:21,21 94:16
  95:13 107:11
  107:15 108:11
  110:12,17
**ptsds** 82:22
**public** 6:19
  55:19
**publication**
  28:15

**publications**
  80:24
**publish** 81:5
**published** 27:14
  27:25 28:6,12
  28:20,22
**pull** 38:6 81:19
  82:2
**pulled** 17:14
  24:10 29:15
  30:22 31:4,13
  50:19 74:2
  82:3
**puppy** 85:7
  107:4
**purchase** 4:13
  109:13,20
  125:10 127:10
**purchasing**
  157:23
**purpose** 45:9
**purposes** 30:1
  40:22 53:2
**pursuant** 2:9
**pursuing** 10:21
  11:7
**pushed** 99:4
**put** 122:19
  139:25
**puts** 85:12
**putting** 115:20

**Q**

**qtc** 145:1
**qualification**
  151:11
**qualify** 119:14
**qualitative**
  28:11
**quality** 77:2
**quantified** 78:10
  78:16 83:11
**quantify** 79:8
**quantifying**
  78:23

**quarterly** 110:8
**question** 52:7
  57:19 60:2
  61:7 66:16
  71:14 74:19
  78:19,24 88:9
  104:25 122:23
  140:6,9 142:10
**questions** 19:5
  99:6 126:15,19
  138:23 143:4
  157:16
**quick** 87:19
**quicker** 89:14
**quickly** 116:11
**quite** 25:7 31:15
  77:19 82:23
  83:5 84:8
  101:13,16
  103:17 104:3,5
  105:3 107:24
  122:9,10
  123:11 145:9

**R**

**r** 5:1
**r52** 60:18
**radio** 62:23
**ran** 82:10,12,13
**range** 20:15,22
  95:17
**rate** 48:16 52:18
  53:7 56:20
**rational** 95:24
**rationale** 61:19
**rationales**
  156:12
**ratios** 103:4
**raw** 89:19
**reached** 141:11
**reaching** 66:12
  86:16
**read** 26:4 38:15
  43:10 127:13
  129:24 148:17

149:15 152:16
152:17 153:5,6
**readily** 109:17
156:15
**reading** 158:1
**readjust** 71:16
**ready** 87:9
**real** 85:1
**reality** 64:2 81:6
81:10
**really** 32:7 43:9
46:8 47:1
51:11,17 59:13
62:14 64:1
78:17 98:19
112:22 113:13
118:6 120:3,5
120:17 128:7
149:15 151:12
154:15 157:13
**realm** 65:24
**reason** 18:4
51:10 64:25
74:5 78:17
144:24 145:3
**reasonable**
101:5,22
102:19 103:7
104:12 135:16
**reasons** 160:5
**reassessing** 73:8
**recall** 76:17
124:20,23
128:18 129:5,8
154:1,9
**receipt** 160:4
**receivables** 4:13
125:10 127:10
**receive** 81:12,14
98:8
**received** 24:21
45:25 98:15
**receptor** 16:14
67:18 95:21
**recess** 33:7 87:5

88:2 127:6
152:8
**recipe** 77:17
**recognize** 38:21
118:9 125:13
149:25 150:8
150:10,13
**recollection**
129:11
**recommendati...**
90:23
**recommending**
114:14
**record** 2:11 5:4
5:17 32:19
33:3,5,8 87:3,6
87:24,25 88:3
126:21,25
127:3,7 136:21
137:3,6 152:5
152:6,9 158:8
159:22
**recorded** 9:11
**records** 9:12
24:12,19,19,25
25:1 39:18
62:10 64:22
65:8 66:6
96:12 117:3,14
117:15,20,21
135:13 136:1,5
136:6,18,22
137:24 138:22
139:15,25
140:10,12,16
145:12
**recovery** 110:4
112:15
**reduce** 94:22
95:6
**refer** 141:7,23
142:3,12
**reference**
132:22
**referenced**

102:3 132:20
**referencing**
151:16
**referral** 25:21
31:21 33:11
34:5,13 36:12
47:4 116:1,16
134:19,25
**referrals** 68:18
132:8 136:8
141:15 152:3
**referred** 31:17
113:10 135:7
142:8 143:11
146:22
**referring** 21:24
34:6 36:13
98:4
**refers** 37:1
134:21
**refill** 26:8,10
47:14,15,18,20
117:6,10
**refills** 47:16
53:18
**reflect** 140:13
**reflected** 46:4
49:25 51:6
149:4
**refractory** 79:7
89:11 91:22
102:9
**regard** 15:22
**regarding** 88:6
**regards** 17:10
**regimen** 49:12
91:25 111:3
**region** 60:17
105:25
**regional** 82:14
156:16,21
**regular** 12:5,7
121:22 151:19
**reho** 2:6 159:17
160:20

**reimbursement**
55:17 130:23
131:2
**reincarcerated**
15:4
**reincorporated**
120:19
**relate** 16:20
119:19
**related** 60:16
61:25 63:21
74:21 77:9,9
92:2 105:24
139:2,4 160:10
**relates** 153:22
**relating** 154:3
**relational** 68:22
94:21
**relationship**
74:15 132:13
141:1 146:9,12
151:10
**relationships**
100:22 136:3
**relax** 94:20
**relaxed** 76:13
**release** 133:3
**releases** 26:17
**relevance** 90:13
106:5,6
**relevant** 90:24
110:18 139:6
**reliability** 84:17
**reliable** 85:24
**reluctant** 71:6
**rely** 128:7
140:18
**remain** 96:7
101:7 102:2
**remainder**
103:9 104:14
**remained** 52:18
104:5
**remains** 73:23
114:19

**remediation**
10:14,20 11:15
**remember**
123:16
**remind** 52:20,24
53:4 134:22
**remission** 80:3
83:16 89:4,5
89:18
**remitted** 83:12
84:7,7 110:12
112:20,22
**remotely** 1:19
159:14
**reorganized**
119:21
**repeat** 41:12
**report** 9:10,17
9:24 25:25
29:16 44:16
45:7,10,11,12
45:13,19 46:1
46:17,21 47:22
47:24 54:15,17
54:19 57:2
58:9,11 92:7
92:13 114:25
116:3,19
145:14
**reported** 1:19
2:7 159:14
**reporter** 2:8
32:18,24 33:4
62:21 121:3
157:22,25
158:3,5 159:18
**reporters** 4:6
159:10
**reports** 8:7 9:7
64:14 132:7
**repository** 136:8
**represent** 5:12
5:14 40:13
**represented**
147:12 151:14

**representing** 38:20
**reprocessing** 9:2
**request** 26:10 45:25 47:24 54:14 55:17 117:10,10 138:25
**requested** 22:3 46:10 54:4,19 128:10 160:1,7
**requester** 144:14 148:8
**requests** 26:9,17 26:18 48:6 117:6,7 139:5
**require** 80:16 102:20 103:5
**requires** 53:17 75:22
**requisite** 130:12
**rescare** 7:6
**reserve** 157:15 157:16,19
**reserving** 157:18
**resolution** 73:25 74:21 88:7,12
**resolve** 73:20 78:20 80:12 82:21 88:16
**resolved** 78:15 78:25 81:17,23 91:13,13
**respect** 19:21
**respond** 70:10
**responded** 35:14 103:15 153:15
**responders** 61:13 89:10
**responding** 138:11,18
**responds** 70:10
**response** 22:19 69:11 70:11

74:23 88:11 101:18 113:23 138:23
**responsible** 50:15 140:20
**rest** 78:8 96:17 97:8 101:7,19 102:22 112:4
**rested** 90:2
**restricted** 85:16 86:4,19
**restrictions** 86:7 86:14,15
**results** 9:21,23 132:7
**retain** 137:9,24
**retention** 113:19 136:2,18,21 137:6
**returned** 160:3 160:4
**revealed** 66:7
**revenue** 139:17
**review** 66:6 126:13
**reviewed** 64:14 114:24
**revision** 59:15
**rey** 3:9 5:12
**rflores** 3:12
**rig** 154:3
**right** 7:18 10:5 11:2 14:3 15:15,16 21:22 23:13,15 25:22 31:16,18 32:1 33:1,10,14 34:14,14 35:4 35:10,15 36:5 36:17,21 38:6 38:12 41:15,24 42:24 48:9,13

48:22 49:1 52:3,9,12,18 57:10 59:21 61:3 63:15,25 65:3 66:14 70:16,21,23 79:13 87:8 88:5 89:21 93:3 105:22 111:20,22,24 115:10,13,15 115:18 122:8 122:19,21 125:9 126:5,20 126:24 127:9 128:16 132:21 134:10,11,12 140:10 141:4 143:21 145:20 147:23 148:8 148:18,22 149:4,18,20,21 150:1 152:4,14 152:23 157:8 157:15,17,25 158:5
**ripped** 136:14
**risk** 53:13,14
**risky** 86:18
**risperidone** 18:21
**road** 41:9
**roche** 10:2,2
**roi** 26:16
**role** 65:9 68:1 92:18
**roles** 93:16,19
**roll** 61:14
**room** 152:1
**rotate** 8:11 10:5 10:23
**rotated** 8:16
**rotates** 11:12,17 20:5
**rotating** 11:21

**rougeau** 39:15 39:16,17 138:3 138:22
**rough** 79:9,20 156:9
**roughly** 101:15 130:9,21
**royal** 27:14 28:1
**rpr** 2:7 159:17 160:20
**ruin** 68:24
**rule** 144:2,22 145:21 147:4 148:6,21
**rules** 2:10
**rumination** 94:2
**run** 134:12
**running** 112:11
**runs** 80:22
**ryder** 112:17

**S**

**s** 5:1
**sad** 107:7
**sailors** 154:6
**salient** 59:3
**salt** 148:25
**salvos** 47:17
**san** 17:8
**sat** 16:12 61:23 78:10 114:10 146:5
**satisfying** 78:1
**savant** 29:17 41:3 48:22 115:3 152:18 153:8,19
**savants** 151:16
**saw** 42:23 134:18 143:5 148:15 151:16
**saying** 43:11 62:17 65:13 86:16 98:14 99:16 153:15

**says** 34:15 36:15 36:19,22 40:7 50:11 77:6 117:22 133:3 144:14 147:4 148:17 149:12 149:12 150:19 152:17 153:13
**scale** 84:21 127:13
**scan** 58:21 87:11
**schedule** 12:1,8 12:14 37:15 40:24 54:3,13 54:21 57:16,24 122:8 133:13
**schedules** 12:1 47:7
**scheduling** 35:3 35:22 37:16
**schizophrenia...** 14:8
**schizophrenic** 16:7
**school** 114:10
**schulze** 138:5,5 139:3,9 140:19 141:12
**scout** 27:16
**scratch** 150:23
**screen** 32:2,8,9 32:24 33:16 36:8 38:13 115:21 125:10 126:5 127:12 143:22 147:24 152:15
**script** 98:15
**scripts** 26:21
**scroll** 33:20 44:3 44:14 127:15 152:20
**scrotal** 95:6
**scrotum** 64:13 85:10 93:21

106:18
**search** 135:24
**season** 72:9
  84:25
**second** 8:21
  12:10,16,17,18
  16:23 25:18
  28:6 86:4
  92:24 94:21,24
  95:7 111:24
  113:12 144:4
  153:4
**secondary** 28:7
  95:11 101:3
  109:7
**seconddegree**
  64:11
**section** 17:23
  24:17,19,19
  25:6,10,15
  26:5,7 27:1
  59:4,5 115:17
  115:18,21
  116:5,20
  130:23 131:3
  131:13 132:20
**sections** 7:3
**sector** 13:14
**sedative** 95:11
  95:14 109:6
**see** 11:24 12:21
  21:10 29:21
  30:7,10,12,13
  30:13 31:12
  32:2,8,17
  33:15,18,20,22
  33:25 34:17
  35:6,16 36:7
  38:7,12,14,18
  39:1,25 40:2,5
  40:8,11 42:14
  44:5 45:13
  47:1,3,15
  49:13 52:17
  57:7 69:12

70:9 71:14
80:13 94:11
98:3,20,24
99:12 102:13
112:23 113:21
115:22 116:4
117:2 118:3
119:25 122:14
123:8 125:9
127:10,14
130:24 132:21
132:22 134:23
143:21 145:5
147:23,25
148:1 149:13
149:19,24
151:1 152:14
152:20 155:11
156:2,19
**seeing** 26:21,22
  26:23 42:18
  49:21 70:16,19
  72:4 111:1
  113:8 154:1,10
**seemingly**
  106:10 145:15
**seen** 49:20 55:10
  57:3 60:25
  64:21 73:23
  74:12,13,16
  78:3,4,6,9 79:4
  96:10 103:15
  114:8 124:23
  153:1
**sees** 10:12 13:21
  31:8,9
**select** 22:19
**selected** 50:6
**self** 68:23
**send** 126:8,10,12
  126:21
**sends** 128:9
**sense** 42:17 62:2
  68:23 77:10
  132:13 156:24

**sensitive** 106:13
**sent** 15:12 26:18
  35:8,13 38:3
  108:4 143:7
  154:24
**september** 38:24
  43:6,11,12
  44:10 52:11
  57:5,19 107:14
  108:12 127:25
  129:1
**sequelae** 60:17
  106:1
**series** 25:23
**service** 20:7
  36:25 42:16
  55:12 82:13
  107:14,18
  131:19,19,25
  132:2
**serviced** 157:2
**serviceman**
  28:11
**services** 1:6 6:16
  6:19 7:2 8:10
  8:15 22:5
  40:23 128:10
  128:11 159:6
**serving** 53:2
**session** 70:22,25
**sessions** 80:11
  81:1,4,18,23
**set** 12:10 13:2
  21:18 48:7
  122:3
**setting** 47:7
**settings** 32:13
**settle** 145:15
**seven** 39:20 83:1
  83:2 122:11
  124:13 136:25
  137:1
**severe** 84:4
**sex** 64:4 67:20
  69:19 70:4,8

77:13
**sexual** 61:9,11
  64:7 68:13
  69:3 72:24
  74:4 75:13
  76:12,23 77:8
  78:2,7,11
  79:11 94:22
**sexually** 62:7
  67:25
**shah** 28:25 29:1
  29:2 30:19
**shame** 68:21
**shaping** 29:19
**sheet** 44:12
**shell** 113:17
**shelly** 41:6,7
  115:3
**shelves** 94:13
**sheriffs** 6:24
  15:1
**shes** 8:4,5,25 9:1
  10:8 11:7,10
  11:14 13:11,23
  20:19,21 21:19
  22:11,11,17
  39:11,17,18,20
  51:23,24 52:22
  52:25 53:6
  107:19 113:14
  113:15,16
  119:15 138:22
**shifting** 103:4
**shop** 117:15
**short** 33:7 87:5
  88:2 127:6
  152:8
**shorthand** 2:8
  76:12 159:18
**shot** 32:20
**show** 42:3 85:24
  112:11 116:9
  141:5 145:15
  145:17
**showed** 64:20

117:4 124:21
125:15
**showing** 44:12
  50:24,25 126:8
  133:25
**shows** 150:22
**shut** 96:1
**sick** 103:22
  104:2,3,5
  122:12
**sicker** 89:11,13
  103:23,25
**side** 23:23 25:22
  26:25 67:8,9
  68:20,24 98:22
  142:20 145:6
  148:18 149:9
  149:11 155:14
**sign** 59:16 118:7
  125:2 128:22
  134:14 153:8
  153:18
**signal** 113:21
**signature**
  127:17 159:24
**signatures**
  127:17
**signed** 124:16
  124:23 127:20
  128:14,23
  129:6,18
  153:16,23
  154:23
**significant** 62:1
  64:7 67:6,16
  86:21 103:17
  130:16 144:25
**signing** 135:8
  141:18
**silent** 62:18
**similar** 47:20
  76:15 83:5
  89:2 96:16
  97:3 103:2,6
  116:3 122:16

simms 13:11
simply 56:21
  66:16 73:16
  91:10 92:24
  104:15 131:22
single 37:7
  40:24 54:3
  56:13
sir 5:15 6:10
  7:15,19 8:20
  10:6,25 11:3
  12:14 14:4,6
  15:20 17:2,25
  18:14 19:11
  21:23 23:3,16
  27:12 30:21
  31:19 33:13
  34:7,9 35:6,16
  36:9,22 39:8
  39:24 41:23
  44:18,21 45:8
  46:25 48:8
  49:2 52:8,13
  52:19 54:1,11
  55:23 56:1,6
  57:9 58:6
  59:20 60:1,22
  65:21 68:9
  69:7 71:19,25
  76:2 77:20
  79:1,23 83:20
  87:10,13 90:9
  90:19 91:7
  93:18 95:2
  96:18 99:18
  100:2 101:25
  106:4 108:24
  111:23 112:5
  114:7 115:1,14
  115:19 119:12
  121:1 123:19
  124:1 125:4,12
  127:23 128:2
  130:25 131:17
  134:11,22,24

138:13 139:22
  140:4,11,15
  141:4 143:22
  143:23 144:11
  144:13 145:20
  147:24 148:9
  149:19,24
  150:13 151:2
  152:24 153:3
  153:25 157:5
sit 9:15 66:25
  78:17 79:13
  86:9 114:1
  142:18
site 6:15 156:12
sittig 35:9,12
  152:23
sitting 70:25
  78:23
situation 91:10
six 30:25 31:11
  72:3 73:4
  82:25 83:2
  110:6,7,20,23
  111:3,5,12,25
  124:13
skill 48:7 122:3
skin 64:24
skipping 116:10
slash 60:18
sleep 19:18 80:7
  89:25 90:1,10
  90:20,21,22
  91:21 92:19
  93:25 94:11,14
  95:8,17,22
  96:2,5 97:1,5
  97:21,23 98:15
  102:7,11
  106:18
sleeping 64:3
  91:11 113:24
sleight 99:21
slightly 111:1
small 78:5 105:3

132:2 144:1
  147:25 156:21
snapshot 59:13
snri 95:3
soap 59:2
social 8:4,18
soldiers 61:13
sole 56:7
solis 3:15
solutions 14:1
  70:18,19
  119:17 120:24
  134:15
solve 138:25
somatic 71:9
somebody 18:25
  21:8 22:3
  38:25 45:10,18
  46:15,16 47:2
  47:13,23 48:6
  54:19 62:22
  87:14 102:7
  122:5,12,17
  124:21 125:15
  154:22,25
somebodys
  122:7
soon 140:22
sore 107:5
sorry 8:12 16:25
  31:5 32:4 34:8
  41:11 52:25
  63:3 119:13,14
  130:4
sort 25:14 27:15
  29:18 31:2
  56:16,17,17
  73:5 78:23
  93:14 100:8
  107:25 108:22
  110:13 118:12
  137:13 142:22
  148:7
sorts 26:19
  53:22 69:19

103:5
sought 155:17
sound 62:20
sounds 91:12
  115:13
sour 98:22 128:8
southern 1:1 7:6
  82:10 159:1
space 76:9
spain 155:24
span 83:5 110:8
speak 14:12
  15:6,8,21 17:9
  19:2,21 99:19
  121:19,22
  122:24
speaker 14:10
  18:5,13,16
  19:3,8,14
  62:16 63:8
speaking 12:6
  25:14 131:6
specialist 10:22
specific 84:14
  93:11
specifically 70:2
  77:2
spectrum 59:18
  80:23 135:20
spectrums 78:4
speculate 154:14
  154:17
spell 15:24 17:3
  17:12 27:21
  98:10
spelled 10:16
  28:9
spelling 17:21
spend 17:20
  142:18 143:3
spending 77:1
  131:23
spin 85:12
spirit 140:5,8
splashed 93:2

spoil 68:24
spoke 19:24
  42:4,23 43:7
  43:21 115:9
spoken 49:6,17
  66:1,17 115:2
  121:15,16,17
  121:18
spot 113:23
spreadsheet
  147:23 148:4
spreadsheets
  4:15,16
squibb 14:7
  15:20
ssris 67:8
stacey 39:15
  138:22
staff 7:25 8:8
  11:1 19:25
  20:3,9 22:7
  34:20 35:22
  36:1 39:8,11
  39:17 45:12,16
  45:24 46:20
  47:8,19,20
  48:8 58:19,21
  59:17 87:11
  118:7,15,17
  130:17 131:22
  148:21
staffing 22:1
  23:4,5,7 103:4
stand 119:16
standalone 93:1
  125:23
standard 80:9
  101:24,25
  105:10,21
standing 89:12
standpoint
  119:23 120:21
  143:2
stands 99:18
  120:24

**start** 85:11 88:20 98:25 142:24
**started** 13:14 72:4 95:15 107:17 108:1 112:13,16
**starts** 107:5
**state** 2:7 5:16 6:17 12:5 21:19 22:20 23:8 96:22 122:18 156:2 159:18
**stated** 2:10 117:24
**states** 1:1 8:14 21:5 144:6 155:11,13,15 159:1
**station** 23:11
**stationed** 13:8
**status** 80:3
**stay** 89:11 122:10 126:25
**stayed** 13:15 114:11
**step** 53:9 111:4
**steps** 85:2 151:20
**sterile** 70:6
**stew** 66:25
**sticking** 69:21
**stiction** 74:14
**stigmatizing** 71:8
**stimulating** 95:4
**stimulation** 70:3
**sting** 94:23
**stolier** 138:5
**stood** 119:18
**stop** 56:2 113:7 114:3 156:23
**stopping** 112:9
**storage** 136:17

**store** 136:7
**storms** 136:13 154:8
**straight** 57:16
**streamline** 102:6,14
**street** 3:10 6:6
**stress** 60:12 79:25 80:5 84:5
**stressed** 64:3
**stretch** 157:12
**strict** 67:8 89:19
**strictly** 73:1 103:12
**strongly** 109:6
**structure** 56:9 120:20
**struggle** 94:14
**struggling** 91:23 105:8
**studies** 73:25 114:22
**study** 28:11 82:25
**stuff** 29:24 60:2 68:22 72:24 78:18,23 80:13 85:14 94:12 100:10 106:19 107:4 108:5 117:1,2 120:18 121:24 137:3 140:21 151:22 151:22
**style** 42:12 54:19 150:5
**subject** 149:7
**subjective** 59:4
**submission** 130:15
**submitted** 42:13
**subpoena** 138:11
**subpoenas**

138:18 139:4
**subpoenatype** 140:21
**subscribed** 160:15
**subspecialty** 5:25
**substance** 6:20
**subsyndromic** 83:3
**successfully** 62:7
**suddenly** 64:4
**suffered** 80:21
**sufficient** 94:10
**sufficiently** 90:2
**suggest** 72:13 100:9
**suggests** 83:4
**suhaib** 28:25 29:1,3
**suicidal** 122:12
**suite** 3:10 7:23 160:22
**sullivan** 138:5
**sulphur** 122:17
**summarizes** 58:12
**summary** 38:8 41:17 43:25 48:10 49:1,25 51:7 58:11 105:16 152:18 153:8,16,18,22
**superbill** 55:15 55:15
**supervise** 148:22
**supervisors** 84:19
**supplement** 97:19
**supplemental** 105:4,6 107:3
**support** 20:9

27:3 53:17 94:17
**supporting** 57:2 130:12
**supportive** 108:25
**suppose** 42:24 45:24 83:23
**supposed** 118:7
**supposition** 104:6
**suppress** 80:6,7 80:8
**suppression** 15:3
**sure** 9:9 25:7,12 31:15,22 32:16 47:18 50:10 51:17,21 62:19 74:2 75:20 82:7,18 86:25 89:23 91:2,12 110:9 115:23 116:12,17,18 121:13 122:2 123:11 137:7 140:7 141:13 146:7 147:10 149:1 150:21
**surgeons** 105:14
**surgery** 65:24 105:13
**surgical** 61:22 71:10 73:1,16 74:9 105:10
**surgically** 105:17
**surgicalmedical** 103:13
**surprise** 15:14 128:19
**suspect** 105:19
**sustained** 84:17
**suvorexant** 95:20 102:22

102:23 109:9
**sweet** 113:23
**switch** 95:22
**sworn** 2:3 5:6 159:21 160:15
**sydney** 119:6
**sympathetic** 76:11
**symptom** 66:4 72:2 93:14 106:3
**symptoms** 30:25 31:10 68:12 80:4,18 81:1,3 88:7,14 107:9
**synonym** 83:23
**system** 18:24 43:2 76:11 137:9,12

**T**

**t21** 60:19
**tailored** 26:15 49:12
**take** 9:20,23 15:17 41:5 47:14 62:2 65:1,16 68:1 86:24,25 87:19 96:19,24 97:6 98:21 109:14 109:20 135:22
**taken** 2:3 145:8 160:12
**takes** 75:15 94:18 101:2
**talk** 9:9 12:3 49:23 52:10 69:16 94:16 134:4 137:18 151:17
**talked** 62:10 70:3 72:16 87:12
**talking** 33:11

56:9 59:22
62:22 63:2,8
67:21 71:17
76:17 77:2
142:14 151:4
151:12
**tallied** 150:20
**tally** 24:11
**tap** 47:6 143:3
**tardive** 14:14
16:16,17
**task** 118:12
**tasked** 19:1
**tasks** 58:13
59:19
**tc** 6:14 7:23
**tcas** 67:15
**team** 31:2 49:7
49:10 62:10
66:3,11,23
68:16 77:1
91:2 95:9
101:14 155:4
**teams** 49:7
155:18
**technical** 8:6 9:4
9:17,25 22:20
56:23 59:1,11
59:15
**teenytiny** 32:5
**teleconference**
41:5
**telemed** 111:18
113:16
**telemedicine**
111:16
**telephonic** 41:14
**telephonically**
99:14
**telepsych** 34:16
34:16
**tell** 29:12 35:23
47:9 79:14
81:6 83:12
85:1 101:10

104:15 105:8
105:20 114:2
135:6 151:24
**tells** 154:22,25
**temperature**
106:13
**tend** 89:9
**tends** 10:18
**term** 89:13 97:7
97:8 113:25
**terminal** 98:24
**terms** 19:13
41:19 47:13
67:4,19 71:6
91:24 129:21
**terrible** 9:20
**terribly** 124:22
**testified** 5:6
150:1
**testifying** 144:7
147:6,12
**testimony** 63:11
144:16,23
145:21 147:5
149:10 159:23
**testing** 9:13,21
24:20 54:18
132:6,6
**tests** 9:22,22
**teva** 15:6 18:12
**texas** 1:1 2:7,8
3:5,11 7:7 8:10
8:10,15 10:25
11:12 21:2,3
21:12 159:1,18
160:22
**text** 18:17
**thank** 127:4
**thats** 7:15,19,20
7:21 8:20 10:6
10:8 11:3
12:14,20 14:17
14:19 15:9,23
16:21,25 17:2
17:6,25 20:24

21:6,23 22:3,5
22:8 23:4 26:1
26:7,9,12 29:7
30:21 31:2
33:23 34:4,12
34:22 35:6,13
35:16,20 36:14
36:22 38:5
40:14,17 41:21
41:25 42:14,18
42:19 43:1
44:7 46:1,3,18
47:4,22 48:3,3
48:5 49:2,4,19
49:19 50:5
51:16 52:16
54:20,25 57:11
58:6 59:18
60:22 62:18
64:1 65:6
68:19 69:7,13
69:19,20,20
76:1,5,6 77:9
85:14 86:14
95:3,22,22
96:18,21 97:19
100:4,6,9,9,10
100:13 101:21
101:23 102:7
105:17 109:4
111:14 117:22
118:6 120:15
121:1 122:12
122:12 124:22
124:24 125:22
126:22 127:1
129:17 132:20
136:20 137:7
138:4 139:22
140:5 141:19
142:22 144:22
145:6 146:5,6
148:5,16,18
149:11,12,16
149:24 150:5

150:19,21
151:24 152:2
152:24 153:17
158:5
**theaters** 18:6
**therapeutic**
66:24 68:8
73:10 107:1
**therapeutics**
21:25 22:10
23:2
**therapies** 82:1
**therapist** 13:12
20:17 53:1
112:14
**therapists** 8:9
10:4,23
**therapy** 6:15 9:2
10:12,13 11:15
25:4 53:22
69:9 81:2,17
81:22 82:2
94:16 108:23
111:11 112:8
**therefor** 160:6
**theres** 10:2 14:8
18:18 25:16,19
25:21,22 26:16
27:12 28:7,21
38:24 40:10,10
41:20 42:6
45:6,15 50:7
53:16 60:1,13
61:10 62:1,17
69:18 70:15,15
73:1,2 74:5,5
75:9 76:8,9
78:16,17 83:3
100:7 103:10
113:4 118:1
124:20 129:9
132:19 136:8
136:18 144:21
148:22 152:21
**thermal** 108:2,7

**theyre** 15:5 17:8
27:14 36:25
55:16 59:12
66:10,10 70:14
70:14 78:6
118:7 119:23
121:5 123:9
145:17
**theyve** 99:23
112:18
**thing** 31:23
33:21 61:14
65:14 75:14
86:20 91:22
117:13 146:25
**things** 26:20
53:22 66:5
67:24 68:5
69:19 70:7
72:12,15 85:4
86:15 89:16
94:4,20 97:14
97:22 102:7,17
103:5 106:25
111:14 132:10
132:11,11,15
**think** 11:19
15:11,12,15
24:25 26:6
27:16 28:16,18
31:7 32:12
35:25 41:18
44:2,2 49:3
54:22 57:23
62:12,18 66:9
68:6 74:19
79:19 85:3,17
85:18,18,20,23
88:8 91:5
92:10 95:24
104:24 111:21
115:9 116:8
117:20 118:24
122:7,8,23
123:6 124:9,20

131:9 133:22
134:4,7 146:25
147:15 148:16
157:5
**thinking** 62:5
**third** 12:11,17
12:18 112:1,2
**thirdperson**
70:6
**thompson**
150:25
**thought** 92:8
105:13
**thoughts** 60:4
**thousand** 28:22
**thousands** 77:23
101:11
**thread** 153:22
**three** 7:3 8:12
24:8 27:10
47:17 57:23
59:4,5 87:21
95:20 97:16,25
102:2 110:7,22
110:24 111:6,9
112:3 124:13
130:22,23
131:13 132:20
**threeminute**
87:20
**threequarter**
109:4
**ticknor** 114:25
**time** 2:5,6 5:3
9:18 21:17
29:18 31:4,12
33:6,9 39:5,12
41:7,8 42:7
43:21 44:25
47:9 49:8
51:25 54:17
57:3 61:23
73:11,12 77:2
81:11,13,15
82:9,12 83:1

83:11 86:22
87:4,7 88:1,4,7
88:12 96:15
102:6,17
106:16 109:25
114:5,12
118:25 124:22
127:5,8 131:23
135:1 136:4,5
137:15 138:8
142:19 143:3
152:7,9 157:5
157:9,13,16
158:8
**timeline** 124:10
**timely** 128:11
**times** 19:24
49:20 98:5
106:17 115:2
121:18,23
143:16
**tired** 85:6
**tithe** 132:12
**title** 35:2
**titled** 28:2,14
44:16 125:10
130:23
**today** 6:3,4 9:10
79:13 81:20
82:4 86:10
98:6 105:21
114:2 134:13
137:4 151:13
**todays** 5:2 41:22
158:7
**told** 46:16,20
47:21 99:7
**tolerate** 72:17
84:19
**tolerated** 66:11
**tommasi** 35:11
36:1 119:3
**tomorrow**
134:13
**ton** 77:1

**top** 25:16 32:25
40:6 148:15
149:16
**total** 24:5 27:8
57:10
**totaling** 109:4
**touch** 13:15
**touching** 111:13
**track** 135:11,13
136:7
**traction** 102:11
102:12 104:9
**traditional** 69:3
**train** 148:22
**trained** 35:23
47:11 56:23
59:1
**training** 16:13
22:17
**transcribe** 9:18
9:23
**transcribed** 9:19
**transcript** 158:1
159:21 160:4
**transition**
130:16
**translation** 11:8
**trauma** 28:10
**traumaexposed**
107:20
**traumatic** 80:4
**travel** 7:11
155:10,19
156:1,14,18
**traveling** 12:25
155:23
**treat** 68:12
73:21 110:3
122:1
**treated** 53:14,15
77:21 81:12
82:5,17,19
101:19 102:1
**treating** 45:18
91:3,20 103:3

**treatment** 25:17
37:2 45:22
46:17 57:17
66:21 71:3
73:13 79:24
80:16 81:13,14
83:13 88:10,11
89:9 90:3 94:5
96:9 98:3
101:1 104:8
108:22 114:14
115:25
**treatments** 81:9
137:25
**trey** 3:15
**triage** 122:1
**trial** 50:2 65:20
144:24 145:4
145:14 151:23
157:16
**tricyclic** 95:11
**tried** 99:1
**triggering** 25:21
**trimipramine**
95:10 96:4
102:21 109:7
114:20
**triple** 22:11,23
**true** 159:22
**trust** 38:19
57:24 149:16
**try** 19:14 73:22
100:12 116:10
**trying** 15:17
26:3 63:13
67:14 78:22
79:1 121:4
129:3,4,7
**turning** 23:13
**turns** 106:22
**two** 8:6,8,9
14:22 17:22
27:13 30:17
40:1 47:17
48:18 57:23

59:4,5 67:9
72:18,19 78:5
79:10 82:25
86:23 88:24
91:21 101:15
102:7 103:18
103:19,20
105:1,3 109:8
110:5,21 111:5
**twopage** 25:19
**twothirds** 33:19
**twoweek** 98:19
**type** 14:14 55:10
**types** 131:20
**typeset** 59:7
**typical** 71:2,6
88:7
**typically** 29:20
67:6,15 80:12
81:17,23
113:21 138:17
138:24 139:13
140:12

---

**U**

**uhhuh** 32:15
40:6 69:4
**ultimately** 11:18
19:15 50:15
97:21 145:14
**ultra** 15:7 18:20
**umc** 64:15
**unable** 75:3 76:4
77:6 94:1
**uncomfortable**
85:10
**uncommon** 83:7
155:10,12
**underneath** 83:8
**understand** 5:13
48:4 50:10,14
59:12 65:9
75:20 126:6
135:12
**understanding**

45:23 50:4,12
51:1 75:2,5,11
75:17,19,21
76:1,5 90:16
101:17 121:1
131:12 153:21
**understands**
57:25
**understood**
45:17,24
**unescapable**
64:1
**unhappy** 72:13
**unique** 18:23,23
**unisom** 94:12
**united** 1:1 159:1
**universe** 50:14
**university** 29:8
**unmet** 19:1
**unnecessary**
140:23
**unspecified**
60:15,16
105:25
**unusable** 25:2
**unusual** 144:21
**unwieldy** 25:2
**upcoming**
109:23
**update** 54:7
56:22 57:7,14
57:18,20 58:4
58:14,17 59:19
**updates** 25:23
57:24 116:2,18
**upstream** 45:16
**urological** 61:8
61:18 63:21,24
64:9 68:16
**urologist** 64:10
64:17 65:23
66:2,9,17
68:18 105:16
**urologybased**
65:20

**use** 19:13 40:20
40:21 41:18
67:5,13,14
71:6 77:12
84:16 92:25
96:14 97:17
133:22 150:3
**useful** 140:5,8
143:2
**uses** 22:7 75:14
75:17
**usual** 56:20
57:17
**usually** 22:6,8
121:24 156:22
**utilization** 19:1
**utilized** 90:15
**utilizers** 97:2
**uzedy** 15:7
18:13

——————————
**V**
**v** 1:5 159:5
**va** 80:15 81:10
81:11 145:2
**varies** 19:23
**vary** 97:10
**vascular** 74:8
**vast** 144:16
148:10 149:3
**version** 18:20
84:22 148:5
**versus** 22:6
42:15 43:5
112:9 150:23
150:25
**veterans** 61:13
**vicissitudes**
144:22
**video** 2:9 41:21
51:14
**videoconference**
3:2
**videographer**
3:15 5:2 33:5,8

87:3,6,25 88:3
127:3,5,7
152:6,9 157:17
157:20 158:7
**videotaped** 1:15
2:1 159:11
**view** 32:25 70:7
**visit** 25:23 31:12
38:9 43:14,16
44:10,13 52:12
52:15 53:13,24
54:5,7,10,12
55:16 56:14,17
56:21 57:1,2,7
57:13,17,20
58:4,9,20,22
60:23,24,25
67:22 69:25
107:13,22
109:22 113:12
113:12,14
**visiting** 114:3
**visits** 13:19
37:15 48:15,17
48:18,19 53:20
53:21,22 59:23
61:2 91:21
101:15 109:23
110:3,5,7,21
110:23 111:4,5
111:7,21,21
114:16 116:18
**visualized** 64:23
**volume** 145:8
**volumes** 88:9

——————————
**W**
**w** 27:20,23
**waive** 158:2,3
**wake** 93:21,22
**walk** 107:4
**wanek** 148:15
**want** 25:7,11
26:11 32:18
38:7 46:1 59:3

71:9,10,14
75:20 80:2
85:6,13 87:21
116:9,11
157:14
**wanted** 26:14
45:18 46:17,21
137:19
**wants** 55:14
93:25
**ward** 82:13
**wasnt** 126:6
130:20
**wave** 82:25
**way** 17:20 20:4
32:13 37:5
43:5 70:16,16
73:11 93:7
131:17,21
132:16 133:12
139:21,25
140:24 141:6
156:17
**ways** 150:4
**weaning** 97:10
**weasel** 129:5
**wed** 110:4,8,19
**wednesday**
12:11,16,17,18
**wee** 32:3,5
147:25
**week** 122:11
143:6
**weekly** 121:23
**weeks** 67:23
103:19 110:6
111:3,6,12
**welcome** 55:16
**wellconsidered**
88:24
**wellness** 4:11
6:6,13 7:14,17
8:12 11:6,11
11:17,25 12:10
12:13,22 13:2

13:22 20:1,6
21:2,14 36:2
36:16 39:7
50:20 52:2
54:23 55:19,22
55:24 56:8,10
82:16,20 112:7
114:3 119:11
123:24 124:4
124:15 125:3
125:17 127:11
128:4,23
129:13 130:2,8
131:2 132:24
134:21 135:6,8
138:12 139:16
139:17 141:8
141:24 142:4
142:12 143:10
146:10,13,23
156:3,11 157:1
**wellread** 154:17
**welltraveled**
154:16
**went** 25:1 71:21
99:5 112:20
116:8 145:16
**west** 6:13 7:17
8:12,16 11:6
11:17,25 12:10
12:13 14:1
55:22 156:7
157:3
**westlake** 119:6
**weve** 20:11,20
21:8 26:18
60:25 66:5
67:3,14,17
69:13 72:14,21
83:8,10 84:23
85:2 95:16
97:25 103:13
103:15 111:1
112:10 124:7
124:23 132:17

28:5 29:5
38:15 46:3,15
59:13 68:24
105:18 142:23
142:25 154:20
**whodas** 85:22
**whos** 39:12 47:2
49:24 112:17
151:21
**wife** 64:4,7,8
67:24 69:17
75:13 93:25
105:5
**wildly** 19:23
**williams** 147:16
150:25 151:5
**wind** 154:24
**wisdom** 80:4
**withdrawing**
122:13
**witherwax**
38:25 39:1,3
43:12 44:11
119:2
**witness** 2:2
32:22 86:23
87:2 126:23
157:5,8,11
158:2,4 159:20
159:23
**wondergem**
119:6
**wondering**
120:9
**wont** 133:3
**woodward**
10:11,11,12
20:11 112:14
**words** 55:9
146:20
**work** 6:17 7:10
8:1 12:2,3
13:17 14:2,5
14:17 31:1
37:1,6,6 44:16

47:8 55:17
61:9 67:2
68:20,21,21,22
68:23 71:15,15
77:19 85:16,18
85:23,24 86:5
86:8 90:21
100:11 107:17
107:24 118:18
119:10 122:4
141:16 144:25
145:3,5 149:9
155:16 156:15
**workday** 86:1
**worked** 13:11
14:18 38:1
62:9 79:7
82:15 101:12
103:14 112:15
138:4 150:11
151:7,25 152:3
154:6 155:20
155:24
**worker** 8:5,19
**workers** 37:8,9
37:19 55:6
85:19 154:7
**working** 13:14
31:3 39:4,12
46:16 67:21
68:5,19 69:21
71:7 73:8
78:21 84:23
85:14 102:18
105:15 107:1
107:19 108:5
122:11 124:7
142:20 151:21
**workload** 145:7
**works** 11:16
20:5 21:19
37:12 71:14
74:7 139:13
**world** 84:20
85:1 111:10

156:24
**worries** 41:13
**worry** 109:18
**worse** 28:24
29:6
**worsen** 76:25
**worth** 91:1
**wouldnt** 15:14
94:11,13 115:7
128:19 146:3
149:3
**wound** 97:19
**wounded** 28:11
107:20
**writer** 59:11,15
**writers** 8:7 9:4
9:18,25 56:23
59:1
**writing** 9:18,20
29:16 123:24
**written** 50:19
124:4 137:5
**wrong** 70:16
**wrote** 118:9
**www** 160:23
**wynne** 138:7
139:7 140:19
140:20

———————
**X**
**x** 160:7
**xanomeline** 16:4
**xanomelinetro...**
16:4

———————
**Y**
**yard** 155:2
**yeah** 16:8 17:20
17:22 27:7
31:8 33:2,17
35:13 37:23
38:14,17,22
41:13,18 43:11
43:12 46:8
48:3,14 49:19

51:10,16,19
56:20 58:16
60:6 62:15
64:8 69:4
73:13 74:23
79:18 80:13
87:21,21 97:11
98:7,14 105:24
118:3 120:5,14
120:18 123:9
125:14 126:2
126:10 127:13
127:23 129:17
133:11,17
134:2 141:10
142:7 143:17
144:21 146:1
149:7,17 151:5
154:14 157:11
157:19,22
158:4
**year** 19:24 28:22
30:21 41:8
42:8 49:13
73:15 96:13
101:14 105:2
110:2,5,7,7,23
111:4,5,6,22
111:24 112:1,2
113:18 114:9
**years** 13:7,15,16
14:19 16:8
27:17 37:7
38:2 39:20
78:25 79:11
80:15,18 84:7
88:14 97:9,9
103:18 105:1,3
105:3 107:17
110:11,20
112:11,18
113:6 120:12
120:15 124:9
124:13,23
132:1 135:23

136:12,25
137:1 140:16
141:1,10 147:4
156:8
**yellow** 115:24
**yep** 127:19
**yesterday** 9:15
70:2 71:1
113:12
**youall** 150:3,3
**youd** 10:17 44:3
44:25 51:22
116:19 120:6
120:19 123:22
135:25 146:18
**youll** 42:6 80:13
100:23 158:3
**young** 62:2
**youre** 5:19
12:12,24 18:12
19:7 20:7,8
26:6 32:10
38:20 42:18
43:11 44:2,12
44:14 50:24
62:15 63:9,10
65:19 76:17
77:12 88:6,22
91:15 110:10
115:22,25
116:23 117:1,5
117:7 126:8
131:8 132:22
133:24 141:18
142:5,13
154:14
**youve** 17:23
49:16 66:17
82:19 96:10
98:5 110:13
120:11 126:23
150:11

———————
**Z**
**zavitsanos** 3:10

PATRICK HAYES, MD - 1/9/2025

Page 192

**zip** 7:24
**zone** 90:14
**zoom** 2:9 32:14
  38:15 43:9
  49:7 116:7

**0**

**0** 84:21 109:21
**00** 134:12
**000** 45:6 79:4
  83:8,9 114:7
  135:22 145:12
  145:16
**02** 2:6 87:4
  158:8,9
**04** 2:5 5:3
**06302025**
  160:20
**06xs** 60:19

**1**

**1** 2:6 4:9 31:23
  31:25 33:14
  35:15 48:19
  134:10,12
  135:22 158:8,9
**10** 12:8,12 14:19
  27:4 34:2 38:2
  60:12 61:2
  83:9 85:25
  97:9 109:10
  110:4,6,23
  111:3,6,21
  112:11 113:5
  113:11 124:9
  140:16 141:1
**100** 16:8
**102** 45:4 49:3
**10232023** 50:25
**10312026**
  160:21
**10434** 160:21
**105** 160:22
**1062023** 50:24
**11** 17:16 83:5

**87:4,7 88:1,4**
**1112023** 44:13
  118:25
**11182** 51:2
**1127** 44:13,15
**11272023** 35:15
**12** 13:7 17:16
  78:15 79:10,15
  80:15 81:3,23
  84:21 88:16
  89:4 110:20
  112:12 113:8
  114:4 127:5,8
  152:7,10
**120** 145:16
**12055** 160:20
**1221** 3:10
**12272023** 50:25
  51:2
**125** 4:13
**12work** 85:25
**13** 87:7
**13th** 57:6 160:15
**14** 27:2 83:5
  88:1 111:6
**143** 4:15
**147** 4:16
**15** 54:17 60:23
  61:1 83:10
  98:17 112:18
  113:5 148:17
**152** 4:18
**159** 4:6
**15th** 98:20 99:7
**16** 25:25 48:16
  48:17 73:14
  84:24
**165** 7:23
**16page** 54:17
  58:9
**16th** 57:20
**17** 44:11 110:3
  110:23 112:18
**18** 60:24 127:5
**19** 127:8

**1900s** 16:10
**1st** 117:22

**2**

**2** 4:10 36:10,11
  84:21 109:15
  134:19,22,23
  156:10,25
**20** 130:14
**200** 19:24
**2009** 107:18
**2010** 107:19
**2012** 13:13
**2013** 13:4 27:12
  27:17 30:16,18
  33:12
**2015** 147:20
**2016** 147:20
  149:14,20
  150:15 151:4
**2018** 128:1
  129:1 135:8
**2019** 56:3 129:6
**2020** 44:4 129:6
  136:13 144:17
  147:3,8
**2021** 149:23
  150:15
**2023** 26:1 31:17
  31:20 34:2
  38:4,25 39:9
  43:7,16,23
  44:10,12 49:8
  49:18 52:11
  93:10 107:15
  107:22 108:12
  108:15
**2024** 4:18 30:11
  30:12,20 31:14
  39:9 40:5 42:8
  48:23 52:18
  57:6,20 115:11
  115:13 153:20
**2025** 1:17 2:5
  5:3 122:9

**159:13 160:16**
**21** 103:21
**22** 34:2
**22nd** 93:10
**23** 59:24 79:4
  114:7
**23cv04441** 1:5
  159:5
**23rd** 43:16
**24** 27:8 59:24
  78:20 79:4,15
  81:1,18 88:4
  89:6 114:4,7
**25** 95:17 109:7
**2500** 3:10 7:23
**25th** 114:9
**26** 4:18 144:2,22
  145:21 147:4
  148:6,21
**26th** 153:14,20
**27** 43:23 44:2
**27th** 44:20 54:16
  107:22 108:15
  127:25 129:1
**2802** 6:6
**28th** 26:1 31:20
  34:2

**3**

**3** 4:3,12 38:9,11
  96:23
**30** 35:15 48:17
  81:3 109:3
  130:14,14
  160:3
**300** 52:14 57:21
  156:10,25
**31** 4:9
**31st** 98:19
**35** 24:12
**36** 4:10 78:20
  79:15 89:6
  114:4
**38** 4:12
**39** 25:13 116:8,9

**4**

**4** 1:5 4:13 56:3
  115:11 125:6,8
  159:5
**40** 17:20 64:22
  136:4
**400** 52:11 54:9
  56:14 57:10,12
**411** 133:22
**42** 117:14 139:2
**44** 33:6
**45** 130:14
**45day** 130:20
**48** 79:15 89:6
  114:4

**5**

**5** 4:5,15 45:6
  109:21 115:12
  141:5 143:18
  143:20
**50** 80:18 88:14
  95:17 101:24
  105:20 110:4,6
  132:12 152:7
**51** 101:23 105:9
**52** 33:9
**55** 152:10
**5th** 40:5 48:23
  115:13

**6**

**6** 4:16 83:8,9,10
  147:21,22
**60** 79:16 89:6
  96:24 97:4
  109:3 114:4
**600** 109:15,16
**6009** 3:5
**6060** 109:5
**60day** 130:20

**7**

**7** 4:18 152:12,13
**70** 97:4

HANNA & HANNA, INC.
713.840.8484

PATRICK HAYES, MD - 1/9/2025

Page 193

**700** 24:25
**7135832442**
  160:23
**7136551101**
  3:11
**7138408484**
  160:23
**75** 13:9
**750** 96:23
**77003** 7:24
**77007** 3:5
**77010** 3:11
**77024** 160:22

**8**

**8** 44:10
**800** 24:25
**8582** 160:22
**8884931629** 3:6
**8th** 38:25 43:6
  43:12 52:11
  107:15 108:12

**9**

**9** 1:17 2:5 5:3
  33:6,9 48:19
  60:15,18 61:8
  145:12,16
  159:13
**90** 13:20 83:18
  109:4 147:17
**900** 83:10
**94** 48:14
**95** 83:18
**95plus** 83:15
**9th** 2:4 5:3