Outlook

Exhibit 7

### RE: Landon Perry

**From** Kourtney Sittig <ksittig@emwhelp.com>
**Date** Wed 8/30/2023 8:41 AM
**To** Morgan Gill <morgan@accesshealthcare.biz>

11/27/2023 @ 1:30 hayes

Kourtney Tommasi
Elite Medical Wellness
Practice Manager
2802 Hodges St.
Lake Charles, LA 70601
Ph: 337-419-1873
Fx: 337-656-2848

**From:** Morgan Gill <morgan@accesshealthcare.biz>
**Sent:** Monday, August 28, 2023 10:22 AM
**To:** Kourtney Sittig <ksittig@emwhelp.com>
**Subject:** Landon Perry

Hayes in person, Henry via telepsych and Davis via telepsych.

*PLEASE REPLY ALL ON ALL EMAIL CORRESPONDENCES*

# Morgan Gill

## Access Healthcare Management, LLC

## Behavioral Health Scheduling Coordinator

P.O Box 4910

Lake Charles, La 70606

(337) 345-4434 - fax

(337) 761-9178 office

| | | | |
|---|---|---|---|
| **From:** | Access Healthcare Management | **To:** | Elite Medical Wellness Lake Charles |
| **Email:** | melissa+@accesshealthcare.biz | **Email:** | ksittig@emwhelp.com |
| **Phone:** | (337) 345-4434 | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Landon Perry (SMC) | **Phone:** | (337) 717-8872 |
| **DOB:** | 08/25/1998 | **Address** | 211 Liberty Ave., Apt 1235 |
| **Age:** | 25 | | Lafayette, LA 70508 |
| **Sex** | Not on file | **Mail Address** | Same as address |
| **SSN** | Not on file | | |

| **Primary Insurance** | | **Secondary Insurance** | |
|---|---|---|---|
| Company: | | Company: | |
| Plan: | | Plan: | |
| Group #: | | Group #: | |
| Policy #: | | Policy #: | |
| Subscriber: | Landon Perry (SMC) | Subscriber: | Landon Perry (SMC) |

**Instructions:** DOI is 04/22/2023.

Signature not shown on preview

---

**Provider: Access Healthcare Management**
Date: 08/28/23 10:19 AM