IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| LANDON PERRY<br>    *Plaintiff,*<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.<br>    *Defendant.* | §§§§§§§§§§§§§§    **Civil Action No. H-23-4441** |

## PLAINTIFFS' IDENTIFICATION OF EXPERTS

Pursuant to the Court's scheduling order, Plaintiff Landon Perry disclose the identity of the following retained experts that may be called to testify at the trial of this matter:

1. **Benjamin G. Gibson**
   **Joe Thompson**
   **Gaurdian Precision Service**
   **Bay City, TX**
   **(843) 530-9894**

*Mr. Gibson and Mr. Thompson's report and current resume(s) evidencing their qualifications to testify on these topics are attached as **Exhibit A**.*

2. **Captain Jeffrey A. Perlstein**
   **SafeShip Services, LLC**
   **Fort Lauderdale, FL**
   **(954) 249-0818**

*Capt. Perlstein's report and current resume evidencing his qualifications to testify on these topics are attached as **Exhibit B**.*

3. **John R. Puskar, PE**
   **Prescient Technical Services, LLC**
   **11699 Brookpark Road**
   **Cleveland, OH 44130**
   **(216) 213-6201**

*Mr. Puskar's report and current resume evidencing his qualifications to testify on these topics are attached as* **Exhibit C.**

4.  **Shelly N. Savant, MD, CLCP**
    **324 Settlers Trace, Suite 203**
    **Lafayette, LA 70508**
    **(337) 456-2403**

*Dr. Savant's Life Care Plan pertaining to Plaintiff Landon Perry and current resume evidencing her qualifications to testify on these topics are attached as* **Exhibit D.**

5.  **Jeffrey E. Meyers, CVA, MAFF, CFE**
    **Harold A. Asher, CPA, ABV, CFF, PFS, CVA, CFE, FCPA**
    **AsherMeyers, LLC**
    **433 Metairie Road., Suite 215**
    **Metairie, LA 70005**
    **(504) 566-7577**

*Mr. Asher and Mr. Harold's report pertaining to Plaintiff Landon Perry and current resume(s) evidencing their qualifications to testify on these topics are attached as* **Exhibit E.**

<u>**Non-Retained Experts**</u>

The following physicians and medical facilities have knowledge of Plaintiff's injuries and medical treatment and may provide expert testimony within the scope of their training, education, experience, and treatment of the Plaintiff. They have provided care and treatment to Plaintiff. As such, they possess expertise and knowledge in their respective area. Specifically, they may testify about care, treatment, diagnosis, prognosis, causation, physical restrictions, reasonable costs for medical care in the past and future, and the need, if any, for future treatment. Their mental impressions and opinions may be found in Plaintiff's medical and billing records and their deposition testimony, if any. The custodians of records for these medical providers will provide testimony necessary to prove up the medical and billing records.

**Lady of the Sea General Hospital**
**Jeffrey M. Elder, MD**
**Dennis Morris, MD**
**Kartik Akash, MD**
**Chris S. Kim, DMD, MD**
**Rudy Foret, RN**
**Sharm El Buras, MD**
**200 West 134th Place**
**Cut Off, LA 70345**
**(985) 632-6401**

**University Medical Center – New Orleans**
**Jonathan Schoen, MD**
**Jeffrey Eric Carter, MD**

2000 Canal Street
New Orleans, LA 70112
(504) 702-3000

The Burn Surgeons of Acadiana
James S. Garcelon, MD
Rachel Stutes, PA-C
4801 Ambassador Caffery
Lafayette, LA 70508
(337) 470-4279

Our Lady of Lourdes Regional Medical Center
Daniel J. Frey, MD
Dave J. Barrios, MD
4801 Ambassador Caffery Pkwy
Lafayette, LA 70508
(337) 470-2000

Darrell L. Henderson, MD
Plastic and Hand Surgery
401 North College Road, Suite 3
Lafayette, LA 70506-4263
(337) 233-5025

Lou Plastic Surgery
Derek Lou, MD
1155 Dairy Ashford Road, Suite 610
Houston, Texas 77079
(713) 932-7290

Houston Urology Clinic
David Goldfarb, MD
6560 Fannin Street, Suite 1440
Houston, Texas 77030-2713
(713) 790-9700

==Elite Medical Wellness==
==Dr. Patrick Hayes==
==Dene Culton, LPC==
==Iva Conde, PMHNP==
==2808 Hodges Street==
==Lake Charles, LA 70601==
==(337) 419-1873==

Franklin Practice, LLC
Dr. Robert Franklin

**101-B Energy Parkway**
**Lafayette, LA 70508**
**(337) 264-9363**

**NOLA Dermatology**
**Adrian Dobrescu, MD**
**4401 Veterans Memorial Blvd., Suite 100**
**Metairie, LA 70006**
**(504) 899-6652**

**Sagis Diagnostics**
**Barry White, MD**
**4131 Directors Row**
**Houston, TX 77092**
**(877) 697-2447**

**Walgreens**
**1901 East Voorhees Street, MS#735**
**Danville, IL 61834**
**(217) 554-8949**

    Respectfully submitted,

    ARNOLD & ITKIN LLP

    */s/ John G. Grinnan*
    Kurt B. Arnold
    SBN:  24036150
    karnold@arnolditkin.com
    J. Kyle Findley
    SBN: 24076382
    KFindley@arnolditkin.com
    John G. Grinnan
    SBN: 24087633
    JGrinnan@arnolditkin.com
    Adam Lewis
    SBN: 24094099
    Alewis@arnolditkin.com
    6009 Memorial Drive
    Houston, TX  77007
    Tel: 713.222.3800
    Fax: 713.222.3850
    *For electronic service use:
    e-service@arnolditkin.com

    **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on all known counsel of record on June 28, 2024, in compliance with the Texas Rules of Civil Procedure.

                                      */s/ John G. Grinnan*
                                      John G. Grinnan